```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A03-0263--CV (JKS)
                  "PAUL G. SHEARER V USA ET AL"

          Including terminated parties, excluding terminated counsel
```

Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
Magistrate Judge:
   Referral Rule:
           Filed: 11/12/03
          Closed: NO

    Jurisdiction: (2) U.S. Defendant
   PLF Diversity:
   DEF Diversity:

  Nature of Suit: (210) Land Condemnation

          Origin: (1) Original Proceeding
          Demand:
      Filing fee: Paid $150.00 on 11/12/03 receipt # 00121839
        Trial by: Jury


Parties of Record:                              Counsel of Record:

PLF 1.1           SHEARER, PAUL G.              Paul G. Shearer
                                                Pro Per
                                                1532 Meadows Drive
                                                Lake Oswego, OR 97034
                                                503-697-4378

PLF 2.1           [T] UNITED STATES OF AMERICA  No counsel found for this party!

DEF 1.1                                         Dean Dunsmore
                                                Environment & Natural Resources
                                                U.S. Department of Justice
                                                801 B Street, Suite 504
                                                Anchorage, AK 99501-3657
                                                907-271-5452
                                                FAX 907-271-5827

                                                Paul Harrison
                                                U.S. Department of Justice
                                                Environment & Natural Resources
                                                POB 561 Ben Franklin Station
                                                Washington, DC 20044-0561
                                                202-305-0299
                                                FAX 202-305-0398

DEF 2.1           NORTON, GAIL                  Dean Dunsmore
                                                (see above)

                                                Paul Harrison
                                                (see above)

DEF 3.1           DEPT OF THE INTERIOR, THE     Dean Dunsmore
                                                (see above)

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A03-0263--CV (JKS)
              "PAUL G. SHEARER V USA ET AL"

         Including terminated parties, excluding terminated counsel
```

| Parties of Record: | | | Counsel of Record: |
|---|---|---|---|
| | | | Paul Harrison<br>(see above) |
| DEF 4.1 | | NATIONAL PARK SERVICE | Dean Dunsmore<br>(see above) |
| | | | Paul Harrison<br>(see above) |
| DEF 5.1 | [T] | 3.05 ACRES OF VALID PATENTED MINING CLAIM | No counsel found for this party! |
| DEF 6.1 | [T] | SHEARER, PAUL G. | No counsel found for this party! |
| DEF 7.1 | [T] | SHEARER, SPOUSE | No counsel found for this party! |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A03-0263--CV (JKS)
                                "PAUL G. SHEARER V USA ET AL"

                                      For all filing dates
```

```
  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 11/12/03
           Closed: NO

     Jurisdiction: (2) U.S. Defendant
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (210) Land Condemnation

           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $150.00 on 11/12/03 receipt # 00121839
         Trial by: Jury
```

```
Document #   Filed      Docket text

    1 -  1   11/12/03   Complaint filed.

    2 -  1   11/20/03   JWS Minute Order that by agreement of the judges this case is reassigned
                        to Judge James K. Singleton, Jr. for all further proceedings.  Use case
                        number A03-0263 CV (JKS) on all future filings. cc: cnsl, Judge
                        Singleton

    3 -  1   12/02/03   JKS Order; plf must complete init svc of cmplt & summons no later than
                        03/11/04 and promptly file returns or cmplt may be dism; clk to send 6
                        summons foms w/this order to be filled out and returned to crt for
                        signature & issuance; clk to send form PS12 and pro se handbook to plf.
                        cc: cnsl w/PS12 & handbook

 NOTE -  1   02/27/04   Issued: summons re: C. Gilbert(Natl Park Svc), J. Ashcroft (Atty Gen of
                        US), USA (Dist of AK) & G. Norton (Sec of Interior).

    4 -  1   03/19/04   PLF 1 Return of Service Executed re: US Atty on 3/4/04; Atty Gen on
                        3/5/04 ; DEF 2 on 3/4/04 and Charles Gilbert National Park Service on
                        3/4/05.

    5 -  1   04/29/04   DEF 1-4 Attorney Appearance of Dean Dunsmore  and Paul Harrison, U.S.
                        Dept of Justice.

    6 -  1   05/04/04   JKS Cert order that this case is consolidated with A03-0269CV; all
                        further filings to be in A03-0263CV. cc: cnsl

    7 -  1   05/10/04   JKS Minute Order that ans has not been fld by one or more defs; require
                        an ans or apply for default w/i 20 days from date of this mo. cc: cnsl

    8 -  1   05/13/04   JKS Minute Order order at dkt 7 was issued in error requiring plf to
                        take action; case is stay for four months; parties to file stat rpt w/i
                        four months. cc: cnsl

    9 -  1   06/08/04   JKS Order that mot at dkt 25 in case A03-0269CV is granted; clerk of crt
                        is directed to disburse the above sum from the registry of the crt to
                        plf.
                        cc: cnsl, Finance (A03-0269CV)
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A03-0263--CV (JKS)
                              "PAUL G. SHEARER V USA ET AL"

                                    For all filing dates


 Document #   Filed      Docket text

   10 -   1   09/16/04   Joint Status Report.

   11 -   1   09/20/04   JKS Order re joint status report fld 9/10 is accepted; all proceedings
                         in this consolidation action are stayed until 11/29/04; pltf to provide
                         def w/a complete & detailed list of properties he is claiming
                         compensation for by 12/3/04; def's answer to complaint due 1/24/05 or 60
                         days after an amended complaint is fld; parties to confer & file a supp
                         jnt status/sched rpt by 2/7/05. cc: cnsl

   12 -   1   01/14/05   DEF 1-4 motion for enlargement of time (to 3/25) to file response to
                         complaint.

   13 -   1   01/19/05   JKS Order granting motion for enlargement of time (to 3/25) to file
                         response to complaint (12-1). cc: cnsl

   14 -   1   02/07/05   PLF 2; DEF 1-4 Second Joint Status Report.

   15 -   1   02/08/05   JKS Minute Order that further stat rpt due by 3/7/05. cc: cnsl

   16 -   1   03/08/05   PLF 2; DEF 1-4 Third Joint Status Report.

   17 -   1   03/14/05   JKS Order re status rpt fld 3/8/05 is accepted; amended complaint due
                         4/18/05; def's dscvy requests due 4/18/05; def's answer to amended
                         complaint due 6/17/05; def's mot for part SJ, if any, due 7/18/05. cc:
                         cnsl

   18 -   1   05/04/05   JKS Minute Order re pltf to show cause as directed why this action
                         should not be dsmssd w/prej for failure to prosecute due 5/17/05;
                         failure to timely respond will result in dsmssl w/prej of this action
                         w/o further notice. cc: cnsl

   19 -   1   05/17/05   PLF 1 Response to Court's May 4, 2004 Order/show cause for late filing.

   19 -   2   05/17/05   PLF 1 motion to permit filing of first amended complaint w/att 1st amend
                         cmplt.

   20 -   1   05/19/05   JKS Order granting motion to permit filing of first amended complaint
                         (19-2); govt defs answers due 7/18/05. cc: cnsl

   21 -   1   05/19/05   PLF 1 Complaint (Amended).

   22 -   1   05/26/05   DEF 1 Notice of deposition of Paul G. Shearer.

   23 -   1   05/26/05   DEF 1-4 motion for reconsideration of order at doc #20 fld 5/19/05.

   24 -   1   06/01/05   JKS Minute Order granting/denying motion for reconsideration of order at
                         doc #20 fld 5/19/05 (23-1).  cc: cnsl

   25 -   1   07/18/05   DEF 1-4 motion for enlargement of time to 7/25 to file a response to
                         amended complaint.

   26 -   1   07/19/05   PLF 1 motion to vacate ddln of 7/18 for part SJ motions re determination
                         of title.

   26 -   2   07/19/05   PLF 1 motion (request) for status conference for scheduling.


ACRS: R_VDSDX                    As of 12/01/05 at 3:11 PM by GARRY                         Page 2
```

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A03-0263--CV (JKS)
                              "PAUL G. SHEARER V USA ET AL"

                              For all filing dates


 Document #    Filed      Docket text

   27 -   1   07/25/05   DEF 1-4 motion for enlargment of time to 7/27 to file a response to 1st
                         amended cmplt.

   28 -   1   07/26/05   JKS Order granting motion for enlargement of time to 7/25 to file a
                         response to amended complaint (25-1).  cc: cnsl

   29 -   1   07/27/05   DEF 1-4 Answer to Complaint.

   30 -   1   07/28/05   JKS Order granting motion for enlargment of time to 7/27 to file a
                         response to 1st amended cmplt (27-1).  cc: cnsl

   31 -   1   08/01/05   PLF 1 qualified non-opposition to DEF 1-4 motion for enlargment of time
                         to 7/27 to file a response to 1st amended cmplt (27-1).

   32 -   1   08/01/05   PLF 1 motion to stay validity contest hearing before U.S. Bureau of Land
                         Management scheduled for 8/8/05 w/att exhs.

   33 -   1   08/01/05   PLF 1 motion for shortened time to hear the motion to stay hearing
                         scheduled for 8/8/05 w/att decla.

   34 -   1   08/03/05   JKS Minute Order denying motion seeking shortened time re motion to stay
                         (33-1). cc: cnsl

   35 -   1   08/19/05   DEF 1-4 opposition to PLF 1 motion to stay validity contest hearing
                         before U.S. Bureau of Land Management scheduled for 8/8/05 (32-1).

   36 -   1   08/30/05   PLF 1 Show Cause for flg withdrawal of mot to stay validity contest hrg.

   37 -   1   08/30/05   PLF 1 Withdrawal of motion to stay validity contest hrg before U.S. BLM
                         set for 8/8/05.

   37 -   2   08/30/05   Clerk's Notice withdrawing motion to stay validity contest hearing
                         before U.S. Bureau of Land Management (32-1).

   38 -   1   09/29/05   JKS Minute Order denying motion (request) for status conference for
                         scheduling (26-2); granting motion to vacate ddln of 7/18 for part SJ
                         motions re determination of title (26-1); parties to meet & confer &
                         file a status rpt as directed due 11/14/05. cc: cnsl

   39 -   1   09/30/05   DEF 1-4 motion for partial summary judgment.

   40 -   1   10/14/05   DEF 1-4 motion to stay responses to written discovery w/att exhs.

   41 -   1   10/14/05   PLF 1 Jury Demand.

   42 -   1   10/14/05   PLF 1 motion for enlargement of time to 12/9 to respond to mot for part
                         SJ.

   43 -   1   10/21/05   JWS Order granting motion for enlargement of time to 12/9 to respond to
                         mot for part SJ (42-1). cc: cnsl

   44 -   1   10/31/05   PLF 1 opposition to DEF 1-4 motion to stay responses to written
                         discovery (40-1).

   45 -   1   10/31/05   PLF 1 motion (second request) for production of documents.


ACRS: R_VDSDX                    As of 12/01/05 at 3:11 PM by GARRY                         Page 3
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A03-0263--CV (JKS)
                            "PAUL G. SHEARER V USA ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 45 - 2 | 10/31/05 | PLF 1 motion (second request) for admissions. |
| 46 - 1 | 11/09/05 | DEF 1-4 motion for enlargement of time to 11/17 to file reply to oppo to mot to stay. |
| 47 - 1 | 11/15/05 | DEF 1-4 motion for enlargement of time until 11/29/05 to file a report required by the order at dkt 38. |
| 48 - 1 | 11/16/05 | JWS Order granting mot for enlargement of time to 11/17/05 to file reply to oppo to mot to stay (46-1). cc: cnsl |
| 49 - 1 | 11/16/05 | DEF 1-4 motion for stay of proceedings -- Banjo and Pass Claims w/att points & authorities & exhs. |
| 50 - 1 | 11/17/05 | DEF 1-4 reply to opposition to DEF 1-4 motion to stay responses to written discovery (40-1). |
| 51 - 1 | 11/18/05 | JWS Order granting motion for enlargement of time until 11/29/05 to file a report required by the court's order (dkt 38) (47-1). cc: cnsl |
| 52 - 1 | 11/21/05 | DEF 1-4 Errata to points & authorites re: DEF 1-4 motion for stay of proceedings -- Banjo and Pass Claims w/att points & authorities & exhs. (49-1). |
| 53 - 1 | 11/29/05 | DEF 1-4 Unopposed motion for enlargement of time to 12/6 to file status report. |