

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PAUL G. SHEARER )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>GALE NORTON, Secretary of the )<br>Interior, the DEPARTMENT OF )<br>THE INTERIOR, the NATIONAL )<br>PARK SERVICE. )<br>)<br>   Defendants. )<br>_____) | No. A03-0263-CV(JKS)<br>(CONSOLIDATED)<br><br>ORDER |

  The Motion of the United States for Enlargement of Time filed November 29, 2005, is granted, and the parties are granted an enlargement of time to and including December 6, 2005, in which to file the report required by the Court's order of Order From Chambers (Docket Entry 38) filed September 28, 2005.

  Dated this _1_ day of _December_ 2005.

              /s/ James K. Singleton
              JAMES K. SINGLETON, Jr.
              United States District Judge

PD 12-1-05

A03-0263--CV (JKS)
-----------------------------------
D. DUNSMORE (AUSA)
P. SHEARER

56