FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -6 PM 3: 58

DEAN K. DUNSMORE
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources
 Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: (907) 271-5452
Facsimile: (907-271-5827
Email: dean.dunsmore@usdoj.gov

PAUL HARRISON
TRIAL ATTORNEY
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources
 Division
P.O. Box 561 - Ben Franklin Station
Washington, D. C.  20044
Telephone: (202) 305-0299
Facsimile: (202) 514-8865
Email: paul.harrison@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| PAUL G. SHEARER | ) | |
| | ) | |
| Plaintiff, | ) | No. A03-0263-CV(JKS) |
| | ) | (CONSOLIDATED) |
| V. | ) | |
| | ) | MOTION OF UNITED STATES |
| UNITED STATES OF AMERICA, | ) | FOR ENLARGEMENT OF TIME |
| GALE NORTON, Secretary of the | ) | |
| Interior, the DEPARTMENT OF | ) | |
| THE INTERIOR, the NATIONAL | ) | |
| PARK SERVICE. | ) | |
| | ) | |
| Defendants. | ) | |

The United States of America, Gale Norton, Secretary of the Interior, the Department of the Interior, and the National Park Service, defendants (hereinafter referred to as the United States) in Case No. A03-0263-CV(JKS), move the Court for an order granting the parties an enlargement of time from December 6, 2005, to and including December 9, 2005, in which to file the

report required by the Court's Order From Chambers (Docket Entry 38).

In support of the above motion, the United States shows:

1. Pursuant to the Order (Docket Entry No. 56) filed December 1, 2005, the parties were granted until December 6, 2005, in which to file a status report required by Order From Chambers (Docket Entry 38).

2. The parties have exchanged proposed status reports, and believe that they have essentially reached agreement on that report, which the United States will file on behalf of the parties. The United States, however, has experienced some difficulties because of unfamiliarity with the program and format of the draft initially prepared by plaintiff Shearer in converting and finalizing that draft for filing with the court. Therefore, additional time is requested for the filing of the joint status report.

Dated this 6th day of December 2005.

_____
DEAN K. DUNSMORE
PAUL HARRISON
Attorneys for Federal Defendants

It is so ORDERED
Dated: 12/8/05
_____
United States District Judge

-2-

A03-0263--CV (JKS)    12/9/05
D. DUNSMORE (AUSA)
P. SHEARER

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of December 2005, a copy of the foregoing Motion of the United States for Enlargement of Time together with a proposed Order were served by placing said copy in a postage prepaid envelope, addressed to that person at the place and address stated below, and by depositing said envelope and contents in the United States mail at Anchorage, Alaska.

    Paul G. Shearer
    Kathryn A. McCready
    1532 Meadows Drive
    Lake Oswego, Oregon 97034

*/s/ Lorraine A. Carter*
Lorraine A. Carter