

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

FILED
DEC 09 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____Deputy

PAUL G. SHEARER   v.   UNITED STATES OF AMERICA, et al.

THE HONORABLE JAMES K. SINGLETON, JR.

DEPUTY CLERK                    CASE NO. A03-0263 CV (JKS)

Dan Maus

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: December 8, 2005

    In light of the stay entered December 2, 2005, Clerk's Docket No. 57, plaintiff's motion for enlargement of time, Clerk's Docket No. 58, is hereby DENIED AS MOOT.

A03-0263--CV (JKS)   om  12/9/05
✓ D. DUNSMORE (AUSA)
✓ P. SHEARER

[]{IA.WPD*Rev.12/96}