Paul G. Shearer
1532 Meadows Drive
Lake Oswego, Oregon 97034
(503) 697-4378

**FILED**

DEC 1 9 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____Deputy

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| PAUL G. SHEARER, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> GALE A. NORTON, Secretary of the ) <br> Interior, DEPARTMENT OF INTERIOR, ) <br> and, NATIONAL PARK SERVICE, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. A03-0263 CV (JKS) <br> (Consolidated) <br><br><br><br> **ERRATA FILING OF EXHIBIT 20 TO PLAINTIFF'S OPPOSITION TO MOTION OF THE UNITED STATES FOR PARTIAL SUMMARY JUDGMENT** |

    Plaintiff Paul G. Shearer hereby files separately **Exhibit 20** to the Plaintiff's Declaration for the Opposition To Motion Of The United States For Partial Summary Judgment. This **Exhibit 20** is the oversized chain of title chart for the Unpatented Mining Claims that include the Banjo and Pass mining claims, described as Parcel 7 and 8 in Plaintiff's First Amended Complaint. Copies of this oversized exhibit were not yet available when the original opposition was filed.

    DATED at Lake Oswego Oregon, this 16 day of December, 2005.

Plaintiff
Paul G. Shearer
1532 Meadows Drive
Lake Oswego, Oregon 97034

1

CERTIFICATE OF SERVICE

I certify that on  December 16  2005 a copy of the above documents was served by placing said copies in a postage prepaid envelope, addressed to that person at the place and address stated below, and by depositing said envelope and contents in the  U.S. Postal  mail at  Portland , Oregon.

_____
Paul G. Shearer

Addressee(s):

US District Court
Clerk of Court
222 W. 7th Ave #4
Anchorage, AK 99513-7564
907-677-6100


Paul Harrison (copy)
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 561 – Ben Franklin Station
Washington, D.C. 20044
Email: paul.harrison@usdoj.gov
202-305-0299
202-514-8865 FAX


Dean K. Dunsmore (copy)
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, AK 99501-3657
Email: dean.dunsmore@usdoj.gov
907-271-5452
907-271-5827 FAX

1