Paul G. Shearer
1532 Meadows Drive
Lake Oswego, Oregon 97034
(503) 697-4378



FILED

DEC 20 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| PAUL G. SHEARER,<br><br>      Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br>GALE A. NORTON, Secretary of the<br>Interior, DEPARTMENT OF INTERIOR,<br>and, NATIONAL PARK SERVICE,<br><br>      Defendants. | Case No. A03-0263 CV (JKS)<br>(Consolidated)<br><br><br><br><br><br>**PLAINTIFF'S MOTION FOR LEAVE<br>TO ACCEPT LATE FILED JURY<br>DEMAND PURSUANT TO RULE 39(b)<br>FED. RULES OF CIVIL PROCEDURE** |

     Plaintiff Paul G. Shearer moves pursuant to Rule 39(b), Fed. R.Civ. Proc., for leave of the Court to accept his late filed jury demand. Plaintiff's motion is supported by memorandum captioned Plaintiff's Opposition to United States' Motion to Strike Jury Demand and Memorandum in Support of Cross Motion F.R.C.P. 39(b), filed simultaneously herewith.

     Plaintiff's jury demand is late filed within the meaning of Fed.R.Civ.Proc. 38(b) and may be rejected by the Court. However, Fed.R.Civ.Proc. 39(b) confers discretion on the Court to accept late filed jury demands. The Ninth Circuit has developed a stringent standard for discretionary authorization to accept late filed jury demands. Notwithstanding this standard, Shearer submits that he has cause for discretionary approval of this motion to accept late filed

1

appeal: Shearer was pro per at the time of filing his Complaint in this action, and the government's represented position was that Section 120 does not allow jury trials. Therefore, Shearer did not make a jury demand. Shearer later learned that this Court has issued rulings on the jury trial issue in Section 120 actions and actions brought under the Declaration of Takings Act, and filed his demand for jury trial.

    DATED this 19 day of December, 2005, At Oswego, Oregon.



Plaintiff
Paul G. Shearer
1532 Meadows Drive
Lake Oswego, Oregon 97034

## CERTIFICATE OF SERVICE

I certify that on _DECEMBER 19_ 2005 a copy of the above documents was served by placing said copies in a postage prepaid envelope, addressed to that person at the place and address stated below, and by depositing said envelope and contents in the _US POSTAL_ mail at _PORTLAND_, Oregon.

_Paul Shearer_
Paul G. Shearer

Addressee(s):

ALASKA AIR - COURIER
US District Court
Clerk of Court
222 W. 7th Ave #4
Anchorage, AK 99513-7564
907-677-6100


Paul Harrison (copy)
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 561 – Ben Franklin Station
Washington, D.C. 20044
Email: paul.harrison@usdoj.gov
202-305-0299
202-514-8865 FAX


Dean K. Dunsmore (copy)
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, AK 99501-3657
Email: dean.dunsmore@usdoj.gov
907-271-5452
907-271-5827 FAX

1