

FILED

DEC 23 2005



UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*Shearer v. United States*
Case No. A03-0263 CV (JKS)

By:                    THE HONORABLE JAMES K. SINGLETON

Deputy Clerk:          Dan Maus, Case Management: 677-6123*

PROCEEDINGS:           ORDER FROM CHAMBERS

     Defendants' Motion to Stay Responses to Shearer's Second Written Discovery at **Docket No. 54** is **GRANTED**. This Motion was inadvertently excluded from the Order contained at Docket No. 57.

     **IT IS SO ORDERED.**

Entered at the direction of the Honorable James K. Singleton, United States District Judge.

DATE: <u>December 23, 2005</u>

\*      ALL INQUIRIES REGARDING THE SCHEDULING OR CALENDARING OF THIS CASE SHOULD BE DIRECTED TO THE ABOVE INDICATED CASE MANAGER.

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made in the form of a motion. *See* FED. R. CIV. P. 7(b)(1); D. Ak. LR 7.1(j) & 59(b). No one should telephone, fax, or write to chambers regarding pending cases. The Judge's secretary and law clerks are not permitted to discuss any aspect of this case, provide any information, or communicate with any person, including litigants, lawyers, witnesses, and the general public regarding pending cases.

A03-0263--CV (JKS)    *am 12-23-05*
--------------------------------------------------

✓ D. DUNSMORE (AUSA)
✓ F. SHEARER

F:\HOME\JUDGES\DOCS\SHARED\Forms\MO.FRM

