FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 23 PM 1: 33

DEAN K. DUNSMORE
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources
 Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: (907) 271-5452
Facsimile: (907-271-5827
Email: dean.dunsmore@usdoj.gov

PAUL HARRISON
TRIAL ATTORNEY
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources
 Division
P.O. Box 561 - Ben Franklin Station
Washington, D. C.  20044
Telephone: (202) 305-0299
Facsimile: (202) 514-8865
Email: paul.harrison@usdoj.gov

Attorneys for Defendants.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PAUL G. SHEARER )<br>)<br>Plaintiff, )<br>)<br>V. )<br>)<br>UNITED STATES OF AMERICA, )<br>GALE NORTON, Secretary of the )<br>Interior, the DEPARTMENT OF )<br>THE INTERIOR, the NATIONAL )<br>PARK SERVICE. )<br>)<br>Defendants. )<br>_____) | No. A03-0263-CV(JKS)<br>(CONSOLIDATED)<br><br>MOTION OF UNITED STATES<br>FOR LEAVE TO FILE CONSOLIDATED<br>BRIEFS AND TO ESTABLISH THE<br>TIME FOR FILING THE SAME |

The United States moves the court for an order permitting it to file (1) a single combined reply in support of the Motion of the United States for Partial Summary Judgment (Docket Entry No. 39) and opposition to Plaintiff's Cross Motion for Partial Summary Judgment Re: Section 120 Consent (Docket Entry No. 64), and (2) a single combined reply in support of the Motion of the

United States to Strike Jury Trial Demand (Docket Entry No. 55), and opposition to Plaintiff's Motion for Leave to Accept Late Filed Jury Demand Pursuant to Rule 39(b) Fed. Rules of Civil Procedure (Docket Entry No. 69), and establishing the due date for the filing of both combined documents as January 23, 2006.

In support of the above motion the United States shows:

1. Paul G. Shearer filed and served by mail Plaintiff's Opposition to Motion of the United States for Partial Summary Judgment (Docket Entry No. 65), and Plaintiff's Cross Motion for Partial Summary Judgment Re: Section 120 Consent (Docket Entry No. 64). Therefore, pursuant the D. Ak. LR 7.1(e) and Fed. R. Civ. P. 6, any reply in support of the Motion of the United States for Partial Summary Judgment (Docket Entry No. 39) is due to be filed by December 27, 2005, and an opposition to Plaintiff's Cross Motion for Partial Summary Judgment Re: Section 120 Consent (Docket Entry No. 64) is due to be filed January 3, 2006. As the Motion of the United States for Partial Summary Judgment (Docket Entry No. 39) and Plaintiff's Cross Motion for Partial Summary Judgment Re: Section 120 Consent (Docket Entry No. 64) are interrelated, the filing by the United States of a single combined reply brief and opposition to Shearer's motion is more efficient and practical.

2. Paul G. Shearer served by mail on December 19, 2005, Plaintiff's Motion for Leave to Accept Late Filed Jury Demand Pursuant to Rule 39(b) Fed. Rules of Civil Procedure (Docket Entry No. 68), and Plaintiff's Opposition to United States' Motion to Strike Jury Demand and Memorandum in Support of Cross Motion F.R.C.P. 39(b)(Docket Entry No. 67). Therefore, pursuant

the D. Ak. LR 7.1(e) and Fed. R. Civ. P. 6, any reply in support of the Motion of the United States to Strike Jury Trial Demand (Docket Entry No. 55) is due to be filed December 30, 2005, and an opposition to Plaintiff's Motion for Leave to Accept Late Filed Jury Demand Pursuant to Rule 39(b) Fed. Rules of Civil Procedure (Docket Entry No. 69) is due to be filed by January 6, 2006. As the Motion of the United States to Strike Jury Trial Demand (Docket Entry No. 55) and Plaintiff's Motion for Leave to Accept Late Filed Jury Demand Pursuant to Rule 39(b) Fed. Rules of Civil Procedure (Docket Entry No. 68) are interrelated, the filing by the United States of a single combined reply brief and opposition to Shearer's motion is more efficient and practical.

3. Undersigned counsel for the United States is to be out of the country from December 29, 2005, through January 14, 2006, on previously scheduled and ticketed travel. Given the holiday season with its usual disruptions, undersigned counsel may be unable to prepare and coordinate with necessary personnel the reply briefs and oppositions to Shearer's cross motions within the time periods initially provided by the rules of procedure before his scheduled absence from his office. The additional time to January 23, 2006, is requested in order for undersigned counsel to, if necessary,

complete the necessary coordination and file the proposed combined briefs following his return to Alaska.

Dated this 23rd day of December 2005.

DEAN K. DUNSMORE
PAUL HARRISON
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 23rd day of December 2005, a copy of the foregoing together with a proposed Order were served by placing said copy in a postage prepaid envelope, addressed to that person at the place and address stated below, and by depositing said envelope and contents in the United States mail at Anchorage, Alaska.

Paul G. Shearer
Kathryn A. McCready
1532 Meadows Drive
Lake Oswego, Oregon 97034

Lorraine A. Carter