CORRECTIVE QUITCLAIM DEED: Corrects Quitclaim: Book 839 Pages 285-286

## QUITCLAIM DEED

THIS INDENTURE, made and entered into this 7th day of February, 1994, by and between:

Robert Zoppi
1017 "B" Street
Petaluma, CA 94952
herinafter referred to as "Grantor",

and

Rtw to:
Paul G. Shearer
1532 Meadows Drive, Lake Oswego, OR 97034
herinafter referred to as "Grantee",

WITNESSETH:

THAT THE GRANTOR, for a valuable consideration, the receipt and sufficiency of which are hereby acknowledged, hereby conveys and quitclaims unto the Grantee, all interest of the Grantor, if any, in the real estate described in the following deeds and the Option Agreement known as the "Quigley Agreement" which includes U.S.M.S. 1702, 1703, 1706, and is completely described in the following deeds and probate documents recorded in the Fairbanks Recording District and the Superior Court of the State of Alaska Fourth Judicial District Fairbanks Precinct:

|  |  |
|---|---|
|  | April 8, 1944  Deed. Joseph B. Quigley (Grantor), Don A. Fowler (Grantee) Vol. 32 Pages 174-176, Recorder's File No. 94532 |
| Exhibit A: | Sept 8, 1948  Deed. Don A. Fowler (Grantor), Robert Deacon (Grantee) Vol. 36 Pages 547-549, Recorder's File No. 109,915 |
|  | Feb 6, 1963  Estate of Robert Deacon, Probate No. 62-152P |

IN WITNESS WHEREOF, the Grantor has hereunto set hand on the day and year first hereinabove written.

_[signature]_
Robert Zoppi

---

### ■ CALIFORNIA ALL-PURPOSE ACKNOWLEDGEMENT ■

STATE OF CALIFORNIA     )
COUNTY OF Sonoma        )

On 2/7/94 before me, William W. Cretcher, Notary Public,
DATE                    NAME, TITLE OF OFFICER - E.G., "JANE DOE, NOTARY PUBLIC"

personally appeared, Robert Zoppi
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_[signature]_  (SEAL)
NOTARY PUBLIC SIGNATURE

OFFICIAL SEAL - 1011744
WILLIAM W. CRETCHER
NOTARY PUBLIC - CALIF
COUNTY OF SONOMA
My Comm. Exp. Dec. 26, 1997

51

EXHIBIT _1_ Page _1_ of _3_

**EXHIBIT A:** (Copy of Deed Vol. 36, Page 547-549, with U.S.M.S. numbers added)

109,915                    **Deed**                    (U.S.I.R. Cancelled Stamps $9.90)

THIS INDENTURE Made and executed on this the 7th day of September, 1948, by and between: DON A. FOWLER, of Fairbanks, Alaska, Party of the First Part, hereinafter called Grantor, and ROBERT DEACON, of Ruby, Alaska, Party of the Second Part, hereinafter called Grantee,

WITNESSETH: That the said Party of the First Part for and in consideration of the sum of Eight Thousand Nine Hundred Forty-two and 38/100 (8,942.38), lawful money of the United States of America, to him in hand paid by the said party of the Second Part, the receipt whereof is hereby acknowledged, has granted, bargained, sold, remised, released and forever quit-claimed, and by these presents does grant, bargain, sell, remise, release and forever quit claim unto the said grantee, and to his heirs and assigns, all his right, title and interest in and to the following described lode mining claims, (Grantor's interest being an undivided one-half interest in said claims, or the interest in said claims as hereinafter specified), to-wit:

All of the following patented lode mining claims situate on the right limit of Moose Creek, on the divide between Eureka and Friday Creeks, known also as Quigley Hill:

(U.S.M.S. 1703)   The Silver Pick Lode Claim
(U.S.M.S. 1703)   The Silver Pick No. 2 Lode Claim
(U.S.M.S. 1703)   The Little Annie Lode Claim
(U.S.M.S. 1703)   The Little Annie No. 2 Lode Claim
(U.S.M.S. 1703)   The Little Maude Lode Claim
(U.S.M.S. 1703)   The Frances Lode Claim
(U.S.M.S. 1703)   The Martha Q. Lode Claim
(U.S.M.S. 1703)   The Golden Eagle Lode Claim
(U.S.M.S. 1703)   The Gold Dollar Lode Claim
(U.S.M.S. 1700)   The Lucky Strike Lode Claim
(U.S.M.S. 1705)   The Sulphide Lode Claim (except the placer mining rights therein)
(U.S.M.S. 1705)   The Water Level Lode Claim
(U.S.M.S. 1753)   The White Hawk Lode Claim
(U.S.M.S. 1701)   The Red Top Lode Claim
(U.S.M.S. 1707)   The Darling Lode Claim; and
(U.S.M.S. 1703)   An undivided two-thirds (2/3) interest in the Polly Wonder Lode Claim

An undivided (2/3) two-thirds interest in the following patented lode claims situate East of the above group of claims:

(U.S.M.S. 1702)   The Keystone Lode Claim
(U.S.M.S. 1702)   The Pennsylvania Lode Claim
(U.S.M.S. 1702)   The Pittsburg Lode Claim

All of the following patented lode claims situate on the left limit of Moose Creek:

(U.S.M.S. 1704)   The Bright Light Lode Claim
(U.S.M.S. 1704)   The Whistler Lode Claim

All of the following unpatented lode claims situate East of the second group of claims above mentioned:

(BLM Serial no. F-54240)  Banjo Lode Claim
(BLM Serial no. F-54242)  Pass Lode Claim
(BLM Serial no. F-54243)  Hard Rock Lode Claim
(BLM Serial no. F-54241)  Tugboat Annie Lode Claim

Also all other lode claims located in the vicinity of the claims hereinabove specified, but not enumerated hereinabove, in which said Optionors (Joseph B. Quigley and Fannie Quigley) have or claim any interest whatsoever.

EXHIBIT _1_ Page _2_ of _3_

Together with all dips, spurs and angles, and all ledges, lodes and deposits of mineral-bearing rock and earth contained therein, and all water and water rights and all other privileges incident and appurtenant thereto.

All of the above described claims being situate in the Kantishna Mining District, Fairbanks Recording Precinct, Fourth Judicial Division, Territory of Alaska.

Subject specifically to the right of E. Fransen and C. M. Hawkins and their heirs and assigns to purchase said properties above described under and by virtue of the terms of that certain Option Agreement entered into on the 19th day of August, 1937, between Joseph B. Quigley and Fannie Quigley, the then owners of said property above described, and E. Fransen and C. W. Hawkins, which said Option Agreements and deeds executed pursuant thereto now remain in escrow with the First National Bank; and

Subject specifically to the right of grantor to claim and receive 1% of the gross amount of all gold or other precious minerals extracted from the mining claims above described by E. Fransen and C. M. Hawkins, their successors, heirs or assigns under said Option Agreement hereinabove referred to from the date of this instrument to the 19th day of August, 1967, subject to the discharge of this right by the payment to Grantor of the sum of $25,000.00 as provided in said option agreement.

To HAVE AND TO HOLD, all and singular, the said premises, together with the appurtenances and privileges thereunto incident unto the said Grantee, his heirs and assigns forever.

IN WITNESS WHEREOF, the said Grantor has hereunto set his hand and seal on the day and year hereinabove first written.

In the presence of:                                            Don A. Fowler (Seal)
Chas. J. Clasby
Myrtle L. Bowers
UNITED STATES OF AMERICA )
                         )ss.
TERRITORY OF ALASKA      )

THIS IS TO CERTIFY That on this the 7th day of September, 1948, before me, the undersigned, a Notary Public, in and for the Territory of Alaska, duly commissioned and sworn, personally appeared DON A. FOWLER, to me known to be the identical individual mentioned in and who executed the within and foregoing Deed and he acknowledged to me that he signed and sealed the same freely and voluntarily for the uses and purposes therein specified.

WITNESS my hand and notarial seal the day and year in this certificate first herein written.

                    Chas. J. Clasby
                    NOTARY PUBLIC in and for the Territory of Alaska.
(N. P. Seal)        My commission expires: 4-11-52

Filed for Record: September 8, 1948 at 30 min. past 3 P. M.        Everett E. Smith, Recorder
                                                                    By Marie D. Gorman, Deputy

94-3561
21- 4/22

FAIRBANKS REC. DISTRICT
REQUESTED BY Shearer, P.
52698
'94 FEB 11  AM 11 35

EXHIBIT ___1___ Page _3_ of _3_