## STATUTORY QUITCLAIM DEED
(A.S. 34.15.040)

THIS INDENTURE, made and entered into this 21 day of July, 1995, by and between:

**Viola Gross, and
Viola Gross as Trustee of Vivian E. Calhoun Revocable Trust, and
Viva E. Smith by her attorney-in-fact Viola Gross**
1569 Block Road, Gridley, CA 95948
hereinafter referred to as "Grantors",

and

Return To;   **Paul G. Shearer**
1532 Meadows Drive, Lake Oswego, OR 97034
hereinafter referred to as "Grantee",

WITNESSETH:

THAT THE GRANTORS, in consideration of Ten Dollars ($10.00), and other good and valuable consideration, hereby Convey and Quitclaim unto the Grantee, all of the right, title and interest of the Grantors, if any, in and to the real property described as follows:

The following unpatented lode mining claims all in Sections 5 and 8, Township 16 South, Range 17 West, Fairbanks Meridian:

| | |
|---|---|
| **Banjo Lode Claim** | (BLM Serial no. FF-54240) |
| **Pass Lode Claim** | (BLM Serial no. FF-54241) |
| **Hard Rock Lode Claim** | (BLM Serial no. FF-54242) |
| **Tugboat Annie Lode Claim** | (BLM Serial no. FF-54243) |

Also all interests in real property held by the Grantors within the following area:

Township 15 South, Range 16,17,18 West, Fairbanks Meridian
Township 16 South, Range 16,17,18 West, Fairbanks Meridian

Together with all dips, spurs, and angles, and all ledges, lodes and deposits of mineral-bearing rock and earth contained therein, and all water and water rights and all other privileges incident or appurtenant thereto.

All of the above real property formerly situate in the Kantishna Mining and Recording District, and now situate in the Fairbanks Recording District, Fourth Judicial District, State of Alaska.

EXHIBIT 2   Page 1 of 4

BK0913PG286

IN WITNESS WHEREOF, the Grantor has hereunto set hand on the day and year first hereinabove written.

*/s/ Viola Gross*
Viola Gross: 1569 Block Road, Gridley, CA 95948

*/s/ Viola Gross, Trustee of Vivian E. Calhoun*
Viola Gross as Trustee of Vivian E. Calhoun Revocable Trust

*/s/ Viola Gross attorney-in-fact Viva E. Smith*
Viva E. Smith by her attorney-in-fact Viola Gross

STATE OF CALIFORNIA
County of Butte

THIS IS TO CERTIFY that on this _____ day of _____, 1995, before me, _____, the undersigned, a Notary Public in and for the state of California, duly commissioned and sworn, personally appeared Viola Gross, Viola Gross in her capacity as Trustee of the Vivian E. Calhoun Revocable Trust, and Viola Gross in her capacity as Power of Attorney for Viva E. Smith, personally known to me (or proved to me on the basis of satisfactory evidence) to be the persons whose names are subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacities, and that by their signature on the instrument they, or the entity upon behalf of which they acted, executed the instrument.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal on the day and year first in this certificate written.

*See Attached Sheet*

_____
Notary Public in and for California
Commission expires:

EXHIBIT __2__   Page __2__ of __4__

BK0913PG287

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT** No. 5907

State of _California_
County of _Butte_

On _July 21, 1995_ before me, _Sharon E Zunino Notary Public_
    DATE                          NAME, TITLE OF OFFICER - E.G., "JANE DOE, NOTARY PUBLIC"

personally appeared _Viola Gross_,
                          NAME(S) OF SIGNER(S)

☐ personally known to me - OR - ☒ proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

[SEAL: SHARON E. ZUNINO, Comm. # 987533, NOTARY PUBLIC - CALIFORNIA, Butte County, My Comm. Expires Jun. 18, 1997]

WITNESS my hand and official seal.

_Sharon E Zunino_
SIGNATURE OF NOTARY

═══════════ **OPTIONAL** ═══════════

Though the data below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent reattachment of this form.

**CAPACITY CLAIMED BY SIGNER**

☒ INDIVIDUAL
☐ CORPORATE OFFICER

_____
TITLE(S)

☐ PARTNER(S)   ☐ LIMITED
                  ☐ GENERAL
☒ ATTORNEY-IN-FACT
☒ TRUSTEE(S)
☐ GUARDIAN/CONSERVATOR
☐ OTHER: _____

**SIGNER IS REPRESENTING:**
NAME OF PERSON(S) OR ENTITY(IES)

**DESCRIPTION OF ATTACHED DOCUMENT**

_Statutory Quitclaim Deed_
TITLE OR TYPE OF DOCUMENT

_2_
NUMBER OF PAGES

_July 21, 1995_
DATE OF DOCUMENT

_____
SIGNER(S) OTHER THAN NAMED ABOVE

©1993 NATIONAL NOTARY ASSOCIATION • 8236 Remmet Ave., P.O. Box 7184, Canoga Park, CA 91309-7184

EXHIBIT _2_ Page _3_ of _4_

9513369

BK0913PG288

21/cc

FAIRBANKS REC. DISTRICT
REQUESTED BY Paul G Shearer

'95 AUG 7 AM 11 19

EXHIBIT __2__ Page __4__ of __4__