

# United States Department of the Interior

NATIONAL PARK SERVICE
Alaska Regional Office
2525 Gambell Street, Room 107
Anchorage, Alaska 99503-2892

IN REPLY REFER TO:

L1425 (AKRD-L)
DENA 12-117

MAY 29 1998

Paul G. Shearer
1532 Meadows Drive
Lake Oswego, Oregon  97034

Dear Mr. Shearer:

In response to your telephone request of May 26, 1998, and an earlier request on the same matter, we provide the following:

The National Park Service, in consultation with the U.S.D.O.I. Office of the Solicitor, is confident that section 120 of Public Law 105-83, which authorized takings of mining claims in the Kantishna area of Denali National Park, provides for the effective taking of portions of patented mining claims. Essentially, if an actual owner of a portion of a patented mining claim, which was not the subject of bankruptcy proceedings, provided a written consent, in accordance with the terms of section 120, to a taking of his or her portion of a patented claim, a taking of the subject property occurred and title passed to the United States on February 12, 1998.

Sincerely,

Charles M. Gilbert

Charles M. Gilbert
Chief, Land Resources Program Center

cc: Regina Sleater, Asst. Reg. Sol.

EXHIBIT  3  Page  1  of  1