USMS 1707

BK1080PG047

TRANSFER OF PROPERTY OWNERSHIP

THROUGH CONSENT TO LEGISLATIVE TAKING

In accordance with section 120 of P.L. 105-83, the Interior and Related Agencies Appropriations Act of 1998, through the attached consent document, ownership of the real property described below has transferred, effective February 12, 1998, from Michael R. Mark Anthony, whose address is 2622 Lovejoy Drive, Anchorage, Alaska 99508, to the UNITED STATES OF AMERICA and its assigns, National Park Service, whose address is 2525 Gambell Street, Room 107, Anchorage, Alaska 99503-2892:

The placer mining rights to that patented lode mining claim known as SULPHIDE, U. S. Mineral Survey Number 1707, consisting of 20 acres, more or less, located within Denali National Park and Preserve in Township 16 South, Ranges 17 and 18 West, Fairbanks Meridian, Kantishna Mining District, Fairbanks Recording District, Fourth Judicial District, State of Alaska.

Dated this fourteenth day of July, 1998.

_____
Charles M. Gilbert
Chief, Land Resources Program Center, Alaska
National Park Service

ACKNOWLEDGMENT

State of Alaska
Judicial District Third

The Foregoing Instrument was acknowledged before me by Charles M. Gilbert
on this fourteenth day of July, 1998.

Witness my hand and seal.

_____
Notary Public (Signature)
My Commission Expires 5/1/99

STATE OF ALASKA
NOTARY PUBLIC
Diane Wohlwend
MY COMMISSION EXPIRES 05-01-1999

Return to Transferee's Address:
Attn: Diane Wohlwend
National Park Service
2525 Gambell Street, Rm. 107
Anchorage, AK 99503-2892

Location Index: Section 7, T. 16 S., R. 17 W., Fairbanks Meridian and Section 12, T. 16 S., R. 18 W., Fairbanks Meridian.

Page 1 of 1

EXHIBIT  4  Page  1  of  2

BK1080PG048

**ATTACHMENT**
**INDIVIDUAL CONSENT**
**DECLARATION OF TAKING**

As owner(s) of certain patented and/or unpatented mining claims in the Kantishna area of Denali National Park, the undersigned does (do) hereby consent to the acquisition by the United States of America, pursuant to Sec. 120 of Public Law 105-83, of the following real property:

(check one)

☐ all such mining claims in my ownership in the Kantishna area of Denali National Park (please list the names of all such claims or their United States Survey numbers)

OR

☑ the following mining claims in my ownership in the Kantishna area of Denali National Park (please list the names of all such claims or their United States Survey numbers)

the placer mining rights to the Sulphide Claim, a portion of U. S. M. S. 1705

Signed on this  5th  day of  February , 19 98 .

Owner(s):

_[signature]_

**ACKNOWLEDGMENT**

State of  Alaska         016771      18-     1998 JL 17 PM 12:52
Judicial District  Third         FAIRBANKS       cc     REQUESTED BY
                    RECORDING DISTRICT              U.S. Dept of Interior

The Foregoing Instrument was acknowledged before me by  Mike R. Mark Anthony
                                                             Name(s)
on this  4  day of  February , 19 98 .

Witness my hand and seal.

_Diane C. Wohlwend_
Notary Public (Signature)

STATE OF ALASKA
NOTARY PUBLIC
Diane Wohlwend
MY COMMISSION EXPIRES 05-01-1999

My Commission Expires  5/1/99

EXHIBIT  4  Page  2  of  2