USMS 1747

BK1080PG049

## TRANSFER OF PROPERTY OWNERSHIP

### THROUGH CONSENT TO LEGISLATIVE TAKING

In accordance with section 120 of P.L. 105-83, the Interior and Related Agencies Appropriations Act of 1998, through the attached consent document, ownership of the real property described below has transferred, effective February 12, 1998, from Michael R. Mark Anthony, whose address is 2622 Lovejoy Drive, Anchorage, Alaska 99508, to the UNITED STATES OF AMERICA and its assigns, National Park Service, whose address is 2525 Gambell Street, Room 107, Anchorage, Alaska 99503-2892:

A three percent net smelter return interest in Tract 12-128, that patented lode mining claim known as GALENA, U.S. Mineral Survey Number 1747, consisting of 18.22 acres, more or less, and excluding Tract 12-129, a one-acre parcel of GALENA, located within Denali National Park and Preserve in Township 16 South, Range 18 West, Fairbanks Meridian, Kantishna Mining District, Fairbanks Recording District, Fourth Judicial District, State of Alaska.

Dated this fourteenth day of July, 1998.

_Charles M. Gilbert_
Charles M. Gilbert
Chief, Land Resources Program Center, Alaska
National Park Service

### ACKNOWLEDGMENT

State of _Alaska_
Judicial District _Third_

The foregoing instrument was acknowledged before me by _Charles M. Gilbert_
on this fourteenth day of July, 1998.

Witness my hand and seal.

_Diane Wohlwend_
Notary Public (Signature)
My Commission Expires _5/1/99_

STATE OF ALASKA
NOTARY PUBLIC
Diane Wohlwend
MY COMMISSION EXPIRES 05-01-1999

Return to Transferee's Address:
Attn: Diane Wohlwend
National Park Service
2525 Gambell Street, Rm. 107
Anchorage, AK 99503-2892

Location Index: Sections 11, 12, and 14, T. 16 S., R. 18 W., Fairbanks Meridian

Page 1 of 1

EXHIBIT 5 Page 1 of 2

BK1080PG050

ATTACHMENT
INDIVIDUAL CONSENT
DECLARATION OF TAKING

As owner(s) of certain patented and/or unpatented mining claims in the Kantishna area of Denali National Park, the undersigned does (do) hereby consent to the acquisition by the United States of America, pursuant to Sec. 120 of Public Law 105-83, of the following real property:

(check one)

☐ all such mining claims in my ownership in the Kantishna area of Denali National Park (please list the names of all such claims or their United States Survey numbers)

OR

☒ the following mining claims in my ownership in the Kantishna area of Denali National Park (please list the names of all such claims or their United States Survey numbers)

A three percent net smelter return interest in Tract 12-128, the Galena patented mining claim, excluding Tract 12-129, a one-acre portion of Galena I own in fee.

Signed on this 12th day of February, 1998.

Owner(s):

_[signature]_

ACKNOWLEDGMENT

016772

State of Alaska
Judicial District 3rd

FAIRBANKS
RECORDING DISTRICT

1998 JL 17 PM 12:52

REQUESTED BY
US Dept of Interior

The Foregoing Instrument was acknowledged before me by Mike Mark Anthony
on this 12th day of February, 1998.

Witness my hand and seal.

_Diane Wohlwend_
Notary Public (Signature)

My Commission Expires 5/1/99

STATE OF ALASKA
NOTARY PUBLIC
Diane Wohlwend
MY COMMISSION EXPIRES 05-01-1999

EXHIBIT 5 Page 2 of 2