TABLE OF EXHIBITS

| EXHIBIT | DOCUMENT |
|---|---|
| 1 | Larry D. Compton, v. the United States of America, et. al., Case No. A01-341-CV (JKS), Federal Defendants' Motion to Strike Plaintiff's Jury Demand. |
| 2 | Larry D. Compton, v. the United States of America, et. al., Case No. A01-341-CV (JKS), First Amended Complaint. |
| 3 | Larry D. Compton, v. the United States of America, et. al., Case No. A01-341-CV (JKS), Compton's Non-Opposition to Federal Defendants' Motion to Strike Jury Request. |
| 4 | United States of America, v. 191.07 Acres of Land, Case No. A98-0072-CV, Complaint in Condemnation. |
| 5 | United States of America, v. 191.07 Acres of Land, Case No. A98-0072-CV, Declaration of Taking. |
| 6 | Milan Martinek, v. United States of America, Case No. A98-0098-CV, Complaint for Inverse Condemnation and Just Compensation. |
| 7 | Kantishna Mining Co., et al., v. Babbitt, et al., Case No. F98-0007-CV (JKS), Order dated May 11, 2000. |