Erik LeRoy, P.C.
500 L St., Ste 302
Anchorage, Alaska 99501
(907) 277-2006
(907) 277-2243 (facsimile)

DEPT OF JUSTICE
03 FEB 03 AM 11:30
ANCHORAGE, ALASKA

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| LARRY D. COMPTON, bankruptcy trustee of the Daniel Ashbrook chapter 7 bankruptcy estate,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, GAIL NORTON, Secretary of the Interior, the DEPARTMENT of the INTERIOR, the NATIONAL PARK SERVICE.<br><br>Defendants. | Case No. 01-341 CV (JKS) |

Compton's Non-Opposition to Federal Defendants' Motion to Strike Jury Request

Plaintiff's counsel has read the cases cited in Federal Defendants' Motion to Strike Jury Request, and, finding them persuasive, does not oppose Federal Defendants' Motion.

Dated February 3, 2003

_____
Erik LeRoy, P.C.
Attorney for Larry D. Compton
Chapter 7 trustee for Daniel Ashbrook

1

EXHIBIT 3
Page 1 of 2

served by mail February 3, 2003 on

David Shuey
U S DOJ
Environment and Natural Resources Division
601 D St, N.W., Room 3422
Washington D.C. 20004

Dean Dunsmore
DOJ
Environment and Natural Resources Division
801 B St., Ste 504
Anchorage, AK 99501-3657

Ward Merdes
Merdes & Merdes
Box 71309
Fairbanks, AK 99707


Erik LeRoy

2

EXHIBIT 3
Page 2 of 2