DEAN K. DUNSMORE
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Phone: (907)271-5452
Facsimile: (907)271-5827

THERESA L. PATRICK
DEPARTMENT OF JUSTICE
Land Acquisition Section
P.O. Box 561
Ben Franklin Station
Washington, D.C. 20044-0561
Phone: (202)305-0296
Facsimile: (202)305-0398

Attorneys for Plaintiff

FILED
U.S. DISTRICT COURT
DISTRICT OF ALASKA
1998 MAR 10 PM 12:27

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. A98-072 CIV |
| Plaintiff, | |
| v. | COMPLAINT IN CONDEMNATION |
| 191.07 Acres of Land, more or less, situated in the Denali Borough, State of Alaska, and Milan Martinek, | |
| Defendants. | |

    1.  This is a civil action brought by the United States of America, at the request of the Regional Solicitor of the Department of the Interior, for the taking of property under the power of eminent domain and for the ascertainment of an award of just compensation, to the owners and parties in interest.

    2.  The court has jurisdiction over this action pursuant to 28 U.S.C. § 1358.

COMPLAINT IN COMDEMNATION

EXHIBIT 4
Page 1 of 2

3. The use for which the property is to be taken and the authority for the taking are described in Schedule "A" attached hereto and made a part hereof.

4. The legal description of the property and the estates to be taken and the names of the persons or parties having or claiming an interest in the property is described in Schedule "B" attached hereto and made a part hereof.

5. A plat showing the land taken is attached hereto, marked Schedule "C", and made a part hereof.

6. Local and State taxing authorities may have or claim an interest in the property by reason of taxes and assessments due and exigible.

7. In addition to the persons or parties named, there are or may be others who may have or claim some interest in the property to be taken, whose names are unknown to the plaintiff, and such persons or parties are made parties to the action under the designation "Unknown Owners."

WHEREFORE, plaintiff demands judgment that the property be condemned and that just compensation for the taking be ascertained and awarded and for such relief as may be lawful and proper.

DATED: 9 March 1998

Dean K. Dunsmore
DEAN K. DUNSMORE
Attorney, Department of Justice

COMPLAINT IN COMDEMNATION            -2-

EXHIBIT 4
Page 2 of 2