DEAN K. DUNSMORE
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources
 Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: (907) 271-5452
Facsimile: (907-271-5827
Email: dean.dunsmore@usdoj.gov

PAUL HARRISON
TRIAL ATTORNEY
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources
 Division
P.O. Box 561 - Ben Franklin Station
Washington, D. C.  20044
Telephone: (202) 305-0299
Facsimile: (202) 514-8865
Email: paul.harrison@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| PAUL G. SHEARER | ) | |
| | ) | |
| Plaintiff, | ) | No. A03-0263-CV(JKS) |
| | ) | (CONSOLIDATED) |
| V. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | ERRATA TO |
| GALE NORTON, Secretary of the | ) | REPLY IN SUPPORT OF |
| Interior, the DEPARTMENT OF | ) | MOTION OF THE UNITED STATES |
| THE INTERIOR, the NATIONAL | ) | TO STRIKE JURY TRIAL DEMAND |
| PARK SERVICE. | ) | AND OPPOSITION TO PLAINTIFF'S |
| | ) | RULE 39(b) MOTION |
| Defendants. | ) | |

Please find the attached complete copy of the REPLY IN

SUPPORT OF MOTION OF THE UNITED STATES TO STRIKE JURY TRIAL

DEMAND AND OPPOSITION TO PLAINTIFF'S RULE 39(b) MOTION. When the

document was being converted for electronic filing only one page was changed to a pdf file instead of the whole document. This error was not realized until after it was submitted to the court. The complete document is attached with this Errata.

    Dated this 18th day of January, 2006.

        /s/ Dean K. Dunsmore
        DEAN K. DUNSMORE
        U.S. DEPARTMENT OF JUSTICE
        Environment & Natural Resources
         Division
        801 B Street, Suite 504
        Anchorage, Alaska 99501-3657
        Telephone: (907) 271-5452
        Facsimile: (907-271-5827
        Email: dean.dunsmore@usdoj.gov

        PAUL HARRISON
        U.S. DEPARTMENT OF JUSTICE
        Environment & Natural Resources
         Division
        P.O. Box 561 - Ben Franklin Station
        Washington, D. C.  20044
        Telephone: (202) 305-0299
        Facsimile: (202) 514-8865
        Email: paul.harrison@usdoj.gov

        Attorneys for Federal Defendants

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on the 18th day of January, 2006 a copy of the foregoing Errata to Reply in Support of Motion of the United States to Strike Jury Trial Demand and Opposition to Plaintiff's Rule 39(b) Motion together with attached exhibits was served by placing said copy in a postage prepaid envelope, addressed to that person at the place and address stated below, and by depositing said envelope and contents in the United States mail at Anchorage, Alaska.

    Paul G. Shearer
    Kathryn A. McCready
    1532 Meadows Drive
    Lake Oswego, Oregon 97034


/s/Dean K. Dunsmore