DEAN K. DUNSMORE
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources
 Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: (907) 271-5452
Facsimile: (907-271-5827
Email: dean.dunsmore@usdoj.gov

PAUL HARRISON
TRIAL ATTORNEY
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources
 Division
P.O. Box 561 - Ben Franklin Station
Washington, D. C.  20044
Telephone: (202) 305-0299
Facsimile: (202) 514-8865
Email: paul.harrison@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| PAUL G. SHEARER | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:03-cv-00263-CV-JKS |
| | ) | (CONSOLIDATED) |
| V. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | ORDER |
| GALE NORTON, Secretary of the | ) | |
| Interior, the DEPARTMENT OF | ) | |
| THE INTERIOR, the NATIONAL | ) | |
| PARK SERVICE. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Motion of the United States for Enlargement of Time filed May 18, 2006, is granted, and the United States is granted an enlargement of time to and including June 17, 2006, in which to serve responses to Plaintiff Paul G. Shearer's First Set of Interrogatories, First Request for Production and First Requests for Admissions to the United States of America, dated September

-1-

14, 2005, and Plaintiff Paul G. Shearer's Second Set of Interrogatories, Second Request for Production and Second Requests for Admissions to the United States of America, dated October 31, 2005.

Dated this 19 day of May 2006.

REDACTED SIGNATURE
JAMES K. SINGLETON, Jr.
United States District Judge