RECEIVED
MAY 3 0 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Paul G. Shearer
1532 Meadows Drive
Lake Oswego, Oregon 97034
(503) 697-4378

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| PAUL G. SHEARER,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br>GALE A. NORTON, Secretary of the<br>Interior, DEPARTMENT OF INTERIOR,<br>and, NATIONAL PARK SERVICE,<br><br>    Defendants. | Case No. A03-0263 CV (JKS)<br>(Consolidated)<br><br><br><br><br><br><br>**PLAINTIFF'S MOTION FOR**<br>**RECONSIDERATION OF ORDER RE:**<br>**MOTION FOR ENLARGEMENT OF**<br>**TIME TO RESPOND TO DISCOVERY** |

Plaintiff Paul Shearer moves for reconsideration of the Court's Order entered on May 19, 2006 (Docket 80). The Court's Order granted the Motion of the United States for Enlargement of Time to File Response to Shearer's First and Second Discovery Requests (Docket 79) before plaintiff had an opportunity to oppose the motion. The United States' motion was filed on May 18, 2006, and plaintiff had 18 days thereafter to oppose the motion. A timely opposition would have been due on Monday June 5, 2006, pursuant to Rule 6, Fed.R.Civ.Proc. The Court's entry of an order on May 19, just one day after the United States motion was filed on May 18 and prior to plaintiff's having an opportunity to timely oppose the government's motion colorably denies him due process of law.

Shearer has now filed an Opposition to the United States Motion For Enlargement of

1

Time on May 26, 2006, and requests that the Court consider Shearer's Opposition as timely filed and reconsider the Court's Order entered on May 19, 2006 (Docket 80).

  DATED this 26th day of May, 2006, At Lake Oswego, Oregon.

           _/s/ Paul Shearer_
           Plaintiff
           Paul G. Shearer
           1532 Meadows Drive
           Lake Oswego, Oregon 97034

## CERTIFICATE OF SERVICE

I certify that a copy of the above documents was mailed, by first class mail, Express mail or FedEx, addressed to the persons at the addresses stated below on May 26, 2005. Copy was also sent by email on May 26, 2006 to Paul Harrison and Dean Dunsmore.

           _/s/ Paul Shearer_
           Paul G. Shearer

Addressee(s):

US District Court
Clerk of Court
222 W. 7th Ave #4
Anchorage, AK  99513-7564
907-677-6100

Paul Harrison (copy)
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 561 – Ben Franklin Station
Washington, D.C.  20044
Email: paul.harrison@usdoj.gov

202-305-0299
202-514-8865 FAX


Dean K. Dunsmore (copy)
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, AK 99501-3657
Email: dean.dunsmore@usdoj.gov
907-271-5452
907-271-5827 FAX