DEAN K. DUNSMORE
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources
 Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: (907) 271-5452
Facsimile: (907-271-5827
Email: dean.dunsmore@usdoj.gov

PAUL HARRISON
TRIAL ATTORNEY
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources
 Division
P.O. Box 561 - Ben Franklin Station
Washington, D. C.  20044
Telephone: (202) 305-0299
Facsimile: (202) 514-8865
Email: paul.harrison@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| PAUL G. SHEARER | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:03-cv-00263-JKS |
| | ) | (CONSOLIDATED) |
| V. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| P. LYNN SCARLETT, Acting | ) | |
| Secretary of the | ) | MOTION OF THE UNITED STATES |
| Interior, the DEPARTMENT OF | ) | FOR PARTIAL SUMMARY JUDGMENT- |
| THE INTERIOR, the NATIONAL | ) | PARCELS 3, 14, 15, and 20 |
| PARK SERVICE. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The United States et al. defendants move pursuant to Rule 56(b) of the Federal Rules of Civil Procedure for a partial summary judgment dismissing plaintiff Shearer's claims for compensation for Parcels as 3, 14, 15 and 20 as identified in the First Amended Complaint(Docket Entry No. 21) filed in *Paul G.*

*Shearer v. United States*, *et al.*, Case No. A03-0263 CV (JKS)(D. Alaska).

In support of the above motion, defendants show that there is no dispute of material fact that as to Parcels 3, 14, 15 and 20 plaintiff Shearer held no interest in those Parcels which is compensable in an action brought pursuant to section 120 of the Act of November 14, 1997, Pub. L. No. 105-83, 111 Stat. 1543, 1564-66.

Dated this 28th day of June 2006.

/s/ Dean K. Dunsmore
DEAN K. DUNSMORE
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: (907) 271-5452
Facsimile: (907-271-5827
Email: dean.dunsmore@usdoj.gov

PAUL HARRISON
TRIAL ATTORNEY
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
P.O. Box 561 - Ben Franklin Station
Washington, D. C.  20044
Telephone: (202) 305-0299
Facsimile: (202) 514-8865
Email: paul.harrison@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 28th day of June 2006 a copy of the foregoing was served by placing said copy in a postage prepaid envelope, addressed to that person at the place and address stated below, and by depositing said envelope and contents in the United States mail at Anchorage, Alaska.

    Paul G. Shearer
    Kathryn A. McCready
    1532 Meadows Drive
    Lake Oswego, Oregon 97034

And a copy was electronically served on:

    Paul G. Shearer


/s/ Dean K. Dunsmore
Dean K. Dunsmore