TABLE OF EXHIBITS

| Exhibit No. | Document |
|---|---|
| 1 | Paul G. Shearer Fourth Response to US' First Set of Interrogatories, First Request for Production and First Requests for Admissions to Paul G. Shearer. Dated 6/27/05. |
| 2 | Index of documents sent by Shearer. |
| 3 | Index of Title Chain Parcel 14 sent by Shearer. |
| 4 | Index of Title Chain Parcel 20 sent by Shearer. |
| 5 | Kantishna Mining Co., et al. v. Babbitt, F98-0007-CV, Order dated May 11, 2000. |
| 6 | Second Declaration of Charles M. Gilbert dated 12/27/05. |
| 7 | Title Document 184. |
| 8 | Title Document 185. |
| 9 | Title Document 192. |
| 10 | Title Document 21. |