| Num | Doc Number | Date | Book | Page | Index | Description | Grantor | Grantee | Notes | P1 | P2 | P3 | P4_6 | P7_8 | P9 | P10 | P11 | P12 | P13 | P14 | P15 | P16 | P17 | P18 | P19 | P20 | P21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | TITLE CHAIN FOR PARCEL 14 | | | | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | DEEDS - CONVEY INTEREST (required) | | | | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 9/9/1926 | | | Patent Number 984956 | Patent Deed (Date Issued) | USA | J.Quigley | MS 1702 | 1 | | | | | | | | | | 14 | 15 | | | | | 20 | 21 |
| 12 | 5380 | 4/20/1929 | 2 | 62 | Patent Number 984956 | Patent Deed (Date Recorded) | USA | J.Quigley | MS 1702 | | | | | | | | | | | 14 | 15 | | | | | 20 | 21 |
| 38 | | 4/29/1953 | | | Probate No. 151820 | Will of Joseph B. Quigley | J.Quigley | Jensen | all of my estate and property of whatso | 1 | | 3 | | | | | 11q | 12q | 13 | 14 | | | | | 19 | 20 | |
| 39 | King Co., WA | 10/21/1959 | 779 | 695 | Probate No. 151820 | ORDER of Solvency of Estate J.Quigley | Court - J.Quigley | Jensen | Jensen may administer will | 1 | | 3 | | | | | 11q | 12q | 13 | 14 | | | | | 19 | 20 | |
| 179 | | 2/28/1994 | 842 | 0248 | | AFFIDAVIT ROGERS | JQ,Edwards | Shearer | All | 1 | | 3 | | 7 | | | 11q | 12q | 13 | 14 | | | | | 19 | 20 | |
| 180 | 1994-004604-0 | 2/28/1994 | 842 | 0261 | MI - MINING | EXEC DEED | JQ,Edwards | Shearer | Banjo, Option1937+ | 1 | | 3 | | 7 | | | 11q | 12q | 13 | 14 | | | | | 19 | 20 | |
| 181 | | 3/1/1994 | | | | Letter to Plaintiff | | | Shearer purchased Jensen and Zoppi interest | | | 3 | | 7 | | | | | 13 | 14 | | | | | | | |
| 185 | 1994-009937-0 | 5/2/1994 | 852 | 0712 | D - DEEDS | QUITCLAIM (consent compensation) | Shearer | Gross | MS1702 - 3 claims 1/3 | | | | | | | | | | | 14 | | | | | | | |
| 186 | | 5/2/1994 | | | | Affidavit Hewitt | | | Wills of M. and L. Edwards, Jensen heirs | | | 3 | | 7 | | | 11q | 12q | 13 | 14 | | | | | | | |
| 192 | 1994-019812-0 | 8/30/1994 | 871 | 0728 | D - DEEDS | W DEED | MMA, Gross | USA | MS 1702, $413000 | | | | | | | | | | | 14 | | | | | | 20 | |
| 232 | | 2/12/1998 | | | | Consent of Property | Shearer | USA | Banjo, All interests 2 exceptions | 1 | | 3 | 4 | 7 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 240 | 1998-016773-0 | 7/17/1998 | 1080 | 0051 | D - DEEDS | TRANSFER OF PROPERTY OW | Shearer | USA | Banjo, All interests 2 exceptions | 1 | | 3 | 4 | 7 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 299 | 2005-005182-0 | 3/18/2005 | | | MS - MISCELLANEOUS | AFFID OF MARCIEL HART WOOD | JQ,Wood | Shearer | Banjo, Option 1937+ | 1 | | 3 | | 7q | | | 11 | 12 | 13 | 14 | | | | | | | |
| 197 | 1994-026842-0 | 12/5/1994 | 884 | 0386 | D - DEEDS | QUITCLAIM | FQ,Smith | Shearer | Doherty | 1 | | | | | | | | | | | | | | | | | |
| | DEEDS - QUIET TITLE (not required) | | | | | | | | | 1p | 2p | 3p | 4p | 7p | 9p | 10p | 11p | 12p | 13p | 14p | 15p | 16p | 17p | 18p | 19p | 20p | 21p |
| 20 | 78695 | 4/7/1937 | 8 | 88 | | Property Settlement | J.Quigley | F.Quigley | Option 1937+ | 1 | | 3 | 4 | 7 | 9 | 10 | 11 | 12 | 13q | 14q | 15 | | 17 | 18 | 19 | 20 | 21 |
| 27 | | 5/13/1942 | | | | Promissory Note: $5000 + 6% | RTMC,Gustafson | F.Quigley | See 7/18/1949 Lien | 1 | | 3 | 4 | 7 | 9 | 10 | 11 | 12 | 13q | 14q | 15 | | 17 | 18 | 19 | 20 | 21 |
| 28 | | 9/11/1942 | | | | Promissory Note: $5000 + 6% | RTMC | Deacon | Option 1937 property Lien | 1 | | 3 | 4 | 7 | 9 | 10 | 11 | 12 | 13q | 14q | 15 | | 17 | 18 | 19 | 20 | 21 |
| 29 | 94532 | 4/7/1944 | 32 | 174 | | Deed | J.Quigley | Fowler | Banjo, Option 1937 less, 1/6 claims, | 1 | | 3 | 4 | 7 | | 10 | 11 | 12 | 13q | 14q | 15 | | 17 | 18 | 19w | 20w | 21 |
| 36 | | 9/7/1948 | | | | Deed | Fowler | Deacon | Banjo, Option 1937 less, 1/2 "all other l | 1 | | 3q | | 7 | | | 11 | 12 | 13q | 14q | 15 | | 17 | | 19w | 20w | 21 |
| 37 | | 7/18/1949 | | | No. 5934 CIV | Judgment Lien: $5139 + 6% | RTMC,Gustafson | F.Quigley | No. 5934 CIV | 1 | | 3q | | 7 | | | 11 | 12 | 13q | 14q | 15 | | | 18 | | | |
| 44 | | 2/6/1963 | | | Probate No. 62-152P | Decree of Distribution | Deacon Estate | Zoppi | all other lode claims | 1 | | 3q | | 7 | | | 11 | 12 | 13q | 14q | | | | | 19w | 20w | |
| 45 | 1994-019451-0 | 2/6/1963 | 870 | 0955 | Probate No. 62-152P | ORDER Distribution Filed 2/6/1963 | Deacon Estate | heirs | Banjo, Option 1937 less | 1 | | 3q | | 7 | | | 11 | 12 | 13q | 14q | | | | | 19w | 20w | |
| 190 | 1994-019451-0 | 8/24/1994 | 870 | 0955 | Probate No. 62-152P | ORDER Distribution (Filed 2/6/1963) | Deacon Estate | heirs | Banjo, Option 1937 less | 1 | | 3q | | | | | 11 | 12 | 13q | 14q | | | | | | | |
| 191 | 1994-019452-0 | 8/24/1994 | 870 | 0963 | D - DEEDS | QUITCLAIM (Consents to Assignment) | Zoppi | Shearer | Doherty (Consents) | | | 3q | | 7 | | | 11 | 12 | 13q | 14q | | | | | | | |
| 196 | (see 32) | 11/1/1994 | | | Probate No. 994 | Probate Inventory (see 32) | F.Quigley | FQ.heirs | Real prop: claims, house | | | 3q | | 7 | 9 | | 11 | 12 | 13q | 14q | | | | | | | |
| 200 | 1994-026845-0 | 12/5/1994 | 884 | 0401 | D - DEEDS | QUITCLAIM | FQ,Cordray | Shearer | Banjo, Doherty, ALL | 1 | | 3q | | 7 | | | 11 | 12 | 13q | 14q | | | | | | | |
| 201 | 1994-026846-0 | 12/5/1994 | 884 | 0414 | D - DEEDS | QUITCLAIM | FQ,Oien | Shearer | Banjo, Doherty, ALL | 1 | | 3q | | 7 | | | 11 | 12 | 13q | 14q | | | | | | | |
| 202 | 1994-026847-0 | 12/5/1994 | 884 | 0418 | D - DEEDS | QUITCLAIM | FQ,McGlasson | Shearer | Banjo, Doherty, ALL | 1 | | 3q | | 7 | | | 11 | 12 | 13q | 14q | | | | | | | |
| 203 | 1994-027547-0 | 12/13/1994 | 885 | 0431 | D - DEEDS | QUITCLAIM | FQ,Hull | Shearer | Banjo, Doherty, ALL | 1 | | 3q | | 7 | | | 11 | 12 | 13q | 14q | | | | | | | |
| 209 | 1995-001231-0 | 1/23/1995 | 890 | 0591 | D - DEEDS | QUITCLAIM | JQ,P.Zoppi | Shearer | Banjo, Option1937+ | 1q | | 3q | | 7q | | | 11q | 12q | 13q | 14q | | | | | | | |
| 210 | 1995-001232-0 | 1/23/1995 | 890 | 0594 | D - DEEDS | QUITCLAIM | JQ,Suez | Shearer | Banjo, Option1937+ | 1q | | 3q | | 7q | | | 11q | 12q | 13q | 14q | | | | | | | |
| 211 | 1995-001233-0 | 1/23/1995 | 890 | 0597 | D - DEEDS | QUITCLAIM | JQ,Earnshaw | Shearer | Banjo, Option1937+ | 1q | | 3q | | 7q | | | 11q | 12q | 13q | 14q | | | | | | | |
| 212 | 1995-001234-0 | 1/23/1995 | 890 | 0600 | D - DEEDS | W DEED | JQ,Vartnaw | Shearer | Banjo, Option1937+ | 1q | | 3q | | 7q | | | 11q | 12q | 13q | 14q | | | | | | | |
| 216 | 1995-013369-0 | 8/7/1995 | 913 | 0285 | D - DEEDS | QUITCLAIM | FQ,Gross | Shearer | Banjo, Option 1937+ ALL | 1q | | 3q | | 7 | | | 11 | | 13q | 14q | | | | | | | |
| 223 | | 6/10/1997 | | | | Power of Attorney | R.Zoppi | N.Zoppi | Option 1937- | 1 | | 3q | | | | | 11q | 12q | 13q | 14q | | | | | | | |
| 264 | 2001-001512-0 | 1/12/2001 | 1236 | 0298 | 4FA-93-2045, 4FA-98-1250 | ORDER VACATING DECEMBER 1 | Court | Shearer | Doherty+ | 1 | | | | 7q | | | | 12q | 13q | 14q | | | | | | | |
| 266 | 2001-001976-0 | 1/22/2001 | 1237 | 0462 | D - DEEDS | STAT QUITCLAIM DEED | FQ,De.Garrison | Shearer | Option1937+ | 1q | | 3q | | 7q | | | 11q | 12q | 13q | 14q | | | | | | | |
| 267 | 2001-001977-0 | 1/22/2001 | 1237 | 0464 | D - DEEDS | STAT QUITCLAIM DEED | FQ,Da.Garrison | Shearer | Option1937+ | 1q | | 3q | | 7q | | | 11q | 12q | 13q | 14q | | | | | | | |
| 276 | 2003-021121-0 | 8/22/2003 | | | D - DEEDS | STAT QUITCLAIM DEED | FQ,Gross | Shearer | ALL | | | 3q | | 7q | | | 11q | 12q | 13q | 14q | | | | | | | |
| 277 | 2003-021122-0 | 8/22/2003 | | | MS - MISCELLANEOUS | STAT QUITCLAIM DEED AND A | FQ,Gross | Shearer | ALL | | | 3q | | 7q | | | 11q | 12q | 13q | 14q | | | | | | | |
| 278 | 2003-021123-0 | 8/22/2003 | | | D - DEEDS | STAT QUITCLAIM DEED AND A | JQ,Zoppi | Shearer | ALL | | | 3q | | 7q | | | 11q | 12q | 13q | 14q | | | | | | | |
| 279 | 2003-021124-0 | 8/22/2003 | | | MS - MISCELLANEOUS | STAT QUITCALIM DEED AND A | JQ,Zoppi | Shearer | ALL | | | 3q | | 7q | | | 11q | 12q | 13q | 14q | | | | | | | |
| 280 | 2003-021125-0 | 8/22/2003 | | | MS - MISCELLANEOUS | ASSIGN OF ASSETS REAL AND | JQ,Zoppi | Shearer | ALL | | | | | 7q | | | 11q | 12q | 13q | 14q | | | | | | | |
| 304 | 2005-005187-0 | 3/18/2005 | | | D - DEEDS | STAT QUITCLAIM DEED | RTMC | Shearer | Option 1937 | | | 3q | | 7q | | | 11q | 12q | 13q | 14q | | | | | | | |
| 305 | 2005-005188-0 | 3/18/2005 | | | MS - MISCELLANEOUS | CLARIFYING AND CONFIRMING | RTMC | Shearer | Option 1937 | | | 3q | | 7q | | | 11q | 12q | 13q | 14q | | | | | | | |
| | DEEDS - SUPPORT DOCUMENTS | | | | | | | | | 1r | 2r | 3r | 4r | 7r | 9r | 10r | 11r | 12r | 13r | 14r | 15r | 16r | 17r | 18r | 19r | 20r | 21r |
| 23 | | 8/19/1937 | | | | 2% Mineral Rights | Optionees | Quigley | Option 1937 | 1s | | 3s | 4s | 7s | 9s | 10s | 11s | 12s | 13s | 14s | 15s | | 17s | 18s | 19s | 20s | 21s |
| 177b | | 2/17/1994 | | | | FTA Preliminary Commitment 1702 | FTA | USA | MS 1702 - 3 claims | | | | | | | | | | | 14s | | | | | | 20s | |
| | DEEDS - UNPATTENTED | | | | | | | | | 1t | 2t | 3t | 4t | 7t | 9t | 10t | 11t | 12t | 13t | 14t | 15t | 16t | 17t | 18t | 19t | 20t | 21t |
| | DEEDS - WILD DEEDS (do not convey interest) | | | | | | | | | 1v | 2v | 3v | 4v | 7v | 9v | 10v | 11v | 12v | 13v | 14v | 15v | 16v | 17v | 18v | 19v | 20v | 21v |
| 1 | | 1/16/1925 | | | | Deed (Quitclaim) (Date Conveyed) | J.Quigley | Dalton | MS 1706 1703 2/3 1702 2/3 | | | | | | | | | 12w | 13w | 14w | | 16 | | | | | |
| 9 | 5340 | 7/29/1928 | 2 | 25 | | Deed (Quitclaim) (Date Recorded) | J.Quigley1925 | Dalton | MS 1706 1703 2/3 1702 2/3 | | | | | | | | | 12w | 13w | 14w | | 16 | | | | | |
| 21 | NONE | 8/19/1937 | | | NOT RECORDED | Option 1937 | Quigley | Fransen | Option 1937 | 1w | | 3w | 4w | 7w | 9w | 10w | 11w | 12w | 13w | 14w | 15w | | 17w | 18w | 19w | 20w | 21w |
| 22 | NONE | 8/19/1937 | | | NOT RECORDED | Escrow Deed - Never Conveyed | Quigley | Bank | Option 1937 | 1w | | 3w | 4w | 7w | 9w | 10w | 11w | 12w | 13w | 14w | 15w | | 17w | 18w | 19w | 20w | 21w |
| 24 | | 8/20/1937 | | | | Letter escrow terms 1937 Option | Quigley | Bank | Option 1937 | 1w | | 3w | 4w | 7w | 9w | 10w | 11w | 12w | 13w | 14w | 15w | | 17w | 18w | 19w | 20w | 21w |
| 25 | NONE | 10/15/1937 | | | NOT RECORDED | Assignment of Option | Fransen | RTMC | Option 1937, NEVER CONVEYED | 1w | | 3w | 4w | 7w | 9w | 10w | 11w | 12w | 13w | 14w | 15w | | 17w | 18w | 19w | 20w | 21w |
| | DEEDS - OTHER | | | | | | | | | 1x | 2x | 3x | 4x | 7x | 9x | 10x | 11x | 12x | 13x | 14x | 15x | 16x | 17x | 18x | 19x | 20x | 21x |
| 0a | | 4/14/1914 | | | Patent Number 398114 | Patent Deed (Date Issued) | USA | J.Quigley | MS 362 | | | | | | | | 11 | | | | | | | | | | |
| 0b | | 6/6/1914 | | | Patent Number 411892 | Patent Deed (Date Issued) | USA | J.Quigley | MS 360 | | | | | | | | 11 | | | | | | | | | | |
| 0c | | 6/6/1914 | | | Patent Number 411893 | Patent Deed (Date Issued) | USA | J.Quigley | MS 361 | | | | | | | | 11 | | | | | | | | | | |
| 2 | | 9/9/1926 | | | Patent Number 984955 | Patent Deed (Date Issued) | USA | J.Quigley | MS 1701 | | | | | | | | | | | | 15 | | | | | | 21 |
| 4 | | 9/9/1926 | | | Patent Number 984958 | Patent Deed (Date Issued) | USA | J.Quigley | MS 1705 | | | 3 | | | | | | | | | 15 | | | | | | 21 |
| 5 | | 9/9/1926 | | | Patent Number 984959 | Patent Deed (Date Issued) | USA | J.Quigley | MS 1706 | | | | | | | | | 12 | | | 15 | | | | | | 21 |
| 6 | | 10/6/1927 | | | Patent Number 1008217 | Patent Deed (Date Issued) | USA | J.Quigley | MS 1703 | | | | | | | | | | 13 | | 15 | | | | 19 | | 21 |
| 7 | | 7/27/1928 | 2 | 33 | | Date Location (Record 10/2/1928) Banjo | USA | J.Quigley | Banjo (Banjo) | | | | | 7 | | | | | | | 15 | | | | | | 21 |
| 8 | | 7/27/1928 | | | | BLM FILE FF054240-43 1928-1998 | J.Quigley | | Banjo | | | | | 7 | | | | | | | 15 | | | | | | 21 |
| 10 | | 11/24/1928 | | | Patent Number 1021237 | Patent Deed (Date Issued) | USA | McGonaga | MS 1747 | | 2 | | | | | | | | | | | | | | | | |
| 11 | | 11/24/1928 | ? | ? | Patent Number 1021237 | Patent Deed (Date Recorded ?) | USA | McGonaga | MS 1747 | | 2 | | | | | | | | | | | | | | | | |
| 13 | 5375 | 4/20/1929 | 2 | 47 | Patent Number 1008217 | Patent Deed (Date Recorded) | USA | J.Quigley | MS 1703 | | | | | | | | | | 13 | | 15 | | | | 19 | | 21 |

| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | | 4/20/1929 | ? | ? | Patent Number 984955 | Patent Deed (Date Recorded ?) | USA | J.Quigley | MS 1701 | | | | | | | | | | | | 15 | | | | | | 21 |
| 15 | | 4/20/1929 | ? | ? | Patent Number 984958 | Patent Deed (Date Recorded ?) | USA | J.Quigley | MS 1705 | | | 3 | | | | | | | | | 15 | | | | | | 21 |
| 16 | | 4/20/1929 | 704 | 938 | Patent Number 984959 | Patent Deed (Date Recorded 6/13/1991) | USA | J.Quigley | MS 1706 | | | | | | | | | 12 | | | 15 | | | | | | 21 |
| 17 | | 6/17/1929 | 2 | 70 | | Date Location (Record 7/3/1929) Banjo | USA | J.Quigley | Banjo (Banjo) Amended | | | | | 7 | | | | | | | 15 | | | | | | 21 |
| 18 | | 6/17/1929 | 2 | 70 | | Date Location (Record 7/3/1929) Pass | USA | J.Quigley | Banjo (Pass) | | | | | 7 | | | | | | | 15 | | | | | | 21 |
| 19 | | 8/16/1933 | | | | Option | J.Quigley | McRae | Option 1933 | | | | | | | | | | | | | | | | | | |
| 26 | 84459 | 8/25/1939 | 29 | 179 | | Deed | Taylor | J.Quigley | Lucky Gulch 1 - 1/2 | | | | 4 | | | | | | | | | | | | | | |
| 30 | | 10/1/1944 | | | Probate No. 994 | Probate No. 994 Fannie Quigley | F.Quigley | FQ.heirs | see next | 1 | | 3q | 4 | 7 | 9 | | 11 | 12q | 13q | | 15 | | | 18 | | | 21 |
| 31 | | 10/1/1944 | | | Probate No. 994 | Petition for Will and Executor | F.Quigley | FQ.heirs | | 1 | | 3q | 4 | 7 | 9 | | 11 | 12q | 13q | | 15 | | | 18 | | | 21 |
| 32 | | 10/1/1944 | | | Probate No. 994 | Inventory of Fannie Quigley Estate | F.Quigley | FQ.heirs | | 1 | | 3q | 4 | 7 | 9 | | 11 | 12q | 12q | | 15 | | | 18 | | | 21 |
| 33 | | 10/1/1944 | | | Probate No. 994 | Will of Fannie Quigley | F.Quigley | FQ.heirs | | 1 | | 3q | 4 | 7 | 9 | | 11 | | | | 15 | | | 18 | | | 21 |
| 34 | | 11/1/1944 | | | Probate No. 994 | Promissory Note: $5139 + 6% | RTMC,Gustafson | F.Quigley | See 7/18/1949 Lien | | | | | | | | | | | | 15 | | | 18 | | | 21 |
| 35 | | 8/9/1945 | | | Probate No. 1014 | Probate Lien - Claim: $2000 + 6% | Dalton | F.Quigley | Lien on Dalton interest, if any | | | | | | | | | | | | | 16 | | | | | |
| 40 | | 2/18/1961 | | | | Standby Agreement | FQ,Estate | Moneta | | 1w | | | | 7w | | | 11w | 12w | | | | | | | | | |
| 41 | | 3/2/1961 | | | | Standby Agreement | Deacon,Estate | Moneta | | 1w | | | | 7w | | | 11w | 12w | | | | | | | | | |
| 42 | | 4/27/1961 | | | | Option Moneta | RTMC | Moneta | Option 1937 less, "all other lode claims | 1w | | | | 7w | | | 11w | 12w | | | | | | | | | |
| 43 | | 1/11/1963 | | | | Option Moneta TERMINATED | Moneta | FQ,RTMC | Option 1937, Letter to RTMC | 1w | | | | 7w | | | 11w | 12w | | | | | | | | | |
| 46 | | 4/29/1964 | | | Probate No. 994 | Supplement Final Account | Moneta | FQ,RTMC | Moneta ... has abandoned its option | 1w | | | | 7w | | | 11w | 12w | | | | | | | | | |
| 47 | | 2/5/1965 | | | Probate No. 994 | Ordering Distribution | FQ,Estate | FQ,heirs | Banjo, Option 1937+ | 1 | | 3q | | 7 | | | 11 | 12 | | | | | | | | | |
| 48 | | 2/18/1965 | 175 | 317 | Probate No. 994 | Executor's Deed | Collins | FQ,heirs | MS 1937+ "all other lode claims" | 1 | | 3q | | 7 | | | 11 | 12 | | | | | | | | | |
| 49 | | 5/28/1969 | | | | Lease with Option | RTMC | LMA | Option 1937 less, (not Doherty) | | | 3w | | | | | | | | | | | | | | | |
| 50 | | 2/17/1971 | | | | Ammended Executor Deed | Dalton | Butler | MS 1702 -3 1/3 (not Doherty) | | | | | | | | | | | | | | | | | | |
| 51 | | 2/23/1971 | | | | Ammended Quitclaim | Butler | Mauer | MS 1702 -3 1/3 (not Doherty) | | | | | | | | | | | | | | | | | | |
| 52 | | 5/4/1978 | | | | Power of Attorney | FQ.heirs | Gross | Option 1937+ | 1 | | 3q | | 7 | | | 11 | 12 | | | | | | | | | |
| 53 | 1978-014300-0 | 7/19/1978 | 116 | 0040 | MI - MINING | DEED | Moneta | LMA | Option 1937 less | | | | | | | | | | | | | | | | | | |
| 54 | 1978-014567-0 | 7/21/1978 | 116 | 0420 | MI - MINING | W. DEED | RTMC | KML | Option 1937 less | | | | | | | | | | | | | | | | | | |
| 54b | 1978-019879-0 | 9/19/1978 | 123 | 0269 | MI - MINING | REPRESENTATIVE'S DEED | T.Lloyd | I.Lloyd | MS 360 361 362 | | | | | | | | 11w | | | | | | | | | | |
| 55 | 1978-025197-0 | 11/9/1978 | 129 | 0795 | MI - MINING | AFFID./LABOR | RTMC | | Banjo | | | | | 7u | | | | | | | | | | | | | |
| 57b | | 1/24/1979 | | | 4FA-79-194 | COMPLAINT (Not J.Quigley) | KML | | Option 1937 less | | | | | | | | | | | | | | | | 19w | 20w | |
| 56 | 1979-002242-0 | 2/9/1979 | 137 | 0329 | MI - MINING | LIS PENDENS | KML | | Option 1937 less | | | | | | | | | | | | | | | | | | |
| 57 | 1979-015649-0 | 9/19/1979 | 156 | 0036 | MI - MINING | AFFID./LABOR | RTMC | | Banjo | | | | | 7u | | | | | | | | | | | | | |
| 58 | | 11/24/1979 | | | 4FA-93-2045, 4FA-98-1250 | ORDER OPTION EXPIRED | Court | Shearer | Banjo, Option 1937 Expired | | | | | 7 | | | 11w | 12w | | | | | | | | | |
| 59 | 1980-020576-0 | 10/13/1980 | 192 | 0559 | MI - MINING | AFFID./LABOR | RTMC | | Banjo | | | | | 7u | | | | | | | | | | | | | |
| 60 | | 10/27/1980 | | | | Power of Attorney | Viva Smith | Gross | Banjo, Option 1937+ | 1 | | 3q | | 7 | | | 11 | 12 | | | | | | | | | |
| 61 | | 10/27/1980 | | | | Power of Attorney | Calhoun | Gross | Banjo, Option 1937+ | 1 | | 3q | | 7 | | | 11 | 12 | | | | | | | | | |
| 62 | 1980-022493-0 | 11/4/1980 | 195 | 0257 | MI - MINING | QUITCLAIM DEED | FQ,Nolan | Gross | Banjo, Option 1937+ | 1 | | 3q | | 7 | | | 11 | 12 | | | | | | | | | |
| 63 | 1980-022494-0 | 11/4/1980 | 195 | 0259 | MI - MINING | QUITCLAIM DEED | FQ,Dodd | Gross | Banjo, Option 1937+ | 1 | | 3q | | 7 | | | 11 | 12 | | | | | | | | | |
| 64 | 1980-022495-0 | 11/4/1980 | 195 | 0261 | MI - MINING | QUITCLAIM DEED | FQ,Garrison | Gross | Banjo, Option 1937+ | 1 | | 3q | | 7 | | | 11 | 12 | | | | | | | | | |
| 65 | 1980-022496-0 | 11/4/1980 | 195 | 0263 | MI - MINING | QUITCLAIM DEED | FQ,Smith | Gross | Banjo, Option 1937+ | 1 | | 3q | | 7 | | | 11 | 12 | | | | | | | | | |
| 66 | 1980-024078-0 | 11/21/1980 | 197 | 0380 | MI - MINING | ACKNOWLEDG./OWNERSHIP | FQ,Gross | Butler | Doherty | 1 | | | | | | | | | | | | | | | | | |
| 67 | 1981-019000-0 | 9/1/1981 | 227 | 0756 | MI - MINING | AFFID./LABOR | RTMC | | Banjo | | | | | 7u | | | | | | | | | | | | | |
| 68 | 1981-019001-0 | 9/1/1981 | 227 | 0757 | MI - MINING | AFFID./LABOR | RTMC | | Banjo | | | | | 7u | | | | | | | | | | | | | |
| 69 | 1981-019002-0 | 9/1/1981 | 227 | 0758 | MI - MINING | AFFID./LABOR | RTMC | | Banjo | | | | | 7u | | | | | | | | | | | | | |
| 70 | 1981-019003-0 | 9/1/1981 | 227 | 0759 | MI - MINING | AFFID./LABOR | RTMC | | Banjo | | | | | 7u | | | | | | | | | | | | | |
| 71 | 1981-019004-0 | 9/1/1981 | 227 | 0760 | MI - MINING | AFFID./LABOR | RTMC | | Banjo | | | | | 7u | | | | | | | | | | | | | |
| 72 | 1981-019005-0 | 9/1/1981 | 227 | 0761 | MI - MINING | AFFID./LABOR | RTMC | | Banjo | | | | | 7u | | | | | | | | | | | | | |
| 73 | 1981-019006-0 | 9/1/1981 | 227 | 0762 | MI - MINING | AFFID./LABOR | RTMC | | Banjo | | | | | 7u | | | | | | | | | | | | | |
| 74 | 1981-019007-0 | 9/1/1981 | 227 | 0763 | MI - MINING | AFFID./LABOR | RTMC | | Banjo | | | | | 7u | | | | | | | | | | | | | |
| 75 | 1981-019008-0 | 9/1/1981 | 227 | 0764 | MI - MINING | AFFID./LABOR | RTMC | | Banjo | | | | | 7u | | | | | | | | | | | | | |
| 76 | 1981-019009-0 | 9/1/1981 | 227 | 0765 | MI - MINING | AFFID./LABOR | RTMC | | Banjo | | | | | 7u | | | | | | | | | | | | | |
| 77 | 1981-019010-0 | 9/1/1981 | 227 | 0766 | MI - MINING | AFFID./LABOR | RTMC | | Banjo | | | | | 7u | | | | | | | | | | | | | |
| 78 | | 9/22/1981 | | | 4FA-79-194 | Order of Settlement | Gross | KML | mining claims subject this action (not Doherty) | | | | | | | | | | | | | | | | | | |
| 79 | | 10/2/1981 | | | 4FA-79-194 | Settlement Letters | FQ,heirs | KML | | 1q | | | | | | | | | | | | | | | | | |
| 80 | 1981-028336-0 | 12/1/1981 | 241 | 0717 | MI - MINING | AFFID./LABOR | RTMC | | Banjo | | | | | 7u | | | | | | | | | | | | | |
| 81 | 1982-002019-0 | 2/3/1982 | 248 | 0667 | MI - MINING | DEED/TRUST 12,228.82 | KML | Gross | MS 1704 | | | | | | | | | | | | | | | | | | |
| 82 | 1982-004715-0 | 3/23/1982 | 252 | 0713 | 4FA-79-194 | ORDER/DECREE | Court | KML | Option 1937 less | | | | | | | | | | | | | | | | | | |
| 83 | 1982-004715-0 | 3/23/1982 | 252 | 0713 | 4FA-79-194 | ORDER/DECREE | Court | Gross | MS 1702 | | | | | | | | | | | | | | | | | 20w | |
| 84 | 1982-005658-0 | 4/6/1982 | 254 | 0139 | MI - MINING | QUITCLAIM DEED | Gross | Gross+ | MS 1702 | | | | | | | | | | | | | | | | | 20w | |
| 85 | 1982-005658-0 | 4/6/1982 | 254 | 0139 | MI - MINING | QUITCLAIM DEED | Gross | Savell | MS 1702 | | | | | | | | | | | | | | | | | 20w | |
| 86 | 1982-016277-0 | 8/20/1982 | 270 | 0322 | MI - MINING | AFFIDAVIT/LABOR | RTMC | | Banjo | | | | | 7u | | | | | | | | | | | | | |
| 87 | 1982-021883-0 | 10/22/1982 | 279 | 0686 | MI - MINING | QUITCLAIM DEED | KML | Gross | Doherty 2/3 | 1q | | | | | | | | | | | | | | | | | |
| 87b | | 2/23/1983 | | | 4FA-83-373 | COMPLAINT | | | MS 360 361 362 | | | | | | | | 11w | | | | | | | | | | |
| 88 | 1983-020563-0 | 8/24/1983 | 323 | 0905 | MI - MINING | W. DEED | Annesley et al. | MMA | MS 1747 | | 2 | | | | | | | | | | | | | | | | |
| 89 | 1983-026542-0 | 10/13/1983 | 334 | 0480 | MI - MINING | AFFID./LABOR | RTMC | | Banjo | | | | | 7u | | | | | | | | | | | | | |
| 90 | 1983-029321-0 | 11/7/1983 | 339 | 0182 | M - MORTGAGES | DEED/RECON. | Trustee | KML | MS 1704 | | | | | | | | | | | | | | | | | | |
| 87b | 1983-032721-0 | 12/2/1983 | 344 | 0510 | MI - MINING | DECREE QUIETING TITLE | I.Lloyd | I.Lloyd | MS 360 361 362 | | | | | | | | 11w | | | | | | | | | | |
| 91 | | 1/23/1984 | | | | DOWL Report: Mining Acquisition | DOWL | | All | | | | | | | | | | | | | | | | | | |
| 92 | 1984-022777-0 | 8/30/1984 | 384 | 0767 | MI - MINING | AFFID./LABOR | RTMC | | Banjo | | | | | 7u | | | | | | | | | | | | | |
| 93 | 1984-028173-0 | 10/15/1984 | 393 | 0851 | MI - MINING | AFFID/LABOR | RTMC | | Banjo | | | | | 7u | | | | | | | | | | | | | |
| 94 | 1985-024036-0 | 9/23/1985 | 445 | 0760 | MI - MINING | AFFID/LABOR | RTMC | | Banjo | | | | | 7u | | | | | | | | | | | | | |
| 95 | 1986-021474-0 | 9/26/1986 | 498 | 0030 | MI - MINING | INTENT TO HOLD | RTMC | | Banjo | | | | | 7u | | | | | | | | | | | | | |
| 96 | 1986-021476-0 | 9/26/1986 | 498 | 0032 | MI - MINING | ANNUAL LABOR | RTMC | | Banjo | | | | | 7u | | | | | | | | | | | | | |
| 97 | 1986-027424-0 | 11/28/1986 | 507 | 0812 | MI - MINING | ANNUAL LABOR | RTMC, Erlendson | | Banjo | | | | | 7u | | | | | | | | | | | | | |
| 98 | 1987-019328-0 | 9/16/1987 | 543 | 0180 | MI - MINING | INTENT TO HOLD | RTMC | | Banjo | | | | | 7u | | | | | | | | | | | | | |

EXHIBIT 3
Page 2 5

| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 99 | 1987-020947-0 | 10/6/1987 | 545 | 0761 | MI - MINING | ANNUAL LABOR | RTMC | | Banjo | | | | | 7u | | | | | | | | | | | | | |
| 100 | 1987-020948-0 | 10/6/1987 | 545 | 0762 | MI - MINING | INTENT TO HOLD | RTMC | | Banjo | | | | | 7u | | | | | | | | | | | | | |
| 100b | 1988-001531-0 | 2/1/1988 | 559 | 0187 | MI - MINING | W DEED | I.Lloyd | Lloyd | MS 360 361 362 | | | | | | | | 11w | | | | | | | | | | |
| 101 | | 3/17/1988 | | | 4FA-88-371-P | (WILD) Probate Inventory | Mauer Estate | heirs | 1/3 Doherty, Mauer Probate | 1w | | | | | | | | | | | | | | | | | |
| 102 | 1988-020383-0 | 9/19/1988 | 588 | 0281 | MI - MINING | ANNUAL LABOR | RTMC | | Banjo | | | | | 7u | | | | | | | | | | | | | |
| 103 | 1988-020384-0 | 9/19/1988 | 588 | 0282 | MI - MINING | INTENT TO HOLD | RTMC | | Banjo | | | | | 7u | | | | | | | | | | | | | |
| 104 | 1989-003884-0 | 2/23/1989 | 611 | 0042 | MI - MINING | QUITCLAIM | Annesley | MMA | MS 1747 | | 2 | | | | | | | | | | | | | | | | |
| 105 | 1989-006194-0 | 3/28/1989 | 615 | 0061 | MI - MINING | AFFIDAVIT | MMA | RTMC | Banjo | | | | | 7u | | | | | | | | | | | | | |
| 105b | 1989-010231-0 | 5/18/1989 | 621 | 0933 | MI - MINING | W DEED | Lloyd | USA | MS 360 361 362 | | | | | | | | 11w | | | | | | | | | | |
| 105c | 1989-010232-0 | 5/18/1989 | 621 | 0936 | MI - MINING | DEED | Lloyd | USA | MS 360 361 362 | | | | | | | | 11w | | | | | | | | | | |
| 106 | 1989-013871-0 | 7/10/1989 | 628 | 0135 | D - DEEDS | W DEED | MMA | MWT | MS 1747 | | 2q | | | | | | | | | | | | | | | | |
| 107 | 1989-013872-0 | 7/10/1989 | 628 | 0136 | MI - MINING | D/TRUST 122889.15 | MWT | MMA | MS 1747, $122,889 | | 2q | | | | | | | | | | | | | | | | |
| 108 | 1989-019156-0 | 9/20/1989 | 636 | 0707 | MI - MINING | ANNUAL LABOR | MMA | MMA | Banjo | | | | | 7u | | | | | | | | | | | | | |
| 109 | | 12/13/1989 | 647 | 0220 | 4FA-88-371-P | (WILD) Quitclaim | Mauer Estate | D.Mauer | Doherty 1/6 WILD | 1w | | | | | | | | | | | | | | | | | |
| 110 | | 12/13/1989 | 647 | 0221 | 4FA-88-371-P | (WILD) Quitclaim | Mauer Estate | Wills | Doherty 1/6 WILD | 1w | | | | | | | | | | | | | | | | | |
| 111 | | 2/14/1990 | | | | BARGAIN SALE OPTION AGREEME | KML | TPL | MS 1703 | | | | | | | | | | | | | | | | | | |
| 112 | 1990-006036-0 | 4/12/1990 | 659 | 0635 | MI - MINING | OPTION | KML | TPL | Option 1937 less | | | 3w | | | | | | | | | | | | | | | |
| 113 | 1990-019407-0 | 11/5/1990 | 683 | 0822 | MI - MINING | ANNUAL LABOR | MMA | MMA | Banjo | | | | | 7u | | | | | | | | | | | | | |
| 114 | 1991-002857-0 | 2/25/1991 | 694 | 0302 | MI - MINING | W DEED | KML | USA | Option 1937 less | | | | | | | | | | | | | | | | | | |
| 115 | 1991-002858-0 | 2/25/1991 | 694 | 0307 | MI - MINING | QUITCLAIM | TPL | USA | Option 1937 less | | | | | | | | | | | | | | | | | | |
| 116 | 1991-002859-0 | 2/25/1991 | 694 | 0310 | MI - MINING | QUITCLAIM | KML | USA | MS 1705 (Sulphide placer) WILD | | | 3w | | | | | | | | | | | | | | | |
| 117 | 1991-005253-0 | 4/15/1991 | 698 | 0636 | 4FA-79-194 | ORDER CORR | Court | KML | Option 1937 less | | | | | | | | | | | | | | | | | | |
| 118 | 1991-008761-0 | 6/13/1991 | 704 | 0938 | MI - MINING | PATENT (Date Issued 9/9/1926) | USA | J.Quigley | MS 1706 | | | | | | | | | | | | | | | | | | |
| 119 | 1991-017361-0 | 9/20/1991 | 719 | 0477 | MI - MINING | ANNUAL LABOR | MMA | MMA | Banjo | | | | | 7u | | | | | | | | | | | | | |
| 120 | 1991-023408-0 | 12/6/1991 | 729 | 0659 | MI - MINING | QUITCLAIM | KML | MMA | F-45485 Red #1 | | | | | | | | | | | | | | | | | | |
| 121 | 1991-023409-0 | 12/6/1991 | 729 | 0660 | MI - MINING | QUITCLAIM | LMA | MMA | F-45485 Red #1 | | | | | | | | | | | | | | | | | | |
| 122 | 1991-023410-0 | 12/6/1991 | 729 | 0661 | MI - MINING | BILL/SALE | KML | MMA | Banjo | | | | | 7q | | | | | | | | | | | | | |
| 123 | | 12/12/1991 | | | 4FA-91-2148 | COMPLAINT - Banjo | MMA | RTMC | Banjo | | | | | 7q | | | | | | | | | | | | | |
| 124 | 1991-023909-0 | 12/16/1991 | 730 | 0480 | MI - MINING | SUB/TRUSTEE | MMA | FTC | MS 1747 | | 2q | | | | | | | | | | | | | | | | |
| 125 | 1991-023910-0 | 12/16/1991 | 730 | 0481 | M - MORTGAGES | NTC/DEFAULT | FTC | MWT | MS 1747 | | 2q | | | | | | | | | | | | | | | | |
| 126 | 1991-024109-0 | 12/18/1991 | 730 | 0869 | MI - MINING | ANNUAL LABOR | MMA | MMA | Banjo | | | | | 7u | | | | | | | | | | | | | |
| 127 | 1992-000794-0 | 1/14/1992 | 733 | 0675 | MI - MINING | QUITCLAIM | Calhoun | C.Trust | MS 1702 | | | | | | | | | | | | | | | | | | |
| 128 | 1992-001695-0 | 1/28/1992 | 735 | 0412 | MI - MINING | OPTION TO PURCHASE | Barryman | MMA | MS 1747 | | 2q | | | | | | | | | | | | | | | | |
| 129 | 1992-003017-0 | 2/24/1992 | 737 | 0865 | MI - MINING | QUITCLAIM | E.Clausen | MMA | Banjo | | | | | 7q | | | | | | | | | | | | | |
| 130 | 1992-004620-0 | 3/17/1992 | 740 | 0507 | MI - MINING | QUITCLAIM | GFCHF | MMA | Banjo | | | | | 7q | | | | | | | | | | | | | |
| 131 | 1992-005135-0 | 3/26/1992 | 741 | 0334 | MI - MINING | AFFID/SERVICE | Senner | MWT | MS 1747 | | 2q | | | | | | | | | | | | | | | | |
| 132 | 1992-005136-0 | 3/26/1992 | 741 | 0336 | MI - MINING | AFFID/SERVICE | Snoddy | MWT | MS 1747 | | 2q | | | | | | | | | | | | | | | | |
| 133 | 1992-005137-0 | 3/26/1992 | 741 | 0337 | MI - MINING | AFFID/POSTING | Holty | MWT | MS 1747 | | 2q | | | | | | | | | | | | | | | | |
| 134 | 1992-005138-0 | 3/26/1992 | 741 | 0338 | M - MORTGAGES | AFFID/PUBLICATION | MWT | MMA | MS 1747 | | 2q | | | | | | | | | | | | | | | | |
| 135 | 1992-005139-0 | 3/26/1992 | 741 | 0339 | MI - MINING | TRUSTEE DEED | MWT | MMA | MS 1747 | | 2q | | | | | | | | | | | | | | | | |
| 136 | | 4/2/1992 | | | 4FA-91-2148 | AMENDED COMPLAINT - Banjo | MMA | RTMC | Banjo | | | | | 7q | | | | | | | | | | | | | |
| 137 | 1992-008464-0 | 5/7/1992 | 746 | 0982 | MI - MINING | W DEED | Butler | MMA | MS 1702, (not Doherty) | | | | | | | | | | | | | | | | | | |
| 138 | | 5/12/1992 | | | | Fairbanks Title Agency Report - NPS | | | Doherty, Vested: Heirs of Juanita Jense | 1 | | | | | | | | 12s | | | | | | | | | |
| 139 | 1992-010047-0 | 6/2/1992 | 750 | 0139 | MI - MINING | QUITCLAIM | MMA | MMA | Doherty WILD | 1w | | | | | | | | | | | | | | | | | |
| 140 | 1992-012884-0 | 7/10/1992 | 754 | 0966 | MI - MINING | W DEED | MMA | SAK | MS 1747 | | 2 | | | | | | | | | | | | | | | | |
| 141 | 1992-012885-0 | 7/10/1992 | 754 | 0968 | MI - MINING | D/TRUST 175000.00 | SAK | MMA | MS 1747 | | 2 | | | | | | | | | | | | | | | | |
| 142 | 1992-012886-0 | 7/10/1992 | 754 | 0973 | MI - MINING | RGT/REFUSAL | MMA | SAK | MS 1747 | | 2 | | | | | | | | | | | | | | | | |
| 143 | 1992-012887-0 | 7/10/1992 | 754 | 0975 | MI - MINING | ANNUAL LABOR | MMA | MMA | Banjo | | | | | 7u | | | | | | | | | | | | | |
| 144 | 1992-014840-0 | 8/6/1992 | 758 | 0430 | MI - MINING | W DEED | Butler | MMA | MS 1706 | | | | | | | | | 12w | | | | | | | | | |
| 145 | 1992-015893-0 | 8/24/1992 | 760 | 0511 | MI - MINING | QUITCLAIM | Barrack | MMA | Banjo | | | | | 7q | | | | | | | | | | | | | |
| 146 | 1992-017254-0 | 9/14/1992 | 763 | 0105 | MI - MINING | QUITCLAIM | N.Clausen | MMA | Banjo | | | | | 7q | | | | | | | | | | | | | |
| 147 | 1992-017750-0 | 9/22/1992 | 764 | 0026 | MI - MINING | QUITCLAIM | Butler | MMA | MS 1705, "except Doherty" | | | | | | | | | | | | | | | | | | |
| 148 | 1992-017903-0 | 9/24/1992 | 764 | 0285 | D - DEEDS | W DEED | KML | MA | MS 1703, "2/3 PollyWon" | | | | | | | | | | | | | | | | | | |
| 149 | 1992-018685-0 | 10/5/1992 | 765 | 0821 | MI - MINING | QUITCLAIM | E.Clausen | MMA | Banjo | | | | | 7q | | | | | | | | | | | | | |
| 150 | 1993-000904-0 | 1/20/1993 | 778 | 0765 | MI - MINING | QUITCLAIM | SAK | MMA | MS 1747 | | 2 | | | | | | | | | | | | | | | | |
| 151 | 1993-003045-0 | 2/25/1993 | 782 | 0067 | MI - MINING | QUITCLAIM | Butler | Shearer | Doherty 1/3 | | | | | | | | | | | | | | | | | | |
| 152 | 1993-003707-0 | 3/9/1993 | 783 | 0419 | 4FA-91-2148 | ORDER | Court, Erlendson | MMA | Banjo | | | | | 7q | | | | | | | | | | | | | |
| 153 | 1993-003708-0 | 3/9/1993 | 783 | 0421 | MI - MINING | ANNUAL LABOR | MMA | MMA | Banjo | | | | | 7u | | | | | | | | | | | | | |
| 154 | 1993-004474-0 | 3/15/1993 | 784 | 0394 | MI - MINING | QUITCLAIM | Swan | K.Thor | Banjo, stock | | | | | 7q | | | | | | | | | | | | | |
| 155 | 1993-004475-0 | 3/15/1993 | 784 | 0395 | MI - MINING | QUITCLAIM | K.Thorlacius | MMA | Banjo, stock | | | | | 7q | | | | | | | | | | | | | |
| 156 | 1993-004476-0 | 3/15/1993 | 784 | 0396 | MI - MINING | POWER/ATTY | RMA | DMA | MS 1703 | | | | | | | | | | | | | | | | | | |
| 157 | 1993-004474-0 | 3/15/1993 | 784 | 0394 | MI - MINING | QUITCLAIM | Swan | K.Thorlacit | Banjo,stock | | | | | 7q | | | | | | | | | | | | | |
| 158 | 1993-004475-0 | 3/15/1993 | 784 | 0395 | MI - MINING | QUITCLAIM | K.Thorlacius | MMA | Banjo,stock | | | | | 7q | | | | | | | | | | | | | |
| 159 | 1993-004667-0 | 3/18/1993 | 784 | 0786 | 4FA-91-2148 | ORDER | Court, Erlendson | MMA | Banjo | | | | | 7q | | | | | | | | | | | | | |
| 160 | 1993-005341-0 | 3/30/1993 | 785 | 0966 | MI - MINING | QUITCLAIM | Maurer | MMA | MS 1702 | | | | | | | | | | | | | | | | | | |
| 161 | | 4/20/1993 | | | | First Half Mineral Entry Final Certificat | BLM | MMA | Banjo | | | | | 7 | | | | | | | | | | | | | |
| 162 | 1993-013815-0 | 7/27/1993 | 804 | 0191 | MI - MINING | PERS REP DEED | Mauer | MMA | MS 1702 1703 1705 1706 | | | 3w | | | | | | | | | | | | | | | |
| 163 | 1993-013816-0 | 7/27/1993 | 804 | 0194 | MI - MINING | W DEED | MMA | USA | MS 1706, $320000 | | | | | | | | | | | | | | | | | | |
| 164 | 1993-015880-0 | 8/20/1993 | 808 | 0496 | MI - MINING | W DEED | NWEX | Shearer | Rainy#5 | | | | | | | | | | | | | | | | | | |
| 165 | 1993-018699-0 | 9/21/1993 | 814 | 0116 | MI - MINING | POWER/ATTY LTD | DMA | MMA | MS 1703 | | | | | | | | | | 13w | | | | | | 19w | | |
| 166 | 1993-018700-0 | 9/21/1993 | 814 | 0117 | MI - MINING | POWER/ATTY LTD | RMA | MMA | MS 1703 | | | | | | | | | | 13w | | | | | | 19w | | |
| 167 | 1993-018701-0 | 9/21/1993 | 814 | 0118 | MI - MINING | W DEED | MA3 | USA | MS 1703, $160000 | | | | | | | | | | 13w | | | | | | 19w | | |
| 168 | 1993-018726-0 | 9/21/1993 | 814 | 0211 | MI - MINING | QUITCLAIM | Martinek | MMA | | | | | | | | | | | | | | | | | | | |
| 169 | | 9/24/1993 | | | | Statement Earl Beistline | | | | 1g | | | | | | | | | | | | | | | | | |

EXHIBIT 3
Page 3 of 5

| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 170 | 1993-020163-0 | 10/8/1993 | 817 | 0332 | MI - MINING | QUITCLAIM | TPL | USA | MS 1703 | | | | | | | | | | | | | | | | | | |
| 171 | | 10/17/1993 | | | | Statement Maurice Butler | | | | 1q | | | | | | | | | | | | | | | | | |
| 172 | 1993-026961-0 | 12/22/1993 | 831 | 0397 | MI - MINING | QUITCLAIM | Savell | MMA | Doherty | 1q | | | | | | | | | | | | | | | | | |
| 173 | | 12/27/1993 | | | 4FA-91-2148 | Judgment and Decree | | | Banjo, Partitioning RTMC Interest | | | | | 7q | | | | | | | | | | | | | |
| 174 | 1994-003209-0 | 2/7/1994 | 839 | 0285 | MI - MINING | QUITCLAIM | Zoppi | Shearer | Banjo, Option1937+ | 1q | | 3q | | 7 | | | 11 | 12 | | | | | | | | | |
| 175 | 1994-003210-0 | 2/7/1994 | 839 | 0287 | MI - MINING | W DEED CORR | NWEX | Shearer | Rainy#5 93-205RS | | | | | | | | | | | | | | | | | | |
| 176 | 1994-003561-0 | 2/11/1994 | 840 | 0012 | MI - MINING | QUITCLAIM CORR | Zoppi | Shearer | Banjo, Option1937+ | 1q | | 3q | | 7 | | | 11 | 12 | | | | | | | | | |
| 177 | | 2/17/1994 | | | | FTA Preliminary Commitment Doherty | FTA | USA | Doherty | 1 | | | | | | | | | | | | | | | | | |
| 178 | 1994-004603-0 | 2/28/1994 | 842 | 0246 | MI - MINING | EXEC DEED | JQ,Edwards | Shearer | Doherty | 1 | | | | | | | | | | | | | | | | | |
| 180b | | 2/28/1994 | | | | Letters regarding subject property | | | (see dates of letters) | | | | | | | | | | | | | | | | | | |
| 182 | | 3/1/1994 | | | | Letter | Shearer | MMA | Banjo, Shearer purchased Zoppi and Banjo, Jense | | | 3 | | 7 | | | | | | | | | | | | | |
| 183 | | 4/4/1994 | | | | Letter to Owners | USA | Shearer | Doherty | 1q | | | | | | | | | | | | | | | | | |
| 184 | 1994-008932-0 | 4/25/1994 | 851 | 0002 | D - DEEDS | QUITCLAIM (consent compensation) | Shearer | Gross | MS1702 - 3 claims 2/3 | | | | | | | | | | | | | | | | | 20 | |
| 187 | 1994-014244-0 | 6/22/1994 | 861 | 0429 | 4FA-94-168 | QUIET TITLE | Court 4FA-94-168 | MMA | MS 1705,Sulphide placer | | | 3q | | | | | | | | | | | | | | | |
| 188 | | 8/10/1994 | | | | Affidavit Maurice Butler | | | | | | | | | | | | | | | | | | | | | |
| 189 | | 8/15/1994 | | | | Affidavit Gary Erlandson | | | | | | | | | | | | | | | | | | | | | |
| 193 | 1994-021293-0 | 9/21/1994 | 874 | 0507 | D - DEEDS | W DEED | Gross | MMA | Doherty | 1 | | | | | | | | | | | | | | | | | |
| 194 | | 10/11/1994 | | | | Affidavit Viola Gross | | | | | | | | | | | | | | | | | | | | | |
| 195 | | 10/30/1994 | | | | Affidavit Gayle Gray | | | | | | | | | | | | | | | | | | | | | |
| 198 | 1994-026843-0 | 12/5/1994 | 884 | 0395 | D - DEEDS | QUITCLAIM | FQ,Nolan | Shearer | Doherty | 1 | | | | | | | | | | | | | | | | | |
| 199 | 1994-026844-0 | 12/5/1994 | 884 | 0398 | D - DEEDS | QUITCLAIM | FQ,Dodd | Shearer | Doherty | 1 | | | | | | | | | | | | | | | | | |
| 204 | 1995-000578-0 | 1/13/1995 | 889 | 0591 | LI - LIENS | JUDGEMENT | Court, MWT | MMA | MS 1747 | | 2q | | | | | | | | | | | | | | | | |
| 205 | 1995-001227-0 | 1/23/1995 | 890 | 0583 | D - DEEDS | QUITCLAIM | JQ,P.Zoppi | Shearer | Doherty (Affidavit) | 1q | | | | | | | | | | | | | | | | | |
| 206 | 1995-001228-0 | 1/23/1995 | 890 | 0585 | D - DEEDS | QUITCLAIM | JQ,Suez | Shearer | Doherty (Affidavit) | 1q | | | | | | | | | | | | | | | | | |
| 207 | 1995-001229-0 | 1/23/1995 | 890 | 0587 | D - DEEDS | QUITCLAIM | JQ,Eamshaw | Shearer | Doherty (Affidavit) | 1q | | | | | | | | | | | | | | | | | |
| 208 | 1995-001230-0 | 1/23/1995 | 890 | 0589 | D - DEEDS | QUITCLAIM | JQ,Vartnaw | Shearer | Doherty (Affidavit) | 1q | | | | | | | | | | | | | | | | | |
| 213 | | 6/30/1995 | | | | Letter BLM, fees, transfer of interest | Shearer | BLM | Banjo, Quigley interest | | | | | 7 | | | | | | | | | | | | | |
| 213b | | 7/15/1995 | | | | Letter BLM, transfer of interest | Shearer | BLM | Banjo, Quigley interest | | | | | | | | | | | | | | | | | | |
| 214 | | 7/17/1995 | | | | Receipt Rental Fee for Claims | Shearer | BLM | Banjo | | | | | 7 | | | | | | | | | | | | | |
| 215 | | 7/21/1995 | | | | Receipt Rental Fee for Claims | Shearer | BLM | Banjo | | | | | 7 | | | | | | | | | | | | | |
| 217 | 1995-019098-0 | 10/16/1995 | 923 | 0772 | D - DEEDS | QUITCLAIM | MMA | SAK | MS 1747 | | 2 | | | | | | | | | | | | | | | | |
| 217b | | 11/22/1995 | | | | Letter NPS, Sulphide placer | NPS | | MS 1705 | | | 3s | | | | | | | | | | | | | | | |
| 218 | | 8/22/1996 | | | | Letter BLM, fees | Shearer | BLM | Banjo | | | | | 7 | | | | | | | | | | | | | |
| 219 | | 8/27/1996 | | | | Receipt Rental Fee for Claims | Shearer | BLM | Banjo | | | | | 7 | | | | | | | | | | | | | |
| 220 | 1996-023930-0 | 11/26/1996 | 980 | 0959 | MI - MINING | CONTRACT - DOHERTY LODE | RTMC | Shearer | Doherty | 1q | | | | | | | | | | | | | | | | | |
| 221 | 1997-001573-0 | 1/27/1997 | 989 | 0036 | 4FA-93-2045 | JUDGMENT FOR ATTORNEY'S | Shearer | MMA | bond | | | | | | | | | | | | | | | | | | |
| 222 | 1997-001574-0 | 1/27/1997 | 989 | 0038 | 4FA-93-2045 | DECREE QUIETING TITLE | Defendants | MMA | Doherty | 1w | | | | | | | | | | | | | | | | | |
| 224 | 1997-016872-0 | 8/12/1997 | 1018 | 0717 | 4FA-93-2045 | ORDER GRANTING MOTION F | Court | Shearer | 60b Motion | 1 | | | | | | | | | | | | | | | | | |
| 225 | | 8/26/1997 | | | | Letter BLM, fees | Shearer | BLM | Banjo | | | | | 7 | | | | | | | | | | | | | |
| 226 | | 11/14/1997 | | | | Congressional Record RE: Sec 120 | 105th Congress | | Sec. 120 | | | | | 7 | | | | | | | | | | | | | |
| 227 | | 11/14/1997 | | | | Public Law 105-83 Sec. 120, 105th C. | 105th Congress | | Sec. 120 | | | | | 7 | | | | | | | | | | | | | |
| 228 | | 2/10/1998 | | | | Consent of Property | RTMC | USA | Banjo, Option 1937 | | | | | 7q | | | | | | | | | | | | | |
| 229 | | 2/11/1998 | | | | Consent of Property | MMA | USA | Doherty | | | | | | | | | | | | | | | | | | |
| 230 | | 2/11/1998 | | | | Consent of Property | MMA | USA | MS 1705 | | | 3q | | | | | | | | | | | | | | | |
| 231 | | 2/11/1998 | | | | Consent of Property | MMA | USA | MS 1747 | | 2 | | | | | | | | | | | | | | | | |
| 233 | 1998-004380-0 | 3/5/1998 | 1053 | 0159 | LI - LIENS | NTC OF AMENDED ATTORNEY | MMA | Allan | T16S R17W | | | | | | | | | | | | | | | | | | |
| 234 | | 5/26/1998 | | | 4FA-98-1250 | COMPLAINT - RTMC vs. MMA | | | Option 1937- | | | | | 7q | | | | | | | | | | | | | |
| 235 | | 5/29/1998 | | | | Letter allows consent portion of claims | NPS | Shearer | | | | 3 | | 7q | | | 11 | | | | | | | | | | |
| 236 | 1998-016769-0 | 7/17/1998 | 1080 | 0040 | D - DEEDS | TRANSFER OF PROPERTY OW | RTMC | USA | Banjo, Option1937 | | | | | 7q | | | | | | | | | | | | | |
| 237 | 1998-016770-0 | 7/17/1998 | 1080 | 0045 | D - DEEDS | TRANSFER OF PROPERTY OW | MMA | USA | Doherty | | | | | | | | | | | | | | | | | | |
| 238 | 1998-016771-0 | 7/17/1998 | 1080 | 0047 | D - DEEDS | TRANSFER OF PROPERTY OW | MMA | USA | MS 1705 | | | 3q | | | | | | | | | | | | | | | |
| 239 | 1998-016772-0 | 7/17/1998 | 1080 | 0049 | D - DEEDS | TRANSFER OF PROPERTY OW | MMA | USA | MS 1747 | | 2 | | | | | | | | | | | | | | | | |
| 241 | 1998-023953-0 | 9/9/1998 | 1092 | 0787 | D - DEEDS | QUITCLAIM DEED | Celena | Schirmer | MS 1702 | | | | | | | | | | | | | | | | | | |
| 242 | 1998-031540-0 | 11/16/1998 | 1107 | 0131 | D - DEEDS | QUIT-CLAIM DEED | Celena | MMA | MS 1702 1747 1705 2510 | | 2q | 3q | | | | | | | | | | | | | | | |
| 243 | 1998-031541-0 | 11/16/1998 | 1107 | 0133 | D - DEEDS | QUITCLAIM DEED | Schirmer | MMA | MS 1702 | | | | | | | | | | | | | | | | | | |
| 244 | 2001-001511-0 | 4/29/1999 | 1236 | 0256 | 4FA-93-2045, 4FA-98-1250 | FINDINGS FACT (Record 1/12/2001) | Court | Shearer | Banjo, Doherty | 1 | | | | 7q | | | | | | | | | | | | | |
| 245 | | 2/9/2000 | | | | US Committee on Resources Hearing | Don Young | | Oversight Hearing ANILCA | | | | | | | | | | | | | | | | | | |
| 246 | 2000-020398-0 | 9/13/2000 | 1216 | 0884 | 4FA-93-2045, 4FA-98-1250 | ORDER VACATING SEPTEMBER | Court | Shearer | | 1 | | | | 7q | | | | | | | | | | | | | |
| 247 | 2000-020399-0 | 9/13/2000 | 1216 | 0887 | MI - MINING | DISCLAIMER OF INTEREST | KML | RTMC | Banjo, Doherty | | | | | 7q | | | | | | | | | | | | | |
| 248 | 2000-020400-0 | 9/13/2000 | 1216 | 0891 | MI - MINING | DISCLAIMER OF INTEREST | MA, All | RTMC | Banjo, Doherty | 1q | | | | 7q | | | | | | | | | | | | | |
| 249 | 2000-020401-0 | 9/13/2000 | 1216 | 0894 | D - DEEDS | STAT QUITCLAIM DEED | MMA | RTMC | Doherty 51% | 1q | | | | | | | | | | | | | | | | | |
| 250 | 2000-020402-0 | 9/13/2000 | 1216 | 0896 | D - DEEDS | STAT QUITCLAIM DEED | Shearer | RTMC | Doherty 51% | 1q | | | | | | | | | | | | | | | | | |
| 251 | 2000-020403-0 | 9/13/2000 | 1216 | 0898 | D - DEEDS | STAT QUITCLAIM DEED | MMA | Shearer | Doherty 49% | 1 | | | | | | | | | | | | | | | | | |
| 252 | 2000-020404-0 | 9/13/2000 | 1216 | 0900 | D - DEEDS | STAT QUITCLAIM DEED | RTMC | Shearer | Doherty 49% | 1 | | | | | | | | | | | | | | | | | |
| 253 | 2000-020405-0 | 9/13/2000 | 1216 | 0905 | D - DEEDS | STAT QUITCLAIM DEED | RTMC | MMA | Banjo | | | | | 7q | | | | | | | | | | | | | |
| 254 | 2000-020406-0 | 9/13/2000 | 1216 | 0910 | D - DEEDS | STAT QUITCLAIM DEED | Shearer | MMA | Banjo | | | | | 7 | | | | | | | | | | | | | |
| 255 | 2000-020407-0 | 9/13/2000 | 1216 | 0912 | 4FA-93-2045, 4FA-98-1250 | ORDER APPROVING SETTLEMEN | Court, MMA RTMC | Shearer | Banjo, Doherty | 1 | | | | 7 | | | | | | | | | | | | | |
| 256 | 2000-020408-0 | 9/13/2000 | 1216 | 0916 | 4FA-93-2045, 4FA-98-1250 | ORDER APPROVING SETTLEMEN | Court, KML | RTMC | Banjo, Doherty | 1 | | | | 7 | | | | | | | | | | | | | |
| 257 | 2000-020409-0 | 9/13/2000 | 1216 | 0919 | 4FA-93-2045, 4FA-98-1250 | RULE 54B FINAL JUDGMENT Q | Court | Shearer | | 1 | | | | 7 | | | | | | | | | | | | | |
| 258 | 2000-020410-0 | 9/13/2000 | 1216 | 0925 | MX - DEED OF TRUST & SECURITY AGREEMENT | DEED OF TRUST SECURITY AG | MMA | RTMC | Banjo | | | | | 7 | | | | | | | | | | | | | |
| 259 | 2000-020411-0 | 9/13/2000 | 1216 | 0946 | MX - DEED OF TRUST & SECURITY AGREEMENT | DEED OF TRUST SECURITY AG | MMA | Shearer | Banjo | | | | | 7 | | | | | | | | | | | | | |
| 260 | 2000-020412-0 | 9/13/2000 | 1216 | 0967 | MS - MISCELLANEOUS | ASSIGN OF PROCEEDS | RTMC | Shearer | Banjo, Doherty | 1s | | | | 7 | | | | | | | | | | | | | |

Exhibit 3
Page 4 of 5

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 261 | 2000-020413-0 | 9/13/2000 | 1216 | 0969 | MS - MISCELLANEOUS | CLARIFYING AND CONFIRMING | RTMC,MMA | Shearer | Banjo, Doherty | 1s | | | | 7q | | | | | |
| 261b | 2000-020413-0 | 9/13/2000 | 1216 | 0969 | MS - MISCELLANEOUS | CLARIFYING AND CONFIRMING | RTMC | MMA | Banjo | | | | | 7q | | | | | |
| 261c | 2000-020413-0 | 9/13/2000 | 1216 | 0969 | MS - MISCELLANEOUS | CLARIFYING AND CONFIRMING | Shearer | MMA | Banjo | | | | | 7 | | | | | |
| 261d | 2000-020413-0 | 9/13/2000 | 1216 | 0969 | MS - MISCELLANEOUS | CLARIFYING AND CONFIRMING | Shearer | RTMC | Doherty 51% | 1 | | | | | | | | | |
| 262 | 2000-028594-0 | 12/22/2000 | | | PL - PLAT | PLAT | MMA | MMA | MS 1747 | | 2 | | | | | | | | |
| 263 | 2001-001511-0 | 1/12/2001 | 1236 | 0256 | 4FA-93-2045, 4FA-98-1250 | FINDINGS OF FACT AND CONC | Court | Shearer | Banjo, Doherty | 1 | | | | 7q | | | | | |
| 265 | 2001-001713-0 | 1/17/2001 | 1236 | 0768 | D - DEEDS | STAT QUITCLAIM DEED | RTMC | MA2 | MS 1703 | | | | | | | | | | |
| 268 | 2001-005421-0 | 3/22/2001 | 1245 | 0666 | D - DEEDS | WARRANTY DEED | MMA | Lahaie | MS 1747 | | 2r | | | | | | | | |
| 269 | 2001-005422-0 | 3/22/2001 | 1245 | 0668 | M - MORTGAGES | DEED OF TRUST | Lahaie | MMA | MS 1747 $60000 | | 2r | | | | | | | | |
| 270 | 2001-010391-0 | 5/31/2001 | 1260 | 0680 | D - DEEDS | CONFIRMATORY WARRANTY DEE | RTMC | USA | Doherty 51% | 1 | | | | | | | | | |
| 271 | 2001-010392-0 | 5/31/2001 | 1260 | 0684 | MS - MISCELLANEOUS | PARTIAL REL OF AGREEMENT | Shearer | USA | Doherty 51% | 1 | | | | | | | | | |
| 272 | 2001-010393-0 | 5/31/2001 | 1260 | 0694 | MS - MISCELLANEOUS | PARTIAL REL OF ASSIGN OF | Shearer | RTMC | Doherty 51% | 1 | | | | | | | | | |
| 273 | 2001-013015-0 | 7/3/2001 | 1268 | 0177 | MS - MISCELLANEOUS | REL OF OPTION TO PURCHASE | Barryman | MMA | MS 1747 | | 2q | | | | | | | | |
| 274 | 2002-002954-0 | 2/7/2002 | | | LI - LIENS | REL OF ATTORNEYS LIEN | Allan | MMA | T16S R17W | | | | | | | | | | |
| 275 | 2002-002955-0 | 2/7/2002 | | | LI - LIENS | REL OF ATTORNEYS LIEN | Allan | MMA | T16S R17W | | | | | | | | | | |
| 281 | 2003-021126-0 | 8/22/2003 | | | MS - MISCELLANEOUS | ASSIGN OF PROCEEDS | Shearer | Zoppi | stock | | | | | 7q | | | | | |
| 282 | 2003-021127-0 | 8/22/2003 | | | MS - MISCELLANEOUS | ASSIGN OF STOCK | K.Thorlacius | Shearer | stock | | | | | 7q | | | | | |
| 283 | 2003-021128-0 | 8/22/2003 | | | MS - MISCELLANEOUS | ASSIGN OF PROCEEDS | Shearer | K.Thor | | | | | | 7q | | | | | |
| 284 | 2003-021129-0 | 8/22/2003 | | | MS - MISCELLANEOUS | ASSIGN OF STOCK | D.Thorlacius | Shearer | stock | | | | | 7q | | | | | |
| 285 | 2003-021130-0 | 8/22/2003 | | | MS - MISCELLANEOUS | ASSIGN OF PROCEEDS | Shearer | D.Thor | | | | | | 7q | | | | | |
| 286 | 2003-029688-0 | 11/5/2003 | | | D - DEEDS | CORRECTIVE STAT QUITCLAIM A | Gross | Shearer | ALL | | | 3q | | 7q | | | 11q | | |
| 287 | | 4/22/2004 | | | F03-0034 | STIPULATION OF DISMISSAL | RTMC | | | | | | | | | | | | |
| 288 | 2004-015506-0 | 7/19/2004 | | | D - DEEDS | STAT WARRANTY DEED | MMA | Lahaie | MS 1747 | | 2r | | | | | | | | |
| 289 | 2004-015507-0 | 7/19/2004 | | | M - MORTGAGES | DEED OF TRUST | Lahaie | Bank | MS 1747 $144000 | | 2r | | | | | | | | |
| 290 | | 10/19/2004 | | | | RELEASE OF ALL CLAIMS | K.Thorlacius | Shearer | Banjo, Option 1937+ | | | 3q | | 7q | | | | | |
| 291 | | 10/25/2004 | | | | RELEASE OF ALL CLAIMS | D.Thorlacius | Shearer | Banjo, Option 1937+ | | | 3q | | 7q | | | | | |
| 292 | | 11/24/2004 | | | | RELEASE OF ALL CLAIMS | JQ.Zoppi | Shearer | Banjo, Option 1937+ | | | 3q | | 7q | | | | | |
| 293 | | 11/30/2004 | | | | RELEASE OF ALL CLAIMS | FQ.Gross | Shearer | Banjo, Option 1937+ | | | 3q | | 7q | | | | | |
| 294 | | 1/20/2005 | | | | QUITCLAIM (Escrow) | MMA | Shearer | Banjo, Pass, Mill | | | | | 7 | | | | | |
| 295 | | 1/20/2005 | | | | CLARIFYING AND CONFIRMING | MMA | Shearer | Banjo, Pass, Mill | | | | | 7 | | | | | |
| 296 | | 1/20/2005 | | | | BILL/SALE | MMA | Shearer | Banjo, Pass, Mill | | | | | 7 | | | | | |
| 297 | | 1/20/2005 | | | 4FA-93-2045 4FA-98-1250 | RELEASE OF CLAIMS | MMA | Shearer | 4FA-93-2045 4FA-98-1250 | 1 | | 3q | | 7q | | | | | |
| 298 | | 2/23/2005 | | | 4FA-93-2045 4FA-98-1250 | MUTUAL RELEASE OF CLAIMS | RTMC | Shearer | 4FA-93-2045 4FA-98-1250 | 1 | | | | 7q | | | | | |
| 300 | 2005-005183-0 | 3/18/2005 | | | MS - MISCELLANEOUS | DISCLAIMER OF INTEREST 12/8/03 | MMA | Shearer | Fed Case A03-0269 | 1q | | | | | | | | | |
| 301 | 2005-005184-0 | 3/18/2005 | | | D - DEEDS | STAT QUITCLAIM DEED | MMA | Shearer | MS 1705 1747 | | 2 | 3q | | | | | | | |
| 302 | 2005-005185-0 | 3/18/2005 | | | MS - MISCELLANEOUS | CLARIFYING AND CONFIRMING | MMA | Shearer | MS 1705 1747 | | 2 | 3q | | | | | | | |
| 303 | 2005-005186-0 | 3/18/2005 | | | D - DEEDS | STAT QUITCLAIM DEED | MMA | Shearer | MS 1705 1702 access | 1 | | 3q | | | | | | | |

EXHIBIT 3
Page 5 of 5