Title Document 184

```
184 1994-008932-0      4/25/1994      851        0002    D  -
   DEEDS  QUITCLAIM (consent compensation)   Shearer
     Gross    MS1702 - 3 claims   2/3
```

000462

EXHIBIT 7
Page 1 of 3

BK0851PG002

- 1 -

## STATUTORY QUITCLAIM DEED
(A.S. 34.15.040)

THIS STATUTORY QUITCLAIM DEED (this "Deed"), given this __23__ day of __APRIL__, 1994, by PAUL G. SHEARER ("Grantor"), whose address is 1532 _rtute_ Meadows Drive, Lake Oswego, Oregon 97034, to the following persons (collectively referred to herein as "Grantees") as tenants in common unless otherwise specified:

VIOLA GROSS and LARRY W. GROSS, husband and wife whose address is 1569 Block Road, Gridley, California 95948, taking and holding an undivided 51% interest in the undivided 2/3 interest described below as tenants by the entirety,

VIVA E. SMITH, whose address is 1569 Block Road, Gridley, California 95948, taking and holding an undivided 8% interest in the undivided 2/3 interest described below,

VIOLA GROSS, TRUSTEE OF THE VIVIAN E. CALHOUN REVOCABLE TRUST, whose address is 1569 Block Road, Gridley, California 95948, taking and holding an undivided 8% interest in the undivided 2/3 interest described below, and

RICHARD D. SAVELL, whose address is P.O. Box 2683, Fairbanks, Alaska 99707, taking and holding an undivided 33% interest in the undivided 2/3 interest described below,

### WITNESSETH:

THAT for and in consideration of $10.00 and other good and valuable consideration, the receipt and adequacy of which are hereby acknowledged, and subject to the exclusion set forth below, Grantor does hereby CONVEY and QUITCLAIM to the Grantees all of his rights, titles, and interests (if any) in and to the following described real property formerly within the Kantishna Mining and Recording District, Territory of Alaska, and now within the Fairbanks Recording District, State of Alaska, TO HAVE AND TO HOLD FOREVER:

An undivided 2/3 interest in the following patented lode claims situated east of the right limit of Moose Creek, on the divide between Eureka and Friday Creeks, known also as Quigley Hill (said undivided 2/3 interest being the same 2/3 interest that was quieted to Viola Gross by Judgement and Decree Quieting Title recorded March 23, 1982 in Book 252, Page 713.):

| | |
|---|---|
| Keystone Lode Claim | (U.S.M.S. 1702) |
| Pennsylvania Lode Claim | (U.S.M.S. 1702) |
| Pitsburg Lode Claim | (U.S.M.S. 1702) |
| (sometimes referred to as Pittsburgh Lode, or Pittsburgh Lode, or Pittsburg Lode) | |

000463

EXHIBIT 7
Page 2 of 3

BK 0851 PG 003

-2-

Together with all dips, spurs, and angles, and all ledges, lodes and deposits of mineral-bearing rock and earth contained therein, and all water and water rights and all other privileges incident or appurtenant thereto.

EXCLUDING, HOWEVER, from the conveyance made hereby, all rights, titles, and interests (if any) currently held by Grantor (by virtue of his ownership of an interest in the Doherty claim (U.S.M.S. 1702) but not otherwise) in and to those lands included within both the Pitsburg Lode claim (U.S.M.S. 1702) and the Doherty Lode claim (U.S.M.S. 1702).

GIVEN on the date first set forth above.

*Paul G. Shearer*
PAUL G. SHEARER

ACKNOWLEDGEMENT

This is to certify that on this the 23 day of April, 1994, before me, the undersigned, a Notary Public in and for the State of Oregon, duly commissioned and sworn, personally appeared PAUL G. SHEARER, to me known to be the individual described in and who executed the foregoing instrument and acknowledged the said instrument to be his free act and deed.

*Sharon Kay Driesner*
NOTARY PUBLIC

OFFICIAL SEAL
SHARON KAY DRIESNER
NOTARY PUBLIC-OREGON
COMMISSION NO. 030189
MY COMMISSION EXPIRES DEC 2, 1997

94-8932
18-
4C2-
FAIRBANKS REC. DISTRICT
REQUESTED BY *Paul Shearer*

'94 APR 25 AM 10 20
548207

000464

EXHIBIT 7
Page 3 of 3