Title Document  185

```
185  1994-009937-0      5/2/1994     852       0712      D  -
DEEDS    QUITCLAIM (consent compensation)   Shearer
    Gross     MS1702 - 3 claims   1/3
```

000465

EXHIBIT 8
Page 1 of 3

BK0852PG712

- 1 -

## STATUTORY QUITCLAIM DEED
(A.S. 34.15.040)

THIS STATUTORY QUITCLAIM DEED (this "Deed"), given this __27__ day of __APRIL__, 1994, by PAUL G. SHEARER ("Grantor"), whose address is 1532 Meadows Drive, Lake Oswego, Oregon 97034, to VIOLA GROSS ("Grantee"), whose address is 1569 Block Road, Gridley, California 95948.

### WITNESSETH:

THAT for and in consideration of $10.00 and other good and valuable consideration, the receipt and adequacy of which are hereby acknowledged, and subject to the exclusion set forth below, Grantor does hereby CONVEY and QUITCLAIM to the Grantee all of his rights, titles, and interests (if any) in and to the following described real property formerly within the Kantishna Mining and Recording District, Territory of Alaska, and now within the Fairbanks Recording District, State of Alaska, TO HAVE AND TO HOLD FOREVER:

> An undivided 1/3 interest in the following patented lode claims situated east of the right limit of Moose Creek, on the divide between Eureka and Friday Creeks, known also as Quigley Hill (said 1/3 interest being the 1/3 interest that was not quieted to Viola Gross by Judgement and Decree Quieting Title recorded March 23, 1982 in Book 252, Page 713.):
>
> | Keystone Lode Claim | (U.S.M.S. 1702) |
> | Pennsylvania Lode Claim | (U.S.M.S. 1702) |
> | Pitsburg Lode Claim | (U.S.M.S. 1702) |
> | (sometimes referred to as Pittsburgh Lode, or Pittsburgh Lode, or Pittsburg Lode) | |

Together with all dips, spurs, and angles, and all ledges, lodes and deposits of mineral-bearing rock and earth contained therein, and all water and water rights and all other privileges incident or appurtenant thereto.

EXCLUDING, HOWEVER, from the conveyance made hereby, all rights, titles, and interests (if any) currently held by Grantor (by virtue of his ownership of an interest in the Doherty claim (U.S.M.S. 1702) but not otherwise) in and to those lands included within both the Pitsburg Lode claim (U.S.M.S. 1702) and the Doherty Lode claim (U.S.M.S. 1702).

000466

EXHIBIT __8__
Page __2__ of __3__

BK0852PG713

-2-

GIVEN on the date first set forth above.

*Paul G. Shearer*
PAUL G. SHEARER

ACKNOWLEDGEMENT

This is to certify that on this the 27th day of April, 1994, before me, the undersigned, a Notary Public in and for the State of Oregon, duly commissioned and sworn, personally appeared PAUL G. SHEARER, to me known to be the individual described in and who executed the foregoing instrument and acknowledged the said instrument to be his free act and deed.

_____
NOTARY PUBLIC

Return To:
Paul Shearer
1532 Meadows Dr.
Lake Oswego, OR 97034

OFFICIAL SEAL
KELLE J. KEYS
NOTARY PUBLIC-OREGON
COMMISSION NO. 020640
MY COMMISSION EXPIRES DEC. 13, 1996

94-9937
18 c/c2

FAIRBANKS REC. DISTRICT
REQUESTED BY *Paul G Shearer*

'94 MAY 2 AM 11:20
55050

000467

EXHIBIT 8
Page 3 of 3