Title Document 192

```
192 1994-019812-0      8/30/1994        871        0728    D    -
   DEEDS  W DEED   "MMA, Gross" USA "MS 1702, $413000"
```

BK0871PG728

E7159 FTA32563

# WARRANTY DEED

THIS DEED, made this 11th day of AUGUST, 1994, by and between VIOLA GROSS, 1569 Block Road, Gridley, California 95948; VIOLA GROSS, TRUSTEE, VIVIAN E. CALHOUN REVOCABLE TRUST, 1569 Block Road, Gridley, California 95948; LARRY W. GROSS, 1569 Block Road, Gridley, California 95948; VIVA E. SMITH, 2050 Springfield Drive, Unit 305, Chico, California 95928; RICHARD D. SAVELL, 4105 Billy's Lane, Fairbanks, Alaska 99709; and MIKE R. MARK ANTHONY, 2622 Lovejoy Drive, Anchorage, Alaska 99508, hereinafter referred to as the Grantors, and the UNITED STATES OF AMERICA, hereinafter referred to as the Grantee.

## WITNESSETH:

WHEREAS, the Grantors are the owner of certain real property situate in the Fairbanks Recording District, Fourth Judicial District, State of Alaska. Said property, containing 53.95 acres, more or less, is located within the boundaries of Denali National Park and Preserve and identified as Tract 12-118; and,

BK 0871 PG 729

WHEREAS, the Act of December 2, 1980, Public Law 96-487, as amended, the Alaska National Interest Lands Conservation Act, authorizes the Grantee, through the Secretary of the Interior, to acquire lands and interests therein within the boundaries of Denali National Park and Preserve.

NOW THEREFORE, in consideration of the sum of FOUR HUNDRED AND THIRTEEN THOUSAND DOLLARS $413,000.00, the receipt and sufficiency whereof is hereby acknowledged, the said Grantors do hereby grant, bargain, sell, and convey with Warranty Covenants unto the Grantee and its assigns, in fee simple, forever, the following described property:

> Those patented lode mining claims known as KEYSTONE, PITTSBURG and PENNSYLVANIA LODE MINING CLAIMS designated by the Surveyor General as Mineral Survey Number 1702 embracing a portion of the unsurveyed public domain in the Kantishna Mining District, being more particularly described in that certain patent from The United States of America to Joseph B. Quigley dated September 9, 1926 recorded April 20, 1929 in Book 2, Page 62, Records of the Fairbanks Recording District, Fourth Judicial District, State of Alaska.
>
> NOT TO INCLUDE THE PORTION OF THE PITTSBURG LODE THAT OVERLAPS WITH THE DOHERTY LODE AS SHOWN ON SAID MINERAL SURVEY 1702

TOGETHER with the hereditaments and appurtenances unto and to the Grantee and its assigns, forever, in fee simple, free and clear of all liens and encumbrances; the Grantors release and

Page 2 of 9

000517   EXHIBIT 9
         Page 3 of 14

quitclaim unto the Grantee and its assigns all right, title and interest which the Grantors may have in the banks, beds and waters opposite to or fronting upon said land, and in any alleys, roads, streets, ways, strips, gores, or railroad rights-of-way abutting or adjoining said lands, and in any means of ingress and egress appurtenant thereto.

SUBJECT, however, to existing easements for public roads and highways, public utilities, railroads and pipelines.

TO HAVE AND TO HOLD the said premises together with all and singular the rights and privileges thereto belonging unto the said Grantee and its assigns in fee simple forever.

THE SAID GRANTORS covenant that they have the right to convey said land; that they have done no act to encumber the same; that the said Grantee shall have quiet and peaceful possession of the same, free and clear of any and all encumbrances; that they will warrant generally the property hereby conveyed; and that they, the said Grantors, will execute such further assurances of the said land as may be requisite.

The acquiring Federal Agency is the National Park Service, U. S. Department of the Interior.

IN WITNESS WHEREOF, the said Grantor, VIOLA GROSS has hereunto set her hand and seal the day and year first written above.

_____*Viola Gross*_____
VIOLA GROSS

ACKNOWLEDGEMENT

This is to certify that on the this _____ day of _____, 1994, before me, the undersigned, a Notary Public in and for the State of _____, duly commissioned and sworn, personally appeared VIOLA GROSS, to me known to be the individual described in and who executed the foregoing instrument and acknowledged the said instrument to be her free act and deed.

_____
NOTARY PUBLIC

My Commission expires: _____

*See attached*

Page 4 of 9

000519

EXHIBIT 9
Pg. 5 /14

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

No. 5907

State of __CALIFORNIA__

County of __BUTTE__

On __AUG 11, 1994__ before me, __SHARON E. ZUNINO - NOTARY PUBLIC__,
                DATE                                    NAME, TITLE OF OFFICER - E.G., "JANE DOE, NOTARY PUBLIC"

personally appeared __VIOLA GROSS__,
                        NAME(S) OF SIGNER(S)

☐ personally known to me - OR - ☒ proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

[SEAL: SHARON E. ZUNINO, Comm. # 987533, NOTARY PUBLIC - CALIFORNIA, Butte County, My Comm. Expires Jun. 18, 1997]

_Sharon E Zunino_
SIGNATURE OF NOTARY

═══════════════ OPTIONAL ═══════════════

Though the data below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent reattachment of this form.

**CAPACITY CLAIMED BY SIGNER**

☒ INDIVIDUAL
☐ CORPORATE OFFICER
    _____
         TITLE(S)
☐ PARTNER(S)   ☐ LIMITED
               ☐ GENERAL
☐ ATTORNEY-IN-FACT
☐ TRUSTEE(S)
☐ GUARDIAN/CONSERVATOR
☐ OTHER: _____

SIGNER IS REPRESENTING:
NAME OF PERSON(S) OR ENTITY(IES)

**DESCRIPTION OF ATTACHED DOCUMENT**

__WARRANTY DEED__
TITLE OR TYPE OF DOCUMENT

__9__
NUMBER OF PAGES

__AUGUST 11, 1994__
DATE OF DOCUMENT

_____
SIGNER(S) OTHER THAN NAMED ABOVE

000520

©1993 NATIONAL NOTARY ASSOCIATION • 8236 Remmet Ave., P.O. Box 7184 • Canoga Park, CA 91309-7184

EXHIBIT 9
Page 6 of 14

IN WITNESS WHEREOF, the said Grantor, VIOLA GROSS, TRUSTEE of the VIVIAN E. CALHOUN REVOCABLE TRUST, has hereunto set her hand and seal the day and year first written above.

*Viola Gross Trustee*

VIOLA GROSS, TRUSTEE
VIVIAN E. CALHOUN REVOCABLE TRUST

ACKNOWLEDGEMENT

This is to certify that on the this _____ day of _____, 1994, before me, the undersigned, a Notary Public in and for the State of _____, duly commissioned and sworn, personally appeared VIOLA GROSS, TRUSTEE of the VIVIAN E. CALHOUN REVOCABLE TRUST, to me known to be the individual described in and who executed the foregoing instrument and acknowledged the said instrument to be her free act and deed.

_____
NOTARY PUBLIC

My Commission expires: _____

*See attached*

Page 5 of 9

000521

EXHIBIT 9 Page 7 of 14

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

No. 5907

State of **CALIFORNIA**

County of **BUTTE**

On **AUG 11, 1994** before me, **SHARON E. ZUNINO - NOTARY PUBLIC**,
DATE       NAME, TITLE OF OFFICER - E.G., "JANE DOE, NOTARY PUBLIC"

personally appeared **VIOLA GROSS**,
NAME(S) OF SIGNER(S)

☐ personally known to me - OR - ☒ proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

[Seal: SHARON E. ZUNINO, Comm. # 987533, NOTARY PUBLIC - CALIFORNIA, Butte County, My Comm. Expires Jun. 18, 1997]

WITNESS my hand and official seal.

*Sharon E Zunino*
SIGNATURE OF NOTARY

---

## OPTIONAL

Though the data below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent reattachment of this form.

### CAPACITY CLAIMED BY SIGNER

☐ INDIVIDUAL
☐ CORPORATE OFFICER

_____
TITLE(S)

☐ PARTNER(S)   ☐ LIMITED
                      ☐ GENERAL
☐ ATTORNEY-IN-FACT
☒ TRUSTEE(S)
☐ GUARDIAN/CONSERVATOR
☐ OTHER: _____

SIGNER IS REPRESENTING:
NAME OF PERSON(S) OR ENTITY(IES)

000522

### DESCRIPTION OF ATTACHED DOCUMENT

**WARRANTY DEED**
TITLE OR TYPE OF DOCUMENT

**9**
NUMBER OF PAGES

**AUGUST 11, 1994**
DATE OF DOCUMENT

_____
SIGNER(S) OTHER THAN NAMED ABOVE

©1993 NATIONAL NOTARY ASSOCIATION • 8236 Remmet Ave., P.O. Box 7184 • Canoga Park, CA 91309-7184

EXHIBIT 9
Page 8 of 14

IN WITNESS WHEREOF, the said Grantor, LARRY W. GROSS, has hereunto set his hand and seal the day and year first written above.

*Larry W. Gross*
LARRY W. GROSS

ACKNOWLEDGEMENT

This is to certify that on the this _____ day of _____, 1994, before me, the undersigned, a Notary Public in and for the State of _____, duly commissioned and sworn, personally appeared LARRY W. GROSS, to me known to be the individual described in and who executed the foregoing instrument and acknowledged the said instrument to be his free act and deed.

_____
NOTARY PUBLIC

My Commission expires: _____

*See attached*

000523

Page 6 of 9


EXHIBIT 9
Page 9 of 14

BK0071PG736

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

No. 5907

State of __CALIFORNIA__

County of __BUTTE__

On __AUG 12, 1994__ before me, __SHARON E. ZUNINO - NOTARY PUBLIC__,
     DATE                              NAME, TITLE OF OFFICER - E.G., "JANE DOE, NOTARY PUBLIC"

personally appeared __LARRY W. GROSS__,
                        NAME(S) OF SIGNER(S)

☐ personally known to me - OR - ☒ proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

[SEAL: SHARON E. ZUNINO, Comm. # 987533, NOTARY PUBLIC - CALIFORNIA, Butte County, My Comm. Expires Jun. 18, 1997]

WITNESS my hand and official seal.

_Sharon E. Zunino_
SIGNATURE OF NOTARY

═══════════ OPTIONAL ═══════════

Though the data below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent reattachment of this form.

**CAPACITY CLAIMED BY SIGNER**

☒ INDIVIDUAL
☐ CORPORATE OFFICER

_____
TITLE(S)

☐ PARTNER(S)    ☐ LIMITED
                ☐ GENERAL
☐ ATTORNEY-IN-FACT
☐ TRUSTEE(S)
☐ GUARDIAN/CONSERVATOR
☐ OTHER: _____

SIGNER IS REPRESENTING:
NAME OF PERSON(S) OR ENTITY(IES)

000524

**DESCRIPTION OF ATTACHED DOCUMENT**

__WARRANTY DEED__
TITLE OR TYPE OF DOCUMENT

__9__
NUMBER OF PAGES

__AUG 11, 1994__
DATE OF DOCUMENT

_____
SIGNER(S) OTHER THAN NAMED ABOVE

©1993 NATIONAL NOTARY ASSOCIATION • 8236 Remmet Ave., P.O. Box 7184 • Canoga Park, CA 91309-7184

9

Page 10 of 14

BK0871PG737

IN WITNESS WHEREOF, the said Grantor, VIVA E. SMITH, has hereunto set her hand and seal the day and year first written above.

_Viva E Smith_
VIVA E. SMITH

ACKNOWLEDGEMENT

This is to certify that on the this _____ day of _____, 1994, before me, the undersigned, a Notary Public in and for the State of _____, duly commissioned and sworn, personally appeared VIVA E. SMITH, to me known to be the individual described in and who executed the foregoing instrument and acknowledged the said instrument to be her free act and deed.

_____
NOTARY PUBLIC

My Commission expires: _____

_See attached_

000525

Page 7 of 9


EXHIBIT 9
Page 11 of 14

BK0871PG738

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**   No. 5907

State of _CALIFORNIA_

County of _BUTTE_

On _AUG 11, 1994_ before me, _SHARON E. ZUNINO - NOTARY PUBLIC_
        DATE                                      NAME, TITLE OF OFFICER - E.G., "JANE DOE, NOTARY PUBLIC"

personally appeared _VIVA E. SMITH_
                                         NAME(S) OF SIGNER(S)

☐ personally known to me - OR - ☒ proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

[Seal: SHARON E. ZUNINO, Comm. # 987533, NOTARY PUBLIC - CALIFORNIA, Butte County, My Comm. Expires Jun. 18, 1997]

_Sharon E Zunino_
SIGNATURE OF NOTARY

━━━━━━━━━━ **OPTIONAL** ━━━━━━━━━━

Though the data below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent reattachment of this form.

**CAPACITY CLAIMED BY SIGNER**

☒ INDIVIDUAL
☐ CORPORATE OFFICER

_____
TITLE(S)

☐ PARTNER(S)   ☐ LIMITED
               ☐ GENERAL
☐ ATTORNEY-IN-FACT
☐ TRUSTEE(S)
☐ GUARDIAN/CONSERVATOR
☐ OTHER: _____

_____
_____

SIGNER IS REPRESENTING:
NAME OF PERSON(S) OR ENTITY(IES)
_____
_____

**DESCRIPTION OF ATTACHED DOCUMENT**

_WARRANTY DEED_
TITLE OR TYPE OF DOCUMENT

_9_
NUMBER OF PAGES

_AUGUST 11, 1994_
DATE OF DOCUMENT

000526
_____
SIGNER(S) OTHER THAN NAMED ABOVE

©1993 NATIONAL NOTARY ASSOCIATION • 8236 Remmet Ave., P.O. Box 7184 • Canoga Park, CA 91309-7184

Exhibit 9
Page 12 of 14

IN WITNESS WHEREOF, the said Grantor, RICHARD D. SAVELL, has hereunto set his hand and seal the day and year first written above.

_____RDS_____
RICHARD D. SAVELL


ACKNOWLEDGEMENT


This is to certify that on the this 29th day of August, 1994, before me, the undersigned, a Notary Public in and for the State of ALASKA, duly commissioned and sworn, personally appeared RICHARD D. SAVELL, to me known to be the individual described in and who executed the foregoing instrument and acknowledged the said instrument to be his free act and deed.

_____
NOTARY PUBLIC

My Commission expires: 26Sep95

BK0871PG740

IN WITNESS WHEREOF, the said Grantor, MIKE R. MARK ANTHONY, has hereunto set his hand and seal the day and year first written above.

*/s/ M.R.M Anthony*
_____
MIKE R. MARK ANTHONY

ACKNOWLEDGEMENT

This is to certify that on the this 22ⁿᵈ day of August, 1994, before me, the undersigned, a Notary Public in and for the State of Alaska, duly commissioned and sworn, personally appeared MIKE R. MARK ANTHONY, to me known to be the individual described in and who executed the foregoing instrument and acknowledged the said instrument to be his free act and deed.

*/s/*
_____
NOTARY PUBLIC
State of Alaska
My Commission expires: November 28, 1995

After recording, return deed to the grantee, United States of America, in care of:
National Park Service
Land Resources Division
2525 Gambell Street
Anchorage, Alaska 99503-2892

94-19812
5/cc

FAIRBANKS REC. DISTRICT
REQUESTED BY FTA

Page 9 of 9

000528

'94 AUG 30 AM 8 56

EXHIBIT 9
Page 14 of 14