DEAN K. DUNSMORE
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources
 Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: (907) 271-5452
Facsimile: (907-271-5827
Email: dean.dunsmore@usdoj.gov

PAUL HARRISON
TRIAL ATTORNEY
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources
 Division
P.O. Box 561 - Ben Franklin Station
Washington, D. C.  20044
Telephone: (202) 305-0299
Facsimile: (202) 514-8865
Email: paul.harrison@usdoj.gov

Attorneys for Defendants


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| PAUL G. SHEARER | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:03-cv-00263-JKS |
| | ) | (CONSOLIDATED) |
| V. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| P. LYNN SCARLETT, Acting | ) | |
| Secretary of the | ) | |
| Interior, the DEPARTMENT OF | ) | |
| THE INTERIOR, the NATIONAL | ) | NOTICE OF UNITED STATES |
| PARK SERVICE. | ) | OF SERVICE OF DISCOVERY |
| | ) | RESPONSES |
| Defendants. | ) | |
| | ) | |

     The United States et al. defendants give notice to the Court

that the following discovery responses for which the Untied

States was granted enlargements of time (Docket Entry Nos. 80 &

83) to June 17, 2006, to serve, were served by mail on Paul G.

Shearer on June 16, 2006; Responses to Plaintiff Paul G.

Shearer's First Set of Interrogatories, First Request for

Production and First Requests for Admissions to the United States

of America, and Plaintiff Paul G. Shearer's Second Set of

Interrogatories, Second Request for Production and Second

Requests for Admissions to the United States of America.

Electronic copies were also sent via email on that date.

     Dated this 28th day of June 2006.


                             /s/ Dean K. Dunsmore
                             DEAN K. DUNSMORE
                             U.S. DEPARTMENT OF JUSTICE
                             Environment & Natural Resources Division
                             801 B Street, Suite 504
                             Anchorage, Alaska 99501-3657
                             Telephone: (907) 271-5452
                             Facsimile: (907-271-5827
                             Email: dean.dunsmore@usdoj.gov

                             PAUL HARRISON
                             TRIAL ATTORNEY
                             U.S. DEPARTMENT OF JUSTICE
                             Environment & Natural Resources Division
                             P.O. Box 561 - Ben Franklin Station
                             Washington, D. C.  20044
                             Telephone: (202) 305-0299
                             Facsimile: (202) 514-8865
                             Email: paul.harrison@usdoj.gov


**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on the 28th day of June 2006 a copy of
the foregoing was served by placing said copy in a postage
prepaid envelope, addressed to that person at the place and
address stated below, and by depositing said envelope and
contents in the United States mail at Anchorage, Alaska.

     Paul G. Shearer
     Kathryn A. McCready
     1532 Meadows Drive
     Lake Oswego, Oregon 97034


/s/ Dean K. Dunsmore
Dean K. Dunsmore