## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*Shearer v. United States, et al.*
Case No. 3:03-cv-00263-JKS

By:                THE HONORABLE JAMES K. SINGLETON

Deputy Clerk:      Dan Maus, Case Management: 677-6123*

PROCEEDINGS:       ORDER FROM CHAMBERS

As a matter of housekeeping only, the Court illuminates the following in order to clarify the record for purposes of its electronic case management system:

In its Order at Docket No. 57, dated December 2, 2005, the Court stated, "[r]esponses to Plaintiff's First and Second sets of Discovery Requests are due 45 days from a ruling on the Motion for Partial Summary Judgment at Docket No. 39." This statement implicitly **granted** Plaintiff's Motion at **Docket No. 45** (Second Request for Production of Documents and Second Request for Admissions). By receipt of Defendants' Notice at Docket No. 87, the Court is satisfied that the discovery requests are resolved, at least for the time being.

**IT IS SO ORDERED.**


Entered at the direction of the Honorable James K. Singleton, United States District Judge.


DATE: <u>July 14, 2006</u>

*       ALL INQUIRIES REGARDING THE SCHEDULING OR CALENDARING OF THIS CASE SHOULD BE DIRECTED TO THE ABOVE INDICATED CASE MANAGER.

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made in the form of a motion. *See* FED. R. CIV. P. 7(b)(1); D. Ak. LR 7.1(j) & 59(b). No one should telephone, fax, or write to chambers regarding pending cases. The Judge's secretary and law clerks are not permitted to discuss any aspect of this case, provide any information, or communicate with any person, including litigants, lawyers, witnesses, and the general public regarding pending cases.

F:\HOME\JUDGES\DOCS\SHARED\CV\D.AK 2003\A03-0263.011.wpd