RECEIVED
AUG 09 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| PAUL G. SHEARER, | ) | |
| | ) | No. A03-0263-CV(JKS) |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | ORDER |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY ORDERED THAT Plaintiff's Motion for Enlargement of Time dated August 7, 2006, is granted and that plaintiff is granted until October 9, 2006 in which to file his Reply to the defendant's Opposition Of The United States To Plaintiff Shearer's Motion To Strike (Docket Entry No. 90).

DATED this ___ day of _____ 2006.

_____
JAMES K. SINGLETON, Jr.
United States District Judge

Plaintiff Motion For Enlargement Of Time        5