DEAN K. DUNSMORE
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources
 Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: (907) 271-5452
Facsimile: (907-271-5827
Email: dean.dunsmore@usdoj.gov

PAUL HARRISON
TRIAL ATTORNEY
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources
 Division
P.O. Box 561 - Ben Franklin Station
Washington, D. C.  20044
Telephone: (202) 305-0299
Facsimile: (202) 514-8865
Email: paul.harrison@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| PAUL G. SHEARER | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:03-cv-00263-CV-JKS |
| | ) | (CONSOLIDATED) |
| V. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | (PROPOSED) ORDER |
| GALE NORTON, Secretary of the | ) | |
| Interior, the DEPARTMENT OF | ) | |
| THE INTERIOR, the NATIONAL | ) | |
| PARK SERVICE. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff's Motion for Enlargement of Time (Docket Entry No. 92) is denied in part and granted in part. Plaintiff Paul G. Shearer is granted an enlargement of time to October 9, 2006, in which to file a response to the Motion of the United States for

Shearer v. USA, et al.
3:03-CV-0263 (JKS)
Order                                           - 1 -

Partial Summary Judgment - Parcels 3, 14, 15, and 20 (Docket Entry No. 84). Plaintiff Shearer's motion for an enlargement of time to file a reply to the Opposition of the United States to Plaintiff Shearer's Motion to Strike (Docket Entry No. 90) is denied.

Dated this _____ day of _____ 2006.

                                              _____
                                              JAMES K. SINGLETON, Jr.
                                              United States District Judge