IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PAUL G. SHEARER )<br>)<br>            Plaintiff, )<br>)<br>    V.                     )<br>)<br>UNITED STATES OF AMERICA, )<br>GALE NORTON, Secretary of the )<br>Interior, the DEPARTMENT OF )<br>THE INTERIOR, the NATIONAL )<br>PARK SERVICE.             )<br>)<br>            Defendants. )<br>_____) | No. 3:03-cv-00263-CV-JKS<br>(CONSOLIDATED)<br><br><br>ORDER |

　　　Plaintiff's Motion for Enlargement of Time (Docket Entry No. 92) is denied in part and granted in part. Plaintiff Paul G. Shearer is granted an enlargement of time to October 9, 2006, in which to file a response to the Motion of the United States for Partial Summary Judgment - Parcels 3, 14, 15, and 20 (Docket Entry No. 84). Plaintiff Shearer's motion for an enlargement of time to file a reply to the Opposition of the United States to Plaintiff Shearer's Motion to Strike (Docket Entry No. 90) is denied as moot.  *See* Order at Docket No. 91.

　　　Dated this 10th day of August 2006.

　　　　　　　　　　　　　　　　　　　　　　/s/James K. Singleton, Jr.
　　　　　　　　　　　　　　　　　　　　　　JAMES K. SINGLETON, Jr.
　　　　　　　　　　　　　　　　　　　　　　United States District Judge