```
DEAN K. DUNSMORE
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources
 Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: (907) 271-5452
Facsimile: (907-271-5827
Email: dean.dunsmore@usdoj.gov
```

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PAUL G. SHEARER )<br>)<br>        Plaintiff, )<br>)<br>    V. )<br>)<br>UNITED STATES OF AMERICA, )<br>DIRK KEMPTHORNE, Secretary )<br>of the Interior, )<br>the DEPARTMENT OF THE )<br>INTERIOR, the NATIONAL )<br>PARK SERVICE. )<br>)<br>        Defendants. )<br>_____) | No. 3:03-cv-00263-JKS<br>  (CONSOLIDATED)<br><br><br><br>NOTICE OF THE UNITED STATES<br>OF WITHDRAWAL OF COUNSEL |

Defendants give notice that Paul Harrison, who previously served as lead counsel for the United States in this consolidated action, has left the Department of Justice for other employment and is no longer an attorney for the defendants in this action. For the present time, undersigned counsel will serve as the sole

attorney of record for the Federal parties in this proceeding.

Dated this 12th day of October 2006.

/s/ Dean K. Dunsmore
DEAN K. DUNSMORE
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: (907) 271-5452
Facsimile: (907-271-5827
Email: dean.dunsmore@usdoj.gov
Attorney for Federal Defendants

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 12th day of October 2006 a copy of the foregoing NOTICE OF THE UNITED STATES OF WITHDRAWAL OF COUNSEL was served by placing said copy in a postage prepaid envelope, addressed to that person at the place and address stated below, and by depositing said envelope and contents in the United States mail at Anchorage, Alaska.

Paul G. Shearer
Kathryn A. McCready
1532 Meadows Drive
Lake Oswego, Oregon 97034

/s/ Dean K. Dunsmore
Dean K. Dunsmore