RECEIVED OCT 10 2006 CLERK U.S. DISTRICT COURT ANCHORAGE

IN THE United States DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PAUL G. SHEARER, ) | |
| ) | No. A03-0263-CV(JKS) |
| Plaintiff, ) | |
| ) | |
| V. ) | |
| ) | ORDER |
| United States OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED THAT Plaintiff's Motion for Enlargement of Time dated October 9, 2006, is granted and that plaintiff is granted until 14 days after receiving government's title documents and title chain to the subject property of the United States' Motion (Docket Entry No. 84), which Shearer has requested but has not yet received, but no sooner than November 6, 2006, in which to file a response to the defendant's Motion of the United States for Partial Summary Judgment-Parcels 3, 14, 15, and 20 (Docket Entry No. 84).

DATED this ___ day of _____ 2006.

_____
JAMES K. SINGLETON, Jr.
United States District Judge

Plaintiff Motion For Enlargement Of Time – Certificate of Service

CERTIFICATE OF SERVICE

I certify that a copy of the above documents was mailed, by first class mail addressed to the persons at the addresses stated below on October 9, 2006.

*Paul Shearer*
Paul G. Shearer

Addressee(s):

US District Court
Clerk of Court
222 W. 7th Ave #4
Anchorage, AK 99513-7564
907-677-6100


Paul Harrison (copy)
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 561 – Ben Franklin Station
Washington, D.C. 20044
Email: paul.harrison@usdoj.gov
202-305-0299
202-514-8865 FAX


Dean K. Dunsmore (copy)
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, AK 99501-3657
Email: dean.dunsmore@usdoj.gov
907-271-5452
907-271-5827 FAX


Plaintiff Motion For Enlargement Of Time – Certificate of Service

US District Court
Clerk of Court
222 W. 7th Ave #4
Anchorage, AK 99513-7564

Paul Harrison (copy)
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 561 – Ben Franklin Station
Washington, D.C. 20044

Dean K. Dunsmore (copy)
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, AK 99501-3657

Plaintiff Motion For Enlargement Of Time – Certificate of Service