Table of Exhibits

| Exhibit | Document |
|---|---|
| 1 | Email dated October 2, 2006 4:24 PM, from Dean Dunsmore to Paul Shearer, re: *Shearer v. US* |
| 2 | *Shearer v. USA*, 3:03-cv-00263, Excerpts from Defendants' Responses to Plaintiff Paul G. Shearer's First Set of Interrogatories, First Request for Production and First Requests for Admissions to United States of America, dated 6/16/06. |
| 3 | *Shearer v. USA*, 3:03-cv-00263, Excerpts from Defendants' Responses to Plaintiff Paul G. Shearer's Second Set of Interrogatories, Second Request for Production and Second Requests for Admissions to United States of America, dated 6/16/06. |
| 4 | Letter to Paul G. Shearer from Dean K. Dunsmore, dated June 19, 2006. |
| 5 | Letter to Paul G. Shearer from Dean K. Dunsmore, dated August 31, 2006. |