

**U.S. Department of Justice**

Environment and Natural Resources Division

DJ #33-2-260-10908/1

*Alaska Field Office*
*801 B Street*
*Suite 504*
*Anchorage, AK 99501-3657*

BY EMAIL & MAIL

*Telephone (907) 271-5452*
*Facsimile (907) 271-5827*

June 19, 2006

Paul G. Shearer
1532 Meadows Drive
Lake Oswego, Oregon 97034

    Re:  Paul G. Shearer v. United States.,
    No. 3:03-cv-00263-JKS (D. Alaska)(Consolidated)

Dear Mr. Shearer:

    As stated in the Defendants' Responses to Plaintiff Paul G. Shearer's Second Set of Interrogatories, Second Request for Production and Second Requests for Admissions to United States of America dated June 16, 2006, at 12, I am enclosing one copy of the various title company files that have come into the possession of the United States. These documents have been Bates stamped as numbers T0001 through and including T00602.

                                Sincerely,

                                Dean K. Dunsmore

Enclosures
cc  Paul Harrison
    Lisa Toussaint
    James N. Reeves
    Ashley Cunningham

EXHIBIT 4
Page 1 of 1