

**U.S. Department of Justice**

Environment and Natural Resources Division

lac
33-2-260-10908/1

*Alaska Field Office*
*801 B Street*
*Suite 504*
*Anchorage, AK 99501-3657*

*Telephone (907) 271-5452*
*Facsimile (907) 271-5827*

August 31, 2006

Paul Shearer
1532 Meadows Drive
Lake Oswego, OR 97034

    Re:  *Paul G. Shearer v. USA, et al.,*
         Case No. A03-0263-CV (JKS)(Consolidated)

    I enclose a copy of some material provided to me by the Bureau of Land Management related to the Friday, Star, Merry Widow, Silver King, Cholrine, Polly Wonder, Doherty, Keystone, Pennsylvania, and Pittsburg, lode mining claims. These include BLM's case abstract for those claims and the patents that were issued. I also enclose a copy of the patent for the Sulphide and Water Level lode claims.

    The enclosed documents are marked "8-31-06 ltr to Shearer" and paginated 001 through 047.

    These are materials that I acquired for reasons other than for responding to your written discovery requests. However, as they may be broadly interpreted to be included within those requests, I am providing these copies to you. This in not to be interpreted as any waiver of the objections otherwise stated to your written discovery.

Sincerely,

Dean K. Dunsmore

enclosures

cc: Lisa Toussaint

EXHIBIT 5
Page 1 of 1