DEAN K. DUNSMORE
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources
 Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: (907) 271-5452
Facsimile: (907-271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PAUL G. SHEARER ) <br> ) <br> Plaintiff, ) <br> ) <br> V. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> GALE NORTON, Secretary of the ) <br> Interior, the DEPARTMENT OF ) <br> THE INTERIOR, the NATIONAL ) <br> PARK SERVICE. ) <br> ) <br> Defendants. ) <br> _____) | No. 3:03-cv-00263-CV-JKS <br> (CONSOLIDATED) <br><br><br> ORDER |

Plaintiff's Motion for Enlargement of Time (Docket Entry No. 98) is denied in part and granted in part. Plaintiff Paul G. Shearer is granted an enlargement of time to and including November 6, 2006, in which to file a response to the Motion of the United States for Partial Summary Judgment - Parcels 3, 14, 15, and 20 (Docket Entry No. 84).

It is further ordered, that no further enlargement of time will be granted by the Court to Paul G. Shearer for the purpose of filing a response to the Motion of the United States for Partial Summary Judgment - Parcels 3, 14, 15, and 20 (Docket Entry No. 84), and that, if a response to Docket Entry No. 84 is

not filed on or before November 6, 2006, that motion will, pursuant to D. Ak. LR 7(d), be treated as unopposed.

    Dated this _____ day of _____ 2006.

_____
JAMES K. SINGLETON, Jr.
United States District Judge