| Num | Doc Number | Date | Book | Page | Index | Description | Grantor | Grantee | Notes |
|---|---|---|---|---|---|---|---|---|---|
| | TITLE CHAIN NOTES FOR PARCEL 3 (Preliminary work product as of Shearer's Fourth Response regarding Shearer's interest consented) | | | | | | | | |
| | DEEDS - CONVEY INTEREST of SHEARER (consented title chain) | | | | | | | | |
| 4 | | 9/9/1926 | | | Patent Number 984958 | Patent Deed (Date Issued) | USA | J.Quigley | MS 1705 (Sulphide placer) |
| 15 | | 4/20/1929 | ? | ? | Patent Number 984958 | Patent Deed (Date Recorded ?) | USA | J.Quigley | MS 1705 (Sulphide placer) |
| 20 | 78695 | 4/7/1937 | 8 | 88 | | Property Settlement | J.Quigley | F.Quigley | Option 1937+ |
| 29 | 94532 | 4/7/1944 | 32 | 174 | | Deed | J.Quigley | Fowler | Banjo, Option 1937 less, 1/6 claims, |
| 38 | | 4/29/1953 | | | Probate No. 151820 | Will of Joseph B. Quigley | J.Quigley | Jensen | all of my estate and property of whatso |
| 39 | King Co., WA | 10/21/1959 | 779 | 695 | Probate No. 151820 | ORDER of Solvency of Estate J.Quigley | Court - J.Quigley | Jensen | Jensen may administer will |
| 179 | | 2/28/1994 | 842 | 0248 | | AFFIDAVIT ROGERS | JQ,Edwards | Shearer | All |
| 180 | 1994-004604-0 | 2/28/1994 | 842 | 0261 | MI - MINING | EXEC DEED | JQ,Edwards | Shearer | Banjo, Option1937+ |
| 181 | | 3/1/1994 | | | | Letter | | | Shearer purchased Jensen and Zoppi interest |
| 182 | | 3/1/1994 | | | | Letter | Shearer | MMA | Banjo, Shearer purchased Jensen and |
| 186 | | 5/2/1994 | | | | Affidavit Hewitt | | | Wills of M. and L. Edwards, Jensen heir |
| 232 | | 2/12/1998 | | | | Consent of Property | Shearer | USA | Banjo, All interests 2 exceptions |
| 235 | | 5/29/1998 | | | | Letter allows consent portion of claims | NPS | Shearer | |
| 240 | 1998-016773-0 | 7/17/1998 | 1080 | 0051 | D - DEEDS | TRANSFER OF PROPERTY OW | Shearer | USA | Banjo, All interests 2 exceptions |
| | DEEDS - CONVEY INTEREST of SHEARER (consented title chain alternative OR quiet title) | | | | | | | | |
| 30 | | 10/1/1944 | | | Probate No. 994 | Probate No. 994 Fannie Quigley | F.Quigley | FQ.heirs | see next |
| 31 | | 10/1/1944 | | | Probate No. 994 | Petition for Will and Executor | F.Quigley | FQ.heirs | |
| 32 | | 10/1/1944 | | | Probate No. 994 | Inventory of Fannie Quigley Estate | F.Quigley | FQ.heirs | |
| 33 | | 10/1/1944 | | | Probate No. 994 | Will of Fannie Quigley | F.Quigley | FQ.heirs | |
| 36 | | 9/7/1948 | | | | Deed | Fowler | Deacon | Banjo, Option 1937 less, 1/2 "all other l |
| 44 | | 2/6/1963 | | | Probate No. 62-152P | Decree of Distribution | Deacon Estate | Zoppi | all other lode claims |
| 45 | 1994-019451-0 | 2/6/1963 | 870 | 0955 | Probate No. 62-152P | ORDER Distribution Filed 2/6/1963 | Deacon Estate | heirs | Banjo, Option 1937 less |
| 47 | | 2/5/1965 | | | Probate No. 994 | Ordering Distribution | FQ.Estate | FQ.heirs | Banjo, Option 1937+ |
| 48 | | 2/18/1965 | 175 | 317 | Probate No. 994 | Executor's Deed | Collins | FQ.heirs | MS 1937+ "all other lode claims" |
| 52 | | 5/4/1978 | | | | Power of Attorney | FQ.heirs | Gross | Option 1937+ |
| 60 | | 10/27/1980 | | | | Power of Attorney | Viva Smith | Gross | Banjo, Option 1937+ |
| 61 | | 10/27/1980 | | | | Power of Attorney | Calhoun | Gross | Banjo, Option 1937+ |
| 62 | 1980-022493-0 | 11/4/1980 | 195 | 0257 | MI - MINING | QUITCLAIM DEED | FQ,Nolan | Gross | Banjo, Option 1937+ |
| 63 | 1980-022494-0 | 11/4/1980 | 195 | 0259 | MI - MINING | QUITCLAIM DEED | FQ,Dodd | Gross | Banjo, Option 1937+ |
| 64 | 1980-022495-0 | 11/4/1980 | 195 | 0261 | MI - MINING | QUITCLAIM DEED | FQ,Garrison | Gross | Banjo, Option 1937+ |
| 65 | 1980-022496-0 | 11/4/1980 | 195 | 0263 | MI - MINING | QUITCLAIM DEED | FQ,Smith | Gross | Banjo, Option 1937+ |
| 174 | 1994-003209-0 | 2/7/1994 | 839 | 0285 | MI - MINING | QUITCLAIM | Zoppi | Shearer | Banjo, Option1937+ |
| 176 | 1994-003561-0 | 2/11/1994 | 840 | 0012 | MI - MINING | QUITCLAIM | Zoppi | Shearer | Banjo, Option1937+ |
| 187 | 1994-014244-0 | 6/22/1994 | 861 | 0429 | 4FA-94-168 | QUITCLAIM CORR | Court 4FA-94-168 | MMA | MS 1705,Sulphide placer |
| 190 | 1994-019451-0 | 8/24/1994 | 870 | 0955 | Probate No. 62-152P | QUIET TITLE | Deacon Estate | heirs | Banjo, Option 1937 less |
| 191 | 1994-019452-0 | 8/24/1994 | 870 | 0963 | D - DEEDS | ORDER Distribution (Filed 2/6/1963) | Zoppi | Shearer | Doherty (Consents) |
| 196 | (see 32) | 11/1/1994 | | | Probate No. 994 | QUITCLAIM (Consents to Assignment) | | | |
| | | | | | | Probate Inventory (see 32) | F.Quigley | FQ.heirs | Real prop: claims, house |
| 200 | 1994-026845-0 | 12/5/1994 | 884 | 0401 | D - DEEDS | QUITCLAIM | FQ,Cordray | Shearer | Banjo, Doherty, ALL |
| 201 | 1994-026846-0 | 12/5/1994 | 884 | 0414 | D - DEEDS | QUITCLAIM | FQ,Oien | Shearer | Banjo, Doherty, ALL |
| 202 | 1994-026847-0 | 12/5/1994 | 884 | 0418 | D - DEEDS | QUITCLAIM | FQ,McGlasson | Shearer | Banjo, Doherty, ALL |
| 203 | 1994-027547-0 | 12/13/1994 | 885 | 0431 | D - DEEDS | QUITCLAIM | FQ,Hull | Shearer | Banjo, Doherty, ALL |
| 209 | 1995-001231-0 | 1/23/1995 | 890 | 0591 | D - DEEDS | QUITCLAIM | JQ,P.Zoppi | Shearer | Banjo, Option1937+ |
| 210 | 1995-001232-0 | 1/23/1995 | 890 | 0594 | D - DEEDS | QUITCLAIM | JQ,Suez | Shearer | Banjo, Option1937+ |
| 211 | 1995-001233-0 | 1/23/1995 | 890 | 0597 | D - DEEDS | QUITCLAIM | JQ,Earnshaw | Shearer | Banjo, Option1937+ |
| 212 | 1995-001234-0 | 1/23/1995 | 890 | 0600 | D - DEEDS | W DEED | JQ,Vartnaw | Shearer | Banjo, Option1937+ |
| 216 | 1995-013369-0 | 8/7/1995 | 913 | 0285 | D - DEEDS | QUITCLAIM | FQ,Gross | Shearer | Banjo, Option 1937+ ALL |

EXHIBIT A PAGE 1

| | | | | | Power of Attorney | R.Zoppi | N.Zoppi | |
|---|---|---|---|---|---|---|---|---|
| 223 | | 6/10/1997 | | | Consent of Property | MMA | USA | Option 1937- |
| 230 | | 2/11/1998 | | | Letter to acknowledge consent | NPS | USA | MS 1705 |
| 232b | | 2/18/1998 | | | TRANSFER OF PROPERTY OW | MMA | USA | MS 1747 1705 |
| 238 | 1998-016771-0 | 7/17/1998 | 1080 | 0047 | QUIT-CLAIM DEED | Celena | MMA | MS 1702 1747 1705 2510 |
| 242 | 1998-031540-0 | 11/16/1998 | 1107 | 0131 | STAT QUITCLAIM DEED | FQ,De.Garrison | Shearer | Option1937+ |
| 266 | 2001-001976-0 | 1/22/2001 | 1237 | 0462 | STAT QUITCLAIM DEED | FQ,Da.Garrison | Shearer | Option1937+ |
| 267 | 2001-001977-0 | 1/22/2001 | 1237 | 0464 | STAT QUITCLAIM DEED | FQ,Gross | Shearer | ALL |
| 276 | 2003-021121-0 | 8/22/2003 | | | MS - MISCELLANEOUS | FQ,Gross | Shearer | ALL |
| 277 | 2003-021122-0 | 8/22/2003 | | | STAT QUITCLAIM DEED AND A | FQ,Gross | Shearer | ALL |
| 278 | 2003-021123-0 | 8/22/2003 | | | STAT QUITCLAIM DEED AND A | JQ,Zoppi | Shearer | ALL |
| 279 | 2003-021124-0 | 8/22/2003 | | | MS - MISCELLANEOUS STAT QUTCALIM DEED AND A | JQ,Zoppi | Shearer | ALL |
| 286 | 2003-029688-0 | 11/5/2003 | | | D - DEEDS CORRECTIVE STAT QUITCLAIM A | Gross | Shearer | ALL |
| 290 | | 10/19/2004 | | | RELEASE OF ALL CLAIMS | K.Thorlacius | Shearer | Banjo, Option 1937+ |
| 291 | | 10/25/2004 | | | RELEASE OF ALL CLAIMS | D.Thorlacius | Shearer | Banjo, Option 1937+ |
| 292 | | 11/24/2004 | | | RELEASE OF ALL CLAIMS | JQ,Zoppi | Shearer | Banjo, Option 1937+ |
| 293 | | 11/30/2004 | | | RELEASE OF ALL CLAIMS | FQ,Gross | Shearer | Banjo, Option 1937+ |
| 297 | | 1/20/2005 | | 4FA-93-2045 4FA-98-1250 | RELEASE OF CLAIMS | MMA | Shearer | 4FA-93-2045 4FA-98-1250 |
| 301 | 2005-005184-0 | 3/18/2005 | | D - DEEDS | STAT QUITCLAIM DEED | MMA | Shearer | MS 1705 1747 |
| 302 | 2005-005185-0 | 3/18/2005 | | MS - MISCELLANEOUS | CLARIFYING AND CONFIRMING | MMA | Shearer | MS 1705 1747 |
| 304 | 2005-005187-0 | 3/18/2005 | | D - DEEDS | STAT QUITCLAIM DEED | RTMC | Shearer | Option 1937 |
| 305 | 2005-005188-0 | 3/18/2005 | | MS - MISCELLANEOUS | CLARIFYING AND CONFIRMING | RTMC | Shearer | Option 1937 |
| **DEEDS - SUPPORT DOCUMENTS OR LIENS** | | | | | | | | |
| 23 | | 8/19/1937 | | | 2% Mineral Rights | Optionees | Quigley | Option 1937 |
| 27 | | 5/13/1942 | | | Promissory Note: $5000 + 6% | RTMC,Gustafson | F.Quigley | See 7/18/1949 Lien |
| 28 | | 9/11/1942 | | | Promissory Note: $5000 + 6% | RTMC | Deacon | Option 1937 property Lien |
| 37 | | 7/18/1949 | | No. 5934 CIV | Judgment Lien: $5139 + 6% | RTMC,Gustafson | F.Quigley | No. 5934 CIV |
| 217b | | 11/22/1995 | | | Letter NPS, Sulphide placer | NPS | | MS 1705 |
| 299 | 2005-005182-0 | 3/18/2005 | | MS - MISCELLANEOUS | AFFID OF MARCIEL HART WOOD | JQ,Wood | Shearer | Banjo, Option 1937+ |

EXHIBIT A PAGE 2