DEAN K. DUNSMORE
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources
 Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: (907) 271-5452
Facsimile: (907-271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PAUL G. SHEARER ) )       Plaintiff, ) )  V. ) ) UNITED STATES OF AMERICA, ) P. LYNN SCARLETT, Acting ) Secretary of the ) Interior, the DEPARTMENT OF ) THE INTERIOR, the NATIONAL ) PARK SERVICE. ) )       Defendants. ) ) | No. 3:03-cv-00263-JKS (CONSOLIDATED)   MOTION OF THE UNITED STATES FOR ENLARGEMENT OF TIME |

  The United States et al. defendants move the Court for an order granting them an enlargement of time until December 22, 2006, in which to file a reply brief in support of Motion of the United States for Partial Summary Judgment-Parcels 3, 14, 15, and 20 (Docket Entry No. 84).

  In support of the above motion, the United States shows:

  1. Plaintiffs' opposition (Docket Entry No. 104) to defendants' motion was served by mail on defendants on Sunday, November 19, 2006. Therefore, by operation of Fed. R. Civ. P. 6, and D. Ak. LR 7.1(e), the reply of the United States in support of its motion is due to be filed on November 30, 2006.

2. Because of the press of other matters, including coordinating and preparing portions of the response for the defendants to a motion for a temporary restraining order/preliminary injunction now due on December 11, 2006, in *Bering Strait Citizens for Responsible Resource Development et al. v. U.S. Army Corps of Engineers et al.*, No. 3:06-cv-00262-RRB (D. Alaska), additional time is needed by undersigned counsel in which to prepare and file a reply on behalf of the United States.

3. No undue delay should be caused by the requested enlargement of time. Simultaneously with the service and filing of his opposition to defendants' motion, Mr. Shearer also filed both a motion for leave to further amend his complaint and a cross-motion for partial summary judgment (Docket Entry Nos. 102 and 103). The responses of the United States to those motions are due December 7, 2006.

Dated this 29th day of November, 2006.

                                          s/ Dean K. Dunsmore
                                          DEAN K. DUNSMORE
                                          U.S. DEPARTMENT OF JUSTICE
                                          Environment & Natural Resources Division
                                          801 B Street, Suite 504
                                          Anchorage, Alaska 99501-3657
                                          Telephone: (907) 271-5452
                                          Facsimile: (907-271-5827
                                          Email: dean.dunsmore@usdoj.gov

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on the 29th day of November, 2006, a copy of the foregoing MOTION OF THE UNITED STATES FOR ENLARGEMENT OF TIME and Proposed Order were served by placing said copy in a postage prepaid envelope, addressed to that person at the place and address stated below, and by depositing said envelope and contents in the United States mail at Anchorage, Alaska.

    Paul G. Shearer
    Kathryn A. McCready
    1532 Meadows Drive
    Lake Oswego, Oregon 97034

And a copy was also electronically served by email on:

    Paul G. Shearer


s/Dean K. Dunsmore
Dean K. Dunsmore