DEAN K. DUNSMORE
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources
 Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: (907) 271-5452
Facsimile: (907-271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| PAUL G. SHEARER | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:03-cv-00263-JKS |
| | ) | (CONSOLIDATED) |
| V. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | ORDER |
| GALE NORTON, Secretary of the | ) | |
| Interior, the DEPARTMENT OF | ) | |
| THE INTERIOR, the NATIONAL | ) | |
| PARK SERVICE. | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff's motion, Docket Entry No. 103, for leave to amend the First Amended Complaint (Docket Entry No. 21), is denied.

Dated this _____ day of _____ 2006.


_____
JAMES K. SINGLETON, Jr.
United States District Judge