Paul G. Shearer
1532 Meadows Drive
Lake Oswego, Oregon 97034
(503) 697-4378


RECEIVED
APR 06 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| PAUL G. SHEARER, ) | Case No. A03-0263 CV (JKS) |
| Plaintiff, ) | (Consolidated) |
| vs. ) | |
| UNITED STATES OF AMERICA, ) | |
| Dirk Kempthorne, Secretary of the ) | |
| Interior, DEPARTMENT OF INTERIOR, ) | |
| and, NATIONAL PARK SERVICE, ) | |
| Defendants. ) | **PLAINTIFF'S MOTION TO FILE SECOND AMENDED COMPLAINT** |

Plaintiff Shearer moves the court to file the attached Second Amended Complaint pursuant to Federal Rule 15 and pursuant to the Court Order **Docket No. 78** that dismissed specific Parcels "without prejudice to Shearer pursuing any claims he has to property not covered by section 120 in an appropriate forum" and pursuant to the Court Order **Docket No. 110** dated March 23, 2007, which **GRANTED** Shearer's motion to amend at **Docket No. 103**.

Plaintiff Shearer has amended the Introduction paragraph 1, the Jurisdiction section paragraphs 2 and 3, the Parties section paragraphs 5 and 8, added to the Claims section paragraphs 232 through 242, and amended the Prayer for Recovery section paragraphs 5 and 9.

DATED at Lake Oswego, Oregon, this 5 day of April, 2007.

_Paul Shearer_
Plaintiff
Paul G. Shearer
1532 Meadows Drive
Lake Oswego, Oregon 97034

1

## CERTIFICATE OF SERVICE

I certify that a copy of the above documents was mailed, by first class mail, addressed to the persons at the addresses stated below on April 5, 2007.

Copy was also sent by email on April 5, 2007 to Dean Dunsmore.

_____
Paul G. Shearer

Addressee(s):

US District Court
Clerk of Court
222 W. 7th Ave #4
Anchorage, AK  99513-7564
907-677-6100


(Replacement for: Paul Harison)
Trial Attorney (copy)
U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 561 – Ben Franklin Station
Washington, D.C. 20044
Email: paul.harrison@usdoj.gov
202-305-0299
202-514-8865  FAX


Dean K. Dunsmore (copy)
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, AK  99501-3657
Email: dean.dunsmore@usdoj.gov
907-271-5452
907-271-5827  FAX