DEAN K. DUNSMORE
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources
 Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: (907) 271-5452
Facsimile: (907-271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| PAUL G. SHEARER | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:03-cv-00263-CV-JKS |
| | ) | (CONSOLIDATED) |
| V. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | (PROPOSED) ORDER |
| GALE NORTON, Secretary of the | ) | |
| Interior, the DEPARTMENT OF | ) | |
| THE INTERIOR, the NATIONAL | ) | |
| PARK SERVICE. | ) | |
| | ) | |
| Defendants. | ) | |

The Motion of the United States for an Enlargement of Time filed April 20, 2007, is granted, and the United States et al. is granted an enlargement of time to and including May 21, 2007, in which to file a response to the Second Amended Complaint (Docket Entry No. 114).

Dated this _____ day of _____ 2007.

_____
JAMES K. SINGLETON, Jr.
United States District Judge

- 1 -