IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| PAUL G. SHEARER | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:03-cv-00263-CV-JKS |
| | ) | (CONSOLIDATED) |
| V. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | ORDER |
| GALE NORTON, Secretary of the | ) | |
| Interior, the DEPARTMENT OF | ) | |
| THE INTERIOR, the NATIONAL | ) | |
| PARK SERVICE. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Motion of the United States for an Enlargement of Time filed May 21, 2007, is granted, and the United States et al. is granted an enlargement of time to and including June 20, 2007, in which to file a response to the Second Amended Complaint (Docket Entry No. 114).

Dated this  22nd  day of  May  2007.


                                               /s/James K. Singleton, Jr.
                                             JAMES K. SINGLETON, Jr.
                                             United States District Judge