DEAN K. DUNSMORE
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources
 Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: (907) 271-5452
Facsimile: (907-271-5827
dean.dunsmore@usdoj.gov

Attorney for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| PAUL G. SHEARER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | 3:03-cv-0263-CV-JKS |
| | ) | (Consolidated) |
| UNITED STATES OF AMERICA, | ) | |
| DIRK KEMPTHOPNE, Secretary of | ) | |
| the Interior, the DEPARTMENT | ) | |
| OF THE INTERIOR, the NATIONAL | ) | MOTION OF THE UNITED STATES |
| PARK SERVICE. | ) | FOR ENLARGEMENT OF TIME |
| | ) | |
| Defendants. | ) | |

The United States of America, Dirk Kempthorne, Secretary of the Interior; the Department of the Interior; and the National Park Service, move the Court for an order granting them an enlargement of time to and including July 20, 2007, in which to file a response to the Second Amended Complaint (Docket Entry No. 114).

In support of the above motion, the United States shows:

1. Pursuant to the Order (Docket Entry No. 110), plaintiff Paul G. Shearer was granted leave to file a Second Amended Complaint. This order at 3 provides that the Government may present any objections to this complaint in a motion to dismiss.

The Second Amended Complaint (Docket Entry No. 114) was served on defendants on April 6, 2007. Defendants' response to this complaint was due April 20, 2007. Defendants previously moved and were granted enlargement of times through and including June 20, 2007, in which to file a response to that complaint. *See* Docket Entry Nos. 115, 116, and 117.

    2. Defendants have extensive specific objections they wish to file to Second Amended Complaint. Given the extensive nature of Defendants objections, additional time was needed to prepare and file the appropriate motion to dismiss. The parties have also been in active settlement negotiations during this period of time, and are now considering a proposal that could resolve most of the claims presented in the Second Amended Complaint (Docket Entry No. 114), and effect the scope of any motion to dismiss that might be filed.

    Dated this 20th day of June 2007.

                  /s/ Dean K. Dunsmore
                  DEAN K. DUNSMORE
                  U.S. DEPARTMENT OF JUSTICE
                  Environment & Natural Resources Division
                  801 B Street, Suite 504
                  Anchorage, Alaska 99501-3657
                  Telephone: (907) 271-5452
                  Facsimile: (907-271-5827
                  Email: dean.dunsmore@usdoj.gov

                  Attorney for the United States

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on the 20th day of June 2007 a copy of the foregoing Motion of the United States for Enlargement of Time together with a Proposed Order were served by placing said copies in a postage prepaid envelope, addressed to that person at the place and address stated below, and by depositing said envelope and contents in the United States mail at Anchorage, Alaska.

    Paul G. Shearer
    Kathryn A. McCready
    1532 Meadows Drive
    Lake Oswego, Oregon 97034

/s/ Dean K. Dunsmore
Dean K. Dunsmore