IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| PAUL G. SHEARER             ) | | |
|                 Plaintiff,   ) | No. 3:03-cv-00263-CV-JKS | |
|    V.                                   ) | (CONSOLIDATED) | |
| UNITED STATES OF AMERICA,    ) | ORDER | |
| DIRK KEMPTHORNE, Secretary of ) | | |
| of Interior, the DEPARTMENT  ) | | |
| OF THE INTERIOR, the NATIONAL ) | | |
| PARK SERVICE.                ) | | |
|                 Defendants.  ) | | |

    The Motion of the United States for an Enlargement of Time filed June 20, 2007, (Docket No. 118) is granted, and the United States et al. are granted an enlargement of time to and including July 20, 2007, in which to file a response to the Second Amended Complaint (Docket Entry No. 114).

    Dated this 2nd day of July 2007.

                                          /s/James K. Singleton, Jr.
                                          JAMES K. SINGLETON, Jr.
                                          United States District Judge