DEAN K. DUNSMORE
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources
 Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: (907) 271-5452
Facsimile: (907-271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for the United States


                 IN THE UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF ALASKA

PAUL G. SHEARER            )
                           )
             Plaintiff,    )    No. 3:03-cv-00263-CV-JKS
                           )    (CONSOLIDATED)
      V.                   )
                           )
UNITED STATES OF AMERICA,  )    PROPOSED ORDER
DIRK KEMPTHORNE, Secretary of )
of Interior, the DEPARTMENT   )
OF THE INTERIOR, the NATIONAL )
PARK SERVICE.              )
                           )
             Defendants.   )
_____)

     The Motion of the United States for an Enlargement of Time

filed July 20, 2007, is granted, and the United States et al.

are granted an enlargement of time to and including September

18, 2007, in which to file a response to the Second Amended

Complaint (Docket Entry No. 114).

     Dated this _____ day of _____ 2007.


                              _____
                              JAMES K. SINGLETON, Jr.
                              United States District Judge