DEAN K. DUNSMORE
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources
 Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: (907) 271-5452
Facsimile: (907-271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| PAUL G. SHEARER | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:03-cv-00263-JKS |
| | ) | (CONSOLIDATED) |
| V. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | MOTION OF UNITED STATES TO |
| DIRK KEMPTHORNE, Secretary | ) | DISMISS AND TO STRIKE - |
| of the Interior et al. | ) | SECOND AMENDED COMPLAINT |
| | ) | |
| Defendants. | ) | |
| | ) | |

  Defendants pursuant to Fed. R. Civ. P. 12 move the court for an order dismissing or striking the following claims as set forth in plaintiff Paul G. Shearer's Second Amended Complaint (Docket Entry No. 114):

  I. Striking the allegation of jurisdiction and venue pursuant to 28 U.S.C. § 2409a from paragraphs 2 and 3, and the allegations of paragraphs 235-242 from the Second Amended Complaint on the grounds that Shearer has not been granted leave to amend the complaint to state a quiet title action, and

  II. Dismissing for lack of jurisdiction and failure to state a claim upon which relief can be granted:

  1. All claims for a taking of any properties under the

Mining in the Parks Act, 16 U.S.C. § 1910.

2. All claims for a compensation pursuant to Section 120 of the Act of November 14, 1997, Pub. L. N. 105-83, 111 Stat. 1543, 1564-66, and 16 U.S.C. § 1910 for a taking of the properties or interests designated in the Second Amended Complaint as Parcels 2, 3, 4, 5, 6, 8, 9, 10, 14, 15, 16, 17, 18, 20 and 21.

3. The claims for compensation pursuant to 16 U.S.C. § 1910, for the properties or interests designated in the Second Amended Complaint as Parcels 7, 11, 12, 13, and 19.

4. The claims set forth in paragraphs 197-223 of the Second Amended Complaint.

5. The claims set forth in paragraphs 180-193 of the Second Amended Complaint.

6. The claims set forth in paragraphs 194-196 of the Second Amended Complaint.

7. The claims set forth in paragraphs 224-231 of the Second Amended Complaint.

8. The claims set forth in paragraphs 63 and 64 of the Second Amended Complaint.

Dated this 24th day of August, 2007.

<div style="margin-left: 3em;">
s/Dean K. Dunsmore<br>
DEAN K. DUNSMORE<br>
U.S. DEPARTMENT OF JUSTICE<br>
Environment & Natural Resources<br>
   Division<br>
801 B Street, Suite 504<br>
Anchorage, Alaska 99501-3657<br>
Telephone: (907) 271-5452<br>
Facsimile: (907-271-5827<br>
Email: dean.dunsmore@usdoj.gov<br>
<br>
Attorney for Defendants
</div>

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on the 24th August day of 2007, a copy of the foregoing MOTION OF UNITED STATES TO DISMISS AND TO STRIKE - SECOND AMENDED COMPLAINT and a Proposed Order were served by placing said copy in a postage prepaid envelope, addressed to that person at the place and address stated below, and by depositing said envelope and contents in the United States mail at Anchorage, Alaska.

    Paul G. Shearer
    Kathryn A. McCready
    1532 Meadows Drive
    Lake Oswego, Oregon 97034


s/Dean K. Dunsmore
Dean K. Dunsmore