IN THE United States DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PAUL G. SHEARER,        )<br>                              )<br>        Plaintiff,      )<br>                              )<br>V.                          )<br>                              )<br>United States OF AMERICA,   )<br>                              )<br>        Defendant.    )<br>_____) | No. A03-0263-CV(JKS)<br><br><br>ORDER |

IT IS HEREBY ORDERED THAT Plaintiff's Motion for Enlargement of Time dated September 6, 2007, is granted and that plaintiff is granted to October 29, 2007, in which to file a response to the defendant's Motion to Dismiss and to Strike - Second Amended Complaint (Docket Entry No. 123).

DATED this ___ day of _____ 2007.

                                          _____
                                          JAMES K. SINGLETON, Jr.
                                          United States District Judge