IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| PAUL G. SHEARER, | ) | |
| | ) | |
| Plaintiff, | ) | No. A03-0263 CV JKS |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY ORDERED THAT Plaintiff's unoppsed Motion for Enlargement of Time dated September 6, 2007, at docket No. 126 is granted and that plaintiff is granted to October 29, 2007, in which to file a response to the defendant's Motion to Dismiss and to Strike - Second Amended Complaint (Docket No. 123).

DATED this 12th day of September 2007.

    /s/James K. Singleton, Jr.
JAMES K. SINGLETON, JR.
U. S. District Judge