LODGED
OCT 3 0 2007

IN THE United States DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PAUL G. SHEARER, ) | |
| ) | No. A03-0263-CV(JKS) |
| Plaintiff, ) | |
| ) | |
| V. ) | |
| ) | ORDER |
| United States OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED THAT Plaintiff's Motion for Enlargement of Time dated October 28, 2007, is granted and that plaintiff is granted to November 26, 2007, in which to file a response to the defendant's Motion to Dismiss and to Strike - Second Amended Complaint (Docket Entry No. 123).

DATED this ___ day of _____ 2007.

_____
JAMES K. SINGLETON, Jr.
United States District Judge

Plaintiff Motion For Enlargement Of Time – Certificate of Service