# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

*Shearer v. United States, et al.*
Case No. 3:03-cv-00263-JKS

By:                    THE HONORABLE JAMES K. SINGLETON

Deputy Clerk:          Dan Maus, Case Management: 677-6127*

<u>PROCEEDINGS</u>:     ORDER FROM CHAMBERS

On October 31, 2007, Plaintiff filed a motion for extension of time to file opposition to the Government's motion to dismiss and strike the Second Amended Complaint. Docket No. 129. No opposition to the requested extension has been filed.

**IT IS THEREFORE ORDERED:**

Plaintiff's motion at **Docket No. 129** is **GRANTED**. Plaintiff has until November 26, 2007 to file an opposition to the Government's motion to dismiss and strike the Second Amended Complaint.

Entered at the direction of the Honorable James K. Singleton, United States District Judge.

DATE: <u>November 26, 2007</u>

*       ALL INQUIRIES REGARDING THE SCHEDULING OR CALENDARING OF THIS CASE SHOULD BE DIRECTED TO THE ABOVE INDICATED CASE MANAGER.

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made in the form of a motion. *See* Fed. R. Civ. P. 7(b)(1); D. Ak. LR 7.1(j) & 59(b). No one should telephone, fax, or write to chambers regarding pending cases. The Judge's secretary and law clerks are not permitted to discuss any aspect of this case, provide any information, or communicate with any person, including litigants, lawyers, witnesses, and the general public regarding pending cases.

F:\HOME\JUDGES\DOCS\SHARED\CV\D.AK 2003\A03-0263.018.wpd