IN THE United States DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| PAUL G. SHEARER, | ) | |
| | ) | No. A03-0263-CV(JKS) |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | ORDER |
| United States OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY ORDERED THAT Plaintiff's Motion for Enlargement of Time dated November 23, 2007, is granted and that plaintiff is granted to February 28, 2008, in which to file a response to the defendant's Motion to Dismiss and to Strike - Second Amended Complaint (Docket Entry No. 123).

DATED this ___ day of _____ 2007.

                                                        _____
                                                        JAMES K. SINGLETON, Jr.
                                                        United States District Judge