**From:** "Dunsmore, Dean (ENRD)" <Dean.Dunsmore@usdoj.gov>
**To:** <paul.g.shearer@comcast.net>
**Subject:** Shearer v. US
**Date:** Wednesday, November 21, 2007 5:34:28 PM

Paul,

This is to confirm our conversation of this date. Subject to my double checking the corrections you have made regarding the docket numbers of the consolidated cases, we have agreement on the draft of a proposed settlement agreement, and I will be sending that agreement to which you and I have agreed to both my clients and the appropriate officials within the Department of Justice for their approval or disapproval. You may so represent to the court and also represent that the U.S. has no objection to an enlargement of time (or a stay) until the end of February of your response to the Government's motion to dismiss.

I, of course, can make no commitment as to whether the proposed settlement will be approved. I will, however, be recommending that it be approved. dean