IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PAUL G. SHEARER,<br>                Plaintiff,<br>vs.<br>UNITED STATES OF AMERICA,<br>                Defendant. | Case No. A03-0263 CV (JKS)<br><br>O R D E R |

IT IS HEREBY ORDERED THAT Plaintiff's unopposed Motion for Enlargement of Time dated November 23, 2007, at **Docket No. 131**, is **GRANTED** and that Plaintiff is granted to February 28, 2008, in which to file a response to the Defendant's Motion to Dismiss and to Strike - Second Amended Complaint (Docket No. 123).

Dated at Anchorage, Alaska, this 28th day of November 2007.

                                                  /s/James K. Singleton, Jr.
                                              **JAMES K. SINGLETON, JR.**
                                              United States District Judge