MAR 0  2008

IN THE United States DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| PAUL G. SHEARER, | ) | |
| | ) | No. A03-0263-CV(JKS) |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | ORDER |
| United States OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED THAT Plaintiff's Motion for Enlargement of Time dated February 29, 2008, is granted and that plaintiff is granted to April 28, 2008, in which to file a response to the defendant's Motion to Dismiss and to Strike - Second Amended Complaint (Docket Entry No. 123).

DATED this ___ day of _____ 2008.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JAMES K. SINGLETON, Jr.
　　　　　　　　　　　　　　　　　　　United States District Judge

Plaintiff Motion For Enlargement Of Time – Certificate of Service