| | |
|---|---|
| From: | "Dunsmore, Dean (ENRD)" <Dean.Dunsmore@usdoj.gov> |
| To: | <paul.g.shearer@comcast.net> |
| Subject: | Shearer v. US |
| Date: | Monday, February 25, 2008 4:22:44 PM |

Paul,

I have not heard yet from my DC folks, but fully expect approval this week.

I have taken the version of the agreement as you sent it to me in Word format and added the signature lines, formtted it such that all signatures will appear on one page with some text. I made no changes other than to correct the case docket numbers as you suggested. I attach that document hereto.

As you are not in the electronic filing system, it will be necessary to have your physical signatures on the document. dean

<<SettAgreementForSign#2.pdf>>


**(Attachments successfully scanned for viruses.)**

**Attachment 1:** (application/octet-stream)

EXHIBIT A PAGE 1 OF 1