| | |
|---|---|
| **From:** | "Dunsmore, Dean (ENRD)" <Dean.Dunsmore@usdoj.gov> |
| **To:** | <paul.g.shearer@comcast.net> |
| **Subject:** | Shearer v. US |
| **Date:** | Friday, February 29, 2008 5:02:44 PM |

Paul,

I have the message from your call. I have called back and left a message on your IBM number which was on the note.

I received a call today from the court's scheduling clerk about the brief deadline. I told her that I had sent emails and left a voice mail with you, but did not know anything further. I also told her that in my opinion settlement was still likely, and that the US had no objection to extending the time for the brief. Where it was left with the court is that if we have not heard anything by Monday, I would file a motion to extend the briefing for another 30-days.

The last I was informed was that my settlement recommendation has made it to the desk of the approving official. dean

EXHIBIT B  PAGE 1 OF 1