DEAN K. DUNSMORE
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources
 Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: (907) 271-5452
Facsimile: (907-271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| PAUL G. SHEARER | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:03-cv-00263-JKS |
| | ) | (CONSOLIDATED) |
| V. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | RESPONSE OF THE UNITED |
| DIRK KEMPTHORNE, Secretary | ) | STATES TO PLAINTIFF'S |
| of the Interior et al. | ) | MOTION FOR ENLARGEMENT |
| | ) | OF TIME (NON-OPPOSITION) |
| Defendants. | ) | |
| | ) | |

    The United States has no objection to the request in Plaintiff's Motion for Enlargement of Time (Docket Entry No. 134) by Paul G. Shearer to extend the time for the filing by Mr. Shearer of a response to the Motion of the United States to

Dismiss and to Strike Second Amended Complaint (Docket Entry No. 123) to April 28, 2008.

Dated this 4th day of March, 2008.

```
                              s/Dean K. Dunsmore
                              DEAN K. DUNSMORE
                              U.S. DEPARTMENT OF JUSTICE
                              Environment & Natural Resources Division
                              801 B Street, Suite 504
                              Anchorage, Alaska 99501-3657
                              Telephone: (907) 271-5452
                              Facsimile: (907-271-5827
                              Email: dean.dunsmore@usdoj.gov

                              Attorney for Defendants
```

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 4th day of March, 2008, a copy of the foregoing Response of the United States to Plaintiff's Motion for Enlargement of Time (Non-Opposition) was served by placing said copy in a postage prepaid envelope, addressed to that person at the place and address stated below, and by depositing said envelope and contents in the United States mail at Anchorage, Alaska.

```
     Paul G. Shearer
     Kathryn A. McCready
     1532 Meadows Drive
     Lake Oswego, Oregon 97034
```

s/Dean K. Dunsmore
DEAN K. DUNSMORE