IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PAUL G. SHEARER,<br><br>                Plaintiff,<br><br>  vs.<br><br>UNITED STATES OF AMERICA,<br><br>                Defendant. | Case No. 3:03-CV-00263 (JKS)<br><br>O R D E R |

**IT IS HEREBY ORDERED THAT** Plaintiff's unopposed Motion for Enlargement of Time at **Docket No. 134** is **GRANTED**. Plaintiff shall file a response to Defendant's Motion to Dismiss on or before April 28, 2008, unless a settlement is finalized sooner.

Dated this 4th day of March 2008.

                                                                /s/ James K. Singleton, Jr.
                                                         **JAMES K. SINGLETON, JR.**
                                                          United States District Judge