BK I080PG052

ATTACHMENT

# INDIVIDUAL CONSENT
## DECLARATION OF TAKING

As owner of certain interests in patented and/or unpatented mining claims in the Kantishna area of Denali National Park, the undersigned does hereby consent to the acquisition by the United States of America pursuant to Section 120 of Public Law 105-83, of the following interests:

All such interests in mining claims in the Kantishna area of Denali National Park,

**EXCEPT for my interests in the following:**

A. Rainy #5 Placer Claim (M.S. 2430)

B. Rainy #4 Placer Claim (M.S. 2430)

C. All mining claims traversed by the ACCESS EASEMENT and RIGHT OF WAY attached as an exhibit to the corrective warranty deed recorded in Book 839 Page 287-303 in the Fairbanks Recording District, Fourth Judicial District, State of Alaska. Further described as the Access Easement and Right of Way that extends from the Denali Park Road to and across Rainy #5 Placer Claim (M.S. 2430).

D. The divided parcel of Doherty Lode Claim (M.S. 1702) specifically described as follows:

Commencing at Corner No. 1 of Doherty Lode Claim (M.S. 1702), the point of beginning;
thence South 36 degrees 07 minutes West a distance of 11.110 chains;
thence North 53 degrees 43 minutes West a distance of 4.568 chains;
thence North 36 degrees 07 minutes East a distance of 6.666 chains;
thence North 53 degrees 43 minutes West a distance of 4.568 chains;
thence North 36 degrees 07 minutes East a distance of 4.444 chains to Corner No. 4;
thence South 53 degrees 43 minutes East a distance of 9.136 chains to Corner No. 1,
the point of beginning, containing approximately 7.1 acres, more or less.

Note this specific Consent to Declaration of Taking does not consent to the acquisition of my ownership interest in or any other rights to the specific mining claims, or portions thereof, described under the "EXCEPT" clause above.

Signed on this 12th day of February, 1998.

Owner: _Paul G. Shearer_

**Paul G. Shearer**

### ACKNOWLEDGMENT

State of **OREGON**
County of **WASHINGTON**

The Foregoing Instrument was acknowledged before me by Paul G. Shearer on this 12th day of February, 1998. Witness my hand and seal.

_____
Notary Public (Signature)

Feb 21, 2000
My Commission Expires

OFFICIAL SEAL
KYLE F. DUEY
NOTARY PUBLIC - OREGON
COMMISSION NO. 051372
MY COMMISSION EXPIRES FEB. 21, 2000

EXHIBIT _1_
Page _1_ of _2_

000687



NOV 07 2003 10:25

907 257 2591     PAGE.11