IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PAUL G. SHEARER,<br><br>            Plaintiff,<br><br>  vs.<br><br>UNITED STATES OF AMERICA, DIRK KEMPTHORNE, Secretary of the Interior, et al.,<br><br>            Defendants. | Case No. 3:03-CV-00263 (JKS)<br><br>O R D E R |

      This is an action seeking resolution of a controversy concerning mining claims within the Kantishna Hills area of Denali National Park and Preserve. Currently before the Court is Defendant's Motion to Dismiss at Docket No. 123 and a joint Settlement Agreement at Docket No. 137.

      The Court construes the Settlement Agreement at Docket No. 137 as a stipulated dismissal of all claims except those claims specifically listed in paragraphs 4-7 of the agreement. *See* Fed. R. Civ. P. 41(a)(1)(ii). The claims remaining in this litigation are those identified as Parcels 7 and 8 in Plaintiff's Second Amended Complaint. Docket No. 137 ¶ 4. These claims were previously stayed pending a final decision by the Department of the Interior in *United States v. Michael R. Mark Anthony*, No. AA-71472. *See* Docket No. 57.

      Accordingly, **IT IS HEREBY ORDERED** that:

      1. The Motion to Dismiss at Docket No. 123 is DENIED as moot;

      2. Defendants may renew the motion to dismiss as it pertains to those claims specifically excepted from the Settlement Agreement in paragraphs 4-7.

1

     3.  Plaintiff's remaining claims regarding Parcels 7 and 8 remain stayed pending a final decision by the Department of the Interior in *United States v. Michael R. Mark Anthony*, No. AA-71472; and

     4.  Plaintiff shall file a status report within ten days of the resolution of the aforementioned case before the Department of the Interior.

     Dated this 26th day of March 2008.

                                              /s/ James K. Singleton, Jr.
                                          **JAMES K. SINGLETON, JR.**
                                            United States District Judge

ORDER