## Dunsmore, Dean (ENRD)

**From:** Judgment Fund [Judgment.Fund@fms.treas.gov]
**Sent:** Tuesday, July 01, 2008 12:10 PM
**To:** Dunsmore, Dean (ENRD)
**Subject:** Judgment Fund Payment Notification

The following payment was made by the Judgment Fund Staff. If the payment has not been received within 7 days from the payment sent date, please contact the Judgment Fund at 202-874-6664.

          Control #: 200803720
        Payment ID #: 011012008
       Agency File #: NOT PROVIDED
Total Payment Amount: $200,000.00
   Date Payment Sent: 06/26/2008
              Alias: PMW

EXHIBIT 1
Page 1 of 1

7/7/2008