**Dunsmore, Dean (ENRD)**

**From:** paul.g.shearer@comcast.net
**Sent:** Friday, June 27, 2008 5:52 PM
**To:** Dunsmore, Dean (ENRD)
**Subject:** Re: Shearer v. US

The payment was electronically deposited on or before June 26, 2008.

Paul Shearer

-------------- Original message ---------------------
From: "Dunsmore, Dean (ENRD)" <Dean.Dunsmore@usdoj.gov>
> Paul,
>
> I have learned from my DC office that the payment request went to
> Treasury on May 28th.  dean

1

EXHIBIT 2
Page 1 of 1