```
DEAN K. DUNSMORE
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources
 Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: (907) 271-5452
Facsimile: (907-271-5827
Email: dean.dunsmore@usdoj.gov
```

Attorney for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PAUL G. SHEARER ) <br> ) <br> Plaintiff, ) <br> ) <br> V. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> DIRK KEMPTHORNE, Secretary of ) <br> of Interior, the DEPARTMENT ) <br> OF THE INTERIOR, the NATIONAL ) <br> PARK SERVICE. ) <br> ) <br> Defendants. ) <br> ) | No. 3:03-cv-00263-CV-JKS <br> (CONSOLIDATED) <br><br><br> PROPOSED ORDER |

   IT IS HEREBY ORDERED that the United States' Motion to Dismiss Case No. 3:03-cv-00269-JKS filed July 15, 2008, is granted.

   IT IS FURTHER ORDERED THAT:

   1. The consolidation of case of *United States v. 3.05 Acres of Land et al.*, No. 3:03-cv-00269-JKS, with *Paul G. Shearer v. United States et al.*, No. 3:03-cv-00263-JKS, is hereby severed and *United States v. 3.05 Acres of Land et al.*, No. 3:03-cv-00269-JKS, is hereby dismissed with prejudice, and

   2. Pursuant to paragraph 5 of the Settlement Agreement

(Docket Entry No. 137) filed March 12, 2008, and the Order (Docket Entry No. 138) filed March 27, 2008, proceedings in *Paul G. Shearer v. United States et al.*, No. 3:03-cv-00263-JKS, are stayed pending a final decision by the Department of the Interior in the proceedings in *United States v. Michael R. Mark Anthony*, No. AA-71472, IBLA No. 2008-184, and

    3. Plaintiff Paul G. Shearer shall file a status report within ten days of the final resolution of proceedings in *United States v. Michael R. Mark Anthony*, No. AA-71472, IBLA No. 2008-184.

    Dated this _____ day of _____ 2008.

                                           _____
                                           JAMES K. SINGLETON, Jr.
                                           United States District Judge