```
              IN THE UNITED STATES DISTRICT COURT

                 FOR THE DISTRICT OF ALASKA
PAUL G. SHEARER                  )
                                 )
                Plaintiff,       )   No. 3:03-cv-00263-CV-JKS
                                 )   (CONSOLIDATED)
     V.                          )
                                 )
UNITED STATES OF AMERICA,        )   ORDER
DIRK KEMPTHORNE, Secretary of    )
of Interior, the DEPARTMENT      )
OF THE INTERIOR, the NATIONAL    )
PARK SERVICE.                    )
                                 )
                Defendants.      )
_____)
```

IT IS HEREBY ORDERED that the United States' Motion to Dismiss Case No. 3:03-cv-00269-JKS filed July 15, 2008, is granted.

IT IS FURTHER ORDERED THAT:

1. The consolidation of case of *United States v. 3.05 Acres of Land et al.*, No. 3:03-cv-00269-JKS, with *Paul G. Shearer v. United States et al.*, No. 3:03-cv-00263-JKS, is hereby severed and *United States v. 3.05 Acres of Land et al.*, No. 3:03-cv-00269-JKS, is hereby dismissed with prejudice, and

2. Pursuant to paragraph 5 of the Settlement Agreement (Docket Entry No. 137) filed March 12, 2008, and the Order (Docket Entry No. 138) filed March 27, 2008, proceedings in *Paul G. Shearer v. United States et al.*, No. 3:03-cv-00263-JKS, remain stayed pending a final decision by the Department of the Interior in the proceedings in *United States v. Michael R. Mark Anthony*, No. AA-71472, IBLA No. 2008-184, and

   3. Plaintiff Paul G. Shearer shall file a status report within ten days of the final resolution of proceedings in *United States v. Michael R. Mark Anthony*, No. AA-71472, IBLA No. 2008-184.

   Dated this 22nd day of July 2008.

                              /s/James K. Singleton, Jr.
                              JAMES K. SINGLETON, Jr.
                              United States District Judge