**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

<u>PAUL G. SHEARER</u>   v.   <u>USA, et al</u>

THE HONORABLE JAMES K. SINGLETON

D<small>EPUTY</small> C<small>LERK</small>                                    CASE NO. <u>3:03-cv-00263-JKS</u>

<u>Linda Christensen</u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: August 12, 2008

      By agreement of the judges, the above-referenced case is hereby reassigned to the Honorable Timothy M. Burgess for all further proceedings. Please use the following case number on all future filings: **3:03-cv-00263-TMB**.

[]{IQ1.WPD*Rev.12/96}